**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF PENNSYLVANIA

Case number *(if known)* _____   Chapter   **11**

☐ Check if this is an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Omni Health Services, Inc.** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **20-0912175** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **160 Bethlehem Pike**<br>**Colmar, PA 18915** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Montgomery** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)     **www.omhsi1.com**

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Omni Health Services, Inc.**                                                Case number *(if known)* _____
          Name

**7.** **Describe debtor's business**    A. *Check one:*

■ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

Debtor    **Omni Health Services, Inc.**                                          Case number (*if known*) _____
          Name

List all cases. If more than 1,
attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | _____ When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in** *Check all that apply:*
      **this district?**

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or**      ■ No
      **have possession of any**
      **real property or personal**      ☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.
      **property that needs**
      **immediate attention?**
                                **Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                                Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency    _____

            Contact name    _____

            Phone    _____

---

█████  **Statistical and administrative information**

**13.** **Debtor's estimation of**      .    *Check one:*
      **available funds**
                                ■ Funds will be available for distribution to unsecured creditors.

                                ☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of**      ☐ 1-49            ☐ 1,000-5,000          ☐ 25,001-50,000
      **creditors**                ☐ 50-99            ☐ 5001-10,000          ☐ 50,001-100,000
                                ■ 100-199          ☐ 10,001-25,000        ☐ More than100,000
                                ☐ 200-999

---

**15.** **Estimated Assets**      ☐ $0 - $50,000              ■ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
                              ☐ $50,001 - $100,000        ☐ $10,000,001 - $50 million        ☐ $1,000,000,001 - $10 billion
                              ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
                              ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

---

**16.** **Estimated liabilities**      ☐ $0 - $50,000              ■ $1,000,001 - $10 million          ☐ $500,000,001 - $1 billion
                                ☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million       ☐ $1,000,000,001 - $10 billion
                                ☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million       ☐ $10,000,000,001 - $50 billion
                                ☐ $500,001 - $1 million     ☐ $100,000,001 - $500 million      ☐ More than $50 billion

---

| Debtor | **Omni Health Services, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**Request for Relief, Declaration, and Signatures**

---

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **November 20, 2025**
                MM / DD / YYYY

**X** **/s/ Michael Thevar**                          **Michael Thevar**
Signature of authorized representative of debtor        Printed name

Title     **President**

---

**18. Signature of attorney**

**X** **/s/ David B. Smith**                    Date **November 20, 2025**
Signature of attorney for debtor                     MM / DD / YYYY

**David B. Smith 59098**
Printed name

**Smith Kane Holman, LLC**
Firm name

**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
Number, Street, City, State & ZIP Code

Contact phone     **610-407-7215**     Email address     **dsmith@skhlaw.com**

**59098 PA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Omni Health Services, Inc.** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF PENNSYLVANIA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Amazon PO Box 035184 Seattle, WA 98124-5184** | | trade debt | | | | $23,085.56 |
| **Berkshire Bank 1787 Sentry Parkway West Building 16, Suite 200 Blue Bell, PA 19422** | | co-borrower on real estate loan | | $1,894,000.00 | $0.00 | $1,894,000.00 |
| **Bernard Mazzocchi 10 Canal Street Suite 200 Bristol, PA 19007** | | commercial lease | | | | $30,883.65 |
| **Crozer Keystone Health Network Psychiatry Billing - Layton Hall 1 Medical Center Blvd. Chester, PA 19013-3995** | | vendor | | | | $57,653.00 |
| **DS Colmar, LLC Attn:  Michael Sachs 485 Mola Blvd. Elmwood Park, NJ 07407** | | commercial lease | | | | $101,151.70 |
| **Ellora Systems 2 Mount Royal Ave. Suite 206 Marlborough, MA 01752** | | vendor | | | | $45,183.23 |
| **Glenmore Management Associates, Inc. PO Box 389 Lionville, PA 19353** | | vendor | | | | $35,593.73 |

