## CORPORATE BOARD RESOLUTIONS

At a meeting of the Board of Directors of Omni Health Services, Inc. (the "Corporation"), held on November 11, 2025, the following resolutions were duly and effectively passed:

RESOLVED, that, because of the Corporation's financial condition, existing obligations to creditors, and actual and threatened liabilities, the Corporation shall pursue a reorganization under the protection of the federal bankruptcy laws; and, it is further

RESOLVED, that the law firm of Smith Kane Holman, LLC will serve as bankruptcy counsel to the Corporation during the pendency of the bankruptcy proceeding; and, it is further

RESOLVED, that the officers of the Corporation, whether acting jointly or individually, are authorized to take such actions and to make, execute, deliver, and file on behalf of the Corporation, such corporate papers, certificates, instruments, and other documents as may be necessary or desirable to carry out the intent and purpose of the foregoing resolutions; and, it is further

RESOLVED, that any and all acts and deeds undertaken by the Corporation, and any documents, instruments, or certificates executed and delivered by the officers, in furtherance of the foregoing resolutions are approved, ratified, and confirmed in all respects as the acts and deeds of the Corporation; and, it is further

RESOLVED, that these resolutions and the transactions contemplated and described within them, shall be deemed effective as of November 11, 2025 notwithstanding the actual date of execution and delivery of these resolutions by the Board of Directors of the Corporation.

All of the above resolutions, to the extent necessary under applicable law, were adopted and implemented by the Board of Directors of the Corporation.

Michael Thevar, sole director                              _____ (signature)

## SECRETARY'S CERTIFICATION OF RESOLUTIONS

I, Michael Thevar, do hereby certify that I am the Secretary of Omni Health Services, Inc., a Pennsylvania professional corporation, and as such, have access to all original records of the Corporation. I further certify that at a meeting of the directors of the Corporation, duly called, held, and convened, according to law and the bylaws of the Corporation on November 11, 2025, a quorum being present and voting thereon, the foregoing resolutions were unanimously adopted; that the foregoing is a full, true, and correct recitation of the resolutions; and that I am the duly authorized and proper officer of the Corporation to make certified copies of the Corporation's records on its behalf.

I do further certify that the above resolutions have not been in any way altered, amended, or repealed and are now in full force and effect.

IN WITNESS WHEREOF, I have hereunto set my hand and attach the seal of the Corporation this 11th day of November, 2025.

_____
Michael Thevar, Secretary of
Omni Health Services, Inc.