# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Omni Health Services, Inc. | : | |
| | : | Case No. 25-14727 (AMC) |
| | : | |
| Debtor. | : | |
| | : | |

## ORDER

AND NOW, this _____ day of November, 2025, upon consideration of the Debtor's Motion Pursuant to Bankruptcy Code Section 365(a) for Entry of an Order Authorizing the Rejection of Non-Residential Real Estate Leases (the "Motion"), and the Court being satisfied that cause exists to grant the Motion and that the relief sought in the Motion is in best interests of the Debtor, its bankruptcy estate and creditors and other parties in interest, and that sufficient cause appearing therefore, it is hereby ORDERED as follows:

1. The Motion is GRANTED on the terms set forth herein.

2. The Debtor is authorized to reject the following non-residential real property leases effective as of the Petition Date, which was November 20, 2025 (collectively, the "Rejected Leases"):

   (i) 1337 N. Main Avenue, Scranton, PA - Commercial Lease Agreement dated November 1, 2024 with Brian and Erin McCarthy as lessors.

   (ii) 4379 William Easton Avenue, Suite 101, Bethlehem, PA – Lease dated May 31, 2021, as extended, with Willow Park Partners, LP as the original lessor and then Eddie Shetayh as the subsequent lessor (the "Bethlehem Lease").

   (iii) 2240 Highway 33, Neptune, NJ – Lease Agreement dated April 27, 2021, as amended, with John D. Pittenger Builder, Inc., as lessor.

    (iv)    2512 Atlantic Avenue, Atlantic City, NJ – Commercial Lease dated April 1, 2021 with Jai Bhim Realty, LLC, as original lessor, and now Atlantic Mobile, LLC, as current owner.

    (v)    427 Market Street, Camden, NJ – Commercial Lease Agreement dated January 1, 2018, as amended, with Panagiotis Patouhas, as lessor.

    (vi)    1001 Raritan Avenue, Highland Park, NJ – Lease Agreement dated April 21, 2017, as amended, with Dr. Bruce Grossman, as lessor.

3. The rejection of the Rejected Leases is without prejudice to the Debtor's rights and defenses regarding the Debtor's liability under the Rejected Leases and any claims against the Debtor's estate relating thereto, including claims for rejection of such Rejected Leases.

BY THE COURT:

_____
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge