UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| | : | |
| Debtor | : | |

**NOTICE OF OFFICER'S COMPENSATION**
**PURSUANT TO LOCAL BANKRUPTCY RULE 4002-1(b)**

NOTICE IS HEREBY GIVEN PURSUANT TO LOCAL BANKRUPTCY RULE 4002-1:

1. On November 20, 2025 (the "Petition Date"), Omni Health Services, Inc. ("Debtor"), filed a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code"). Since the Petition Date, the Debtor has continued to operate its business and manage its property pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. The sole officer of the Debtor to whom compensation is paid is Michael Thevar, who continues to act in his capacities as sole director and president of the Debtor.

3. Michael Thevar serves as the President of the Debtor. He also is employed by the Debtor. Michael Thevar's duties and responsibilities include, but are not limited to, day-to-day management and operations across Debtor's business development, human resources, finance, recruiting, sales, and managed services.

4. Mr. Thevar's monthly compensation in August 2025, May 2025, and calendar year 2024 (90 days, 180 days, and one year prior to the Petition Date, respectively), as well as the cost of benefits provided, are also set forth on the table below.

|  | 90th day - 8.22.25 (*Aug. 2025 total*) | 180th day - 5.25.25 (*May 2025 total*) | 1 year - 11.20.24 (*avg. 2024 monthly*) |
|---|---|---|---|
| Compensation: (*payroll & other pmts*) | $36,477.78 | $49,859.24 | $42,507.49 |
| Cost of Benefits (approx.): (*health & dental ins.*) | $1,817.91 | $1,817.91 | $1,817.91 |
| Cost of Benefits (approx.): (*car and auto ins.*) | $5,342.70 | $4,880.31 | $6,100.39 |
| Cost of Benefits (approx.): (*cell plan*) | $714.85 | $713.84 | $723.97 |

5. After the Petition Date, pursuant to Local Bankruptcy Rule 4002-1(c), the Debtor expects to continue to pay Michael Thevar compensation and benefits *up to* the maximum monthly amount he has received in 2025, *as and only if cash is available*.

6. The Debtor is serving this notice on the following: (a) all secured creditors; (b) the 20 largest unsecured creditors; and (c) all parties on the Clerk's Service List. Any creditor or party in interest who objects to the Debtor's continued retention of the above officers or to the compensation paid to said officers must do so in accordance with Local Bankruptcy Rule 4002-2.

SMITH KANE HOLMAN, LLC

Date: December 11, 2025

By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7215 Phone
(610) 407-7218 Fax
*Counsel to the Debtor*