# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | CHAPTER 11 |
| Omni Health Services, Inc. | Case No. 25-14727 (AMC) |
| Debtor |  |

## ORDER

AND NOW, this __18th__ day of December, 2025, upon consideration of the Debtor's Motion For An Order Determining That A Patient Care Ombudsman Is Not Necessary Pursuant To 11 U.S.C. § 333(a) And Bankruptcy Rule 2007.2 (the "Motion") and the Court having conducted an initial hearing on December 17, 2025 at which counsel to the Debtor and counsel to Office of the United States Trustee (the "OUST") addressed the status of the relief sought in the Motion, the Court finds as follows:

    A.    The Debtor designated itself as a "health care business" (as defined in 11 U.S.C. § 101(27A)) in its voluntary petition.

    B.    The Debtor is a "health care business" (as defined in 11 U.S.C. § 101(27A)). As a "health care business," pursuant to 11 U.S.C. § 333(a), this Court must order, not later than 30 days after the commencement of the case (i.e., here, within 30 days of November 20, 2025), the appointment of an ombudsman to monitor the quality of patient care and to represent the interests of the patients unless the Court finds that an ombudsman is not necessary for the protection of patients under the specific facts of the case.

    C.    The Debtor filed the Motion on November 26, 2025, which enabled the Motion to be heard by this Court on December 17, 2025—i.e., within the 30-day timeframe set forth in 11 U.S.C. § 333(a) for the Court to enter an order on whether or not an ombudsman is necessary.

   D. On November 21, 2025, the OUST provided the Debtor with extensive written requests for information relative to the Debtor's provision of patient care (the "OUST Requests") to enable the OUST to evaluate the relief sought in the Motion—namely, whether or not an ombudsman is necessary. The Debtor is in the process of addressing the OUST Requests.

   E. Based upon the statements made by the Debtor in the Motion and based upon the Debtor's ongoing efforts to address the informational requests by the OUST, the OUST does not object to the entry of this Order so long as the Debtor complies with the terms hereof.

   In light of the above findings, it is hereby ORDERED as follows:

   1. The Debtor is directed to respond to and comply with the OUST Requests by December 31, 2025.

   2. A hearing to consider the Motion shall be heard on January 28, 2025 at 11 a.m. Parties may participate by video teleconference through Zoom (accessible via www.zoomgov.com/join) or by dialing 1-646-828-7666, Meeting ID: 160 6807 8081 (no participant ID is required.

BY THE COURT:

_____
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

Date: Dec. 18, 2025