Debtor   **Omni Health Services, Inc.**                                    Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Global Merchant Cash Inc.** 64 Beaver Street New York, NY 10004 | | merchant capital advance | **Contingent Unliquidated Disputed** | **$256,499.96** | **$0.00** | **$256,499.96** |
| **Graybar Financial Services** 11885 Lackland Road Saint Louis, MO 63146 | | commercial loan | **Contingent Disputed** | **$86,458.26** | **$0.00** | **$86,458.26** |
| **Independence Blue Cross** Lockbox 3092 PO Box 8500 Philadelphia, PA 19178-3092 | | health insurance | | | | **$17,690.00** |
| **IOU Central, Inc.** 600 TownPark Lane Suite 100 Kennesaw, GA 30144 | | merchant capital advance | **Contingent Unliquidated Disputed** | **$360,072.70** | **$0.00** | **$360,072.70** |
| **John D. Pittenger Builder, Inc.** 2260 Highway 33 Suite 1 Neptune, NJ 07753 | | commercial lease | | | | **$36,900.00** |
| **Likety Capital LLC** 630 Canoga Avenue Woodland Hills, CA 91367 | | accounts receivable purchase | **Contingent Unliquidated Disputed** | **$130,252.92** | **$0.00** | **$130,252.92** |
| **Panagiotis Patouhas** 507 John Tipton Blvd. Pennsauken, NJ 08110 | | commercial lease | | | | **$38,500.00** |
| **Salvatore Franchi** PO Box 110 Broomall, PA 19008-0110 | | commercial lease | | | | **$38,500.00** |
| **Truist Bank** 1845 Walnut Street, suite 1538 Philadelphia, PA 19103-4716 | | Guaranty of Commerical Real Estate Loan at 120 S. 6th Street, Vineland, NJ | **Contingent** | | | **$264,000.00** |
| **Truist Bank** PO Box 791620 Baltimore, MD 21279-1620 | | credit card | | | | **$143,905.19** |

| Debtor | **Omni Health Services, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Truist Bank 1845 Walnut Street, Suite 1538 Philadelphia, PA 19103-4716** | | **Guaranty of Commerical Real Estate Loan at 1536 Northampton Street, Easton, PA** | **Contingent** | | | **$760,000.00** |
| **Truist Bank 1845 Walnut Street, Suite 1538 Philadelphia, PA 19103-4716** | | **Guaranty of Commercial Real Estate Loan at 816 Green Street, Lansdale, PA** | **Contingent** | | | **$324,000.00** |
| **U.S. Small Business Association 2 North 20th Street Suite 320 Birmingham, AL 35203** | | **EIDL loan** | | **$2,000,000.00** | **$0.00** | **$2,000,000.00** |

A.E.M. Painting & Construction
708 S. Keyser Avenue
Taylor, PA 18517


Amazon
PO Box 035184
Seattle, WA 98124-5184


American Express
PO Box 981535
El Paso, TX 79998-1535


Apex Elevator Inspection & Testing LLC
PO Box 26086 US
Collegeville, PA 19426


Aqua America (Bristol)
762 W. Lancaster Avenue
Bryn Mawr, PA 19010


Atlantic Coast Alarm, Inc.
5100 Harding Highway
Suite 203
Mays Landing, NJ 08330


Azalea Health Innovations, Inc.
PO Box 749991
Atlanta, GA 30374-9991


Berkshire Bank
24 North Street
Pittsfield, MA 01201


Berkshire Bank
1787 Sentry Parkway West
Building 16, Suite 200
Blue Bell, PA 19422

Bernard Mazzocchi
10 Canal Street
Suite 200
Bristol, PA 19007


Borough of Quakertown
35 N. 3rd Street
Quakertown, PA 18951-1376


Borough of Wilson
2040 Hay Terrace
Easton, PA 18042


Brian and Erin McCarthy
1009 N. Main Ave.
Scranton, PA 18508


Brian McCarthy
c/o McCarthy Flowers
1009 N. Main Ave.
Scranton, PA 18508


Bruce Gossman, D.C.P.A.
1001 Raritan Avenue
Highland Park, NJ 08904


Bruce Grossman
1001 Raritan Avenue
Highland Park, NJ 08904


Bucks County Water & Sewer Authority
PO Box 3895
Lancaster, PA 17604


Business Phone Systems
934 Judson Avenue 3W
Evanston, IL 60202

Carson Corp./Jan-Pro
142 RdFairfield
Fairfield, NJ 07004


Casella Waste Systems
PO Box 5546
Binghamton, NY 13902-5546


Center for the Blind & Visually Impaired
3056 East State Street
Hermitage, PA 16148


Center for the Blind and
Visually Impaired
a/k/a Delco Blind Sight Center
3056 East State Street
Hermitage, PA 16148


Charles W. Browning, CPA, LLC
1003 Valley Road
Warminster, PA 18974


Chris Hauling, Inc.
1225 Industrial Drive
Easton, PA 18042


City of Allentown
Room 110435 Hamilton Street
Allentown, PA 18101


City of Allentown
Burea of Recycling & Solid Waste
641 S. 10th St.
Allentown, PA 18103


CleanNet of Philadelphia
234 Mall Blvd.
Suite 115
King of Prussia, PA 19406

Comcast
PO Box 70219
Philadelphia, PA 19176-0219


Complete Document Solutions
19 Gloria Lane
Fairfield, NJ 07004


Confires Fire Protection Service
910 Oak Tree Avenue
Suite J
South Plainfield, NJ 07080


CPI/AHP Havertown MOB Owner, LLC
PO Box 98381
Washington, DC 20090-8300


CPI/AHP Havertown MOB Owner, LLC
425 Seventh Street, NE
Charlottesville, VA 22902


Crozer Keystone Health Network
Psychiatry Billing - Layton Hall
1 Medical Center Blvd.
Chester, PA 19013-3995


Crystal Springs
PO Box 660579
Dallas, TX 75266-0579


De Lage Landen Financial Services
PO Box 41602
Philadelphia, PA 19101-1602


Delta-T Group Inc.
PO Box 884
Bryn Mawr, PA 19010

DS Colmar, LLC
585 Boulevard
Elmwood Park, NJ 07407


DS Colmar, LLC
Attn: Michael Sachs
485 Mola Blvd.
Elmwood Park, NJ 07407


Dual Temp
2050 S. 12th Street
Allentown, PA 18103


Eastburn and Gray PC
60 East Court Street
PO Box 1389
Doylestown, PA 18901


ECollect (Chester BPT)
c/o e-Colect
804 Fayette Street
Conshohocken, PA 19428


ECollect (Upper Darby BPT)
c/o e-Colect
804 Fayette Street
Conshohocken, PA 19428


Eddie Shetayh
2151 Pakota Drive
Coplay, PA 18037


Ellora Systems
2 Mount Royal Ave.
Suite 206
Marlborough, MA 01752

Ettore J. Lippi
400 Third Avenue
Kingston, PA 18704


First Energy
PO Box 3687
Akron, OH 44309-3687


For2fi, Inc.
PO Box 79428
North Dartmouth, MA 02747


George and Katherine Nassoor
430 Memorial Parkway
Phillipsburg, NJ 08865


George and Kathryn J. Nassoor
430 Memorial Parkway
Phillipsburg, NJ 08865


Glenmore Management Associates, Inc.
PO Box 389
Lionville, PA 19353


Global Merchant Cash Inc.
64 Beaver Street
New York, NY 10004


Graybar Financial Services
11885 Lackland Road
Saint Louis, MO 63146


Great America Financial
PO Box 660831
Dallas, TX 75266-0831

Great Spring Water Company
412 W. Mine Street
Hazleton, PA 18201


HAB-BPT (Berkheimer)
PO Box 21810
Lehigh Valley, PA 18002-1810


HAB-MISC (Berkheimer)
PO Box 25144
Lehigh Valley, PA 18002-5144


Happy Brothers LLC
1500 Edgemont Avenue
Chester, PA 19013


Hatfield Township
1950 School Road
Hatfield, PA 19440


HYOPSYS LLC
811 Bethlehem Pike
Unit 1
Glenside, PA 19038


Independence Blue Cross
Lockbox 3092
PO Box 8500
Philadelphia, PA 19178-3092


Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1611


IOU Central, Inc.
600 TownPark Lane
Suite 100
Kennesaw, GA 30144

Iron Mountain
PO Box 27128
New York, NY 10087-7128


Jackson & Coker Locum Tenens, LLC
2655 Northwinds Parkway
Alpharetta, GA 30009


Jai Bhim Realty LLC
160 Bethlehem Pike
Suite 120
Colmar, PA 18915


JAI BHIM Realty LLC
1246 W. Tilghman Street
Allentown, PA 18102


Jai Bhim Realty, LLC
160 Bethlehem Pike
Suite 120
Colmar, PA 18915


Jan-Pro of NEPA
1108 Highway 315
Wilkes Barre, PA 18702


John D. Pittenger Builder, Inc.
2260 Highway 33
Suite 1
Neptune, NJ 07753


John D. Pittinger Builder, Inc.
2260 Highway 33
Suite 1
Neptune, NJ 07753


Johnson's Lawnscaping
2609 W. Liberty Street
Allentown, PA 18104

Joshua P. Friedman, Esquire
23679 Calabasas Road
#377
Calabasas, CA 91302


Kevin's Remodeling and Construction
203 Center Street
Easton, PA 18042


Keystone Fire Protection Company
433 Industrial Drive
North Wales, PA 19454


KONE
PO Box 22251
New York, NY 10087-2251


Laser Heating and Colling, Inc.
PO Box 64104
Souderton, PA 18964


Leaf Capital Funding
PO Box 5066
Hartford, CT 06102-5066


Legacy Retirement Solutions LLC
700 Turner Industrial Way
Suite 110
Aston, PA 19014


Likety Capital LLC
630 Canoga Avenue
Woodland Hills, CA 91367


Lippi Properties / Ettore Lippe
400 Third Avenue
Suite 300
Kingston, PA 18704

LMR Disposal
PO Box 309
Phillipsburg, NJ 08865


Lotus Real Estate Propertiees LLC
182 Bethlehem Pike
Colmar, PA 18915


Lotus Real Estate Properties LLC
182 Bethlehem Pike
Colmar, PA 18915


M Shop 360
450 Parkway Drive
Broomall, PA 19008


M. Burr Keim Company
2021 Arch Street
Philadelphia, PA 19103


Marquez Landscaping
2720 Palermo Avenue
Vineland, NJ 08361


Met-Ed
PO Box 3687
Akron, OH 44309-3687


Michael Muthaiah Thevar
308 Dorothy Lane
Chalfont, PA 18914


Militia Hill Security
PO Box 606
Plymouth Meeting, PA 19462

New Jersey Natural Gas
PO Box 11743
Newark, NJ 07101-4743


Nitel LLC (Hyypercore)
PO Box 735235
Chicago, IL 60603-5235


Northeastern Security Systems
1331 State Route 315
Wilkes Barre, PA 18702


Oksana Cleaning Services, LLC
PO Box 2063
Vineland, NJ 08362-2063


Omni One Staffing Solutions, Inc.
160 Bethlehem Pike
Colmar, PA 18915


Otis Elevator Company
PO Box 13716
Newark, NJ 07188-0716


PA Department of Labor and Industry
651 Boas Street
Harrisburg, PA 17120


Pam Martin
160 Bethlehem Pike
Colmar, PA 18915


Panagiotis Patouhas
507 John Tipton Blvd.
Pennsauken, NJ 08110

Panagiotis Patouhas
425 Market Streete
Camden, NJ 08102

PECO
PO Box 37629
Philadelphia, PA 19101-0629

PECO
PECO - Payment Processing
PO Box 37629
Philadelphia, PA 19101-0629

Pedro Maintenance LLC
1450 How Lane
North Brunswick, NJ 08902

Pennsylvania American Water
PO Box 371412
Pittsburgh, PA 15250-7412

Pennsylvania Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128

Philadelphia Insurance
P.O. Box 70251
Philadelphia, PA 19176-0251

Pitney Bowes
27 Waterview Drive
Shelton, CT 06484

PPL
2 North 9th Street
CPC-GENN1
Allentown, PA 18101-1175

Promising Development, LLC
PO Box 780211
Philadelphia, PA 19178-0211


ProShred Southern NJ
199 Edgewood Avenue
Suite A
West Berlin, NJ 08091-4000


PSE&G
PO Box 14444
New Brunswick, NJ 08906-4444


RCN
PO Box 11816
Newark, NJ 07101-8116


RI International
2701 N. 16th Street
Suite 316
Phoenix, AZ 85006-1266


Roto-Rooter Services Company
5672 Collections Center Drive
Chicago, IL 60693-0056


Sacco Rentals, LLC
1730 East Broad Street
Hazleton, PA 18201


Salvatore and Christina Franchi
PO Box 110
Broomall, PA 19008


Salvatore Franchi
PO Box 110
Broomall, PA 19008-0110

SEmper Fi Air Conditioning & Heating LLC
895 Hahn's Dairy Road
Palmerton, PA 18071


Shred It USA
28883 Network Place
Chicago, IL 60673-1288


SoDel Pulmonary Center LLC
20163 Office Circle
Georgetown, DE 19947


Spread Eagle Development Corp.
200 Plaza Court
Suite A
East Stroudsburg, PA 18301


Spread Eagle Development Corp.
200 Plaza Court, Suite A
East Stroudsburg, PA 18301


State of New Jersey -  Dept. of LWD
Division of Employer Accounts
PO Box 929
Trenton, NJ 08646-0929


Stratix Systems
1011 North Park Road
Reading, PA 19610


Stratix Systems, Inc.
Lease Processing Center
1011 N. Park Road
Reading, PA 19610


Superior HVAC, LLC
355 Morvale Road
Easton, PA 18042

Susan Gadaleta
2619 Line Lexington Road
Hatfield, PA 19440


Sushama Thevar
308 Dorothy Lane
Chalfont, PA 18914


The Berner Group
PO Box 230370
Las Vegas, NV 89105


Thomas Edison Electric
12 Penns Trail
Newtown, PA 18940-1892


Titan Mobile Shredding LLC
PO Box 2166
Doylestown, PA 18901


Trievel, LLC
100 Campbell Drive
Unit D-4
Downingtown, PA 19335


Truist Bank
1845 Walnut Street, Suite 1538
Philadelphia, PA 19103-4716


Truist Bank
PO Box 791620
Baltimore, MD 21279-1620


U.S. Small Business Association
2 North 20th Street
Suite 320
Birmingham, AL 35203

UGI
PO Box 13009
Reading, PA 19612-3009


UGI
PO Box 15503
Wilmington, DE 19886-5503


UGI
PO Box 15503
Wilmington, DE 19886-5503


UGI South
PO Box 15503
Wilmington, DE 19886-5503


UGI Utililies, Inc.
PO Box 15503
Wilmington, DE 19886-5503


United Healthcare
UHS Premium Billing
PO Box 94017
Palatine, IL 60094-4017


Valley Networks, Inc.
1240 Win Dr.
Bethlehem, PA 18017


Vault Solutions
PO Box 357
Voorhees, NJ 08043


Verizon
PO Box 15124
Albany, NY 12212-5124

Vineland Municipal Utilities
640 E. Wood St.
PO Box 1508
Vineland, NJ 08362-1508


Waste Management
AS Payment Agent
PO Box 13648
Philadelphia, PA 19101-3648


Wilson Partners
1845 Oaklynn Drive
Green Lane, PA 18054


Work Partners
PO Box 2977
Pittsburgh, PA 15230


Xerox Financial Services, LLC
DeLange Financial Services
201 Merritt 7
Norwalk, CT 06851

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **Omni Health Services, Inc.**

Debtor(s)

Case No.

Chapter  **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Omni Health Services, Inc.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**November 20, 2025**

Date

**/s/ David B. Smith**

**David B. Smith 59098**

Signature of Attorney or Litigant

Counsel for    **Omni Health Services, Inc.**

**Smith Kane Holman, LLC**

**112 Moores Road**
**Suite 300**
**Malvern, PA 19355**
**610-407-7215 Fax:610-407-7218**
**dsmith@skhlaw.com**