**Fill in this information to identify the case:**

Debtor name  **Omni Health Services, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  **25-14727**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■ *Schedule H: Codebtors* (Official Form 206H)

■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

■ Other document that requires a declaration     **Statement of Financial Affairs**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 18, 2025**         X **/s/ Michael Thevar**
                                            Signature of individual signing on behalf of debtor

                                            **Michael Thevar**
                                            Printed name

                                            **President**
                                            Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name **Omni Health Services, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **25-14727**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                 12/15

| Part 1: | Summary of Assets |
|---------|-------------------|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*..................................................................................... $                0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................... $        3,059,004.22

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*..................................................................................... $        3,059,004.22

| Part 2: | Summary of Liabilities |
|---------|------------------------|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................................... $        5,897,416.78

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................. $                0.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$        2,465,888.96

4.   Total liabilities ........................................................................................
    Lines 2 + 3a + 3b                                    $        8,363,305.74

**Fill in this information to identify the case:**

Debtor name  **Omni Health Services, Inc.**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  **25-14727**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

**Current value of debtor's interest**

3.   **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| 3.1. | **Truist Operating Account (balance as of 11.20.25)** | **Checking** | **8345** | $135,783.76 |
| 3.2. | **Truist Payroll Account (balance as of 11.20.25)** | **Checking** | **8310** | $2,744.56 |
| 3.3. | **Truist Bank (balance as of 12/10/25)** | **Savings** | **8342** | $0.00 |
| 3.4. | **Santander Operating Account (balance as of 11.20.25)** | **Checking** | **1455** | $87.10 |
| 3.5. | **Santander Deposit Account (balance as of 11.20.25)** | **Checking** | **1404** | $78.09 |
| 3.6. | **Reliant Account Management #5490 (balance as of 11.20.25)** | **Trust** | | $3,220.91 |

| Debtor | Omni Health Services, Inc. | Case number *(If known)* **25-14727** |
|---|---|---|
| | Name | |

| 3.7. | **Chase Bank (balance as of 11.20.25)** | Checking | 3535 | $49.69 |
|---|---|---|---|---|

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**                                                    **$141,964.11**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

**7.** **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1. | **Security Deposits held by landlords** | $85,082.96 |
|---|---|---|

**8.** **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

**9.** **Total of Part 2.**                                                    **$85,082.96**

Add lines 7 through 8. Copy the total to line 81.

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

**11.** **Accounts receivable**

| 11a. 90 days old or less: | **498,099.82** | - | **0.00** | = .... | **$498,099.82** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **98,577.35** | - | **60,000.00** | =.... | **$38,577.35** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

**12.** **Total of Part 3.**                                                    **$536,677.17**

Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.

| Debtor | **Omni Health Services, Inc.** | Case number *(If known)* **25-14727** |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

**Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures**<br>**Furniture and fixtures at various leased locations**<br>**(value is estimated)** | **$0.00** | | **$25,000.00** |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**IT Hardware**<br>**(based upon book value)** | **$0.00** | | **$136,407.77** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
Add lines 39 through 42. Copy the total to line 86.

| | **$161,407.77** |
|---|---|

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

| Debtor | **Omni Health Services, Inc.** | Case number *(If known)* **25-14727** |
|---|---|---|
| | Name | |

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.    **all commercial leases are set forth on Schedule G** | **leasehold interest** | **$0.00** | | **$0.00** |

**56.**    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| **$0.00** |
|---|

**57.**    **Is a depreciation schedule available for any of the property listed in Part 9?**

■ No
☐ Yes

**58.**    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**71.**    **Notes receivable**
Description (include name of obligor)

**72.**    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**73.**    **Interests in insurance policies or annuities**

**74.**    **Causes of action against third parties (whether or not a lawsuit has been filed)**

**75.**    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76.**    **Trusts, equitable or future interests in property**

**77.**    **Other property of any kind not already listed** *Examples:* Season tickets,

Debtor  **Omni Health Services, Inc.**                                    Case number *(If known)* **25-14727**
Name

country club membership
**Amount owing by Berks County Behavior**
**($8,916 on books, but uncollectible)**                                                    **$0.00**

**Amount owing by Jai Bhim Realty LLC**
**(book value)**                                                                      **$1,880,532.66**

**Amount owing by Lotus Real Estate**
**(book value)**                                                                      **$44,259.08**

**Amount owing by Sunrise Human Care Services, Inc.**
**(book value)**                                                                      **$209,080.47**

**Amount owing by Vijaya Enterprises LLC**
**($5,870 on books, but uncollectible)**                                                    **$0.00**

**Miscellaneous loans**
**($42,287.40 on books, but uncollectible)**                                               **$0.00**

| | |
|---|---|
| 78. | **Total of Part 11.** |
| | Add lines 71 through 77. Copy the total to line 90. |

**$2,133,872.21**

79.   **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor **Omni Health Services, Inc.**                    Case number *(If known)* **25-14727**
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $141,964.11 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $85,082.96 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $536,677.17 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $161,407.77 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,133,872.21 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,059,004.22 | + 91b.     $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,059,004.22 |

**Fill in this information to identify the case:**

Debtor name  **Omni Health Services, Inc.**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)  **25-14727**

☐ Check if this is an amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **Berkshire Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**blanket lien** | **$150,000.00** | **$2,720,672.00** |

**24 North Street**
**Pittsfield, MA 01201**
Creditor's mailing address

Describe the lien
**2nd priority security interest (through cross collateralization)**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**11/9/22**

Last 4 digits of account number
**1148**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| | | | | |
|---|---|---|---|---|
| **2.2** | **Berkshire Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**blanket lien** | **$189,349.84** | **$3,059,004.00** |

**24 North Street**
**Pittsfield, MA 01201**
Creditor's mailing address

Describe the lien
**1st priority security interest**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**7/17/19**

Last 4 digits of account number
**2400**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

| Debtor | **Omni Health Services, Inc.** | | Case number (if known) | **25-14727** |
|---|---|---|---|---|
| | Name | | | |

☐ No
☐ **Yes.** Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Berkshire Bank** | Describe debtor's property that is subject to a lien | $148,983.10 | $3,059,004.00 |

Creditor's Name

**24 North Street
Pittsfield, MA 01201**

Creditor's mailing address

**blanket lien**

Describe the lien
**1st priority security interest**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**7/17/19**

**Last 4 digits of account number**
**2393**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Berkshire Bank** | Describe debtor's property that is subject to a lien | $1,894,000.00 | $1,840,672.00 |

Creditor's Name

**1787 Sentry Parkway West
Building 16, Suite 200
Blue Bell, PA 19422**

Creditor's mailing address

**blanket lien**

Describe the lien
**security interest (through cross
collateralization)**

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**
**10/16/24**

**Last 4 digits of account number**
**1900**

**Do multiple creditors have an
interest in the same property?**
■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Berkshire Bank** | Describe debtor's property that is subject to a lien | $730,000.00 | $2,570,672.00 |

Creditor's Name

**24 North Street
Pittsfield, MA 01201**

Creditor's mailing address

**blanket lien**

Describe the lien
**3rd priority security interest**

---

Debtor  **Omni Health Services, Inc.**
_____  Case number (if known)  **25-14727**
Name

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

_____
Creditor's email address, if known

☐ No

**Date debt was incurred**
**2/5/21**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**8205**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

☐ Disputed

---

| 2.6 | **Global Merchant Cash Inc.** | Describe debtor's property that is subject to a lien | $247,899.96 | $0.00 |

Creditor's Name

**blanket lien**

**64 Beaver Street**
**New York, NY 10004**

Creditor's mailing address

Describe the lien
**security interest**

Is the creditor an insider or related party?

■ No

_____
Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**4/24/25**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**2659**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

■ Unliquidated

■ Disputed

---

| 2.7 | **Graybar Financial Services** | Describe debtor's property that is subject to a lien | $86,458.26 | $0.00 |

Creditor's Name

**purportedly a blanket lien arising from HVAC
Project w Accs at 16 Tilghman Street,
Allentown, PA 18102**

**11885 Lackland Road**
**Saint Louis, MO 63146**

Creditor's mailing address

Describe the lien
**notice purposes only**

Is the creditor an insider or related party?

■ No

_____
Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**
**11/21/23**

☐ No

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply

■ No

■ Contingent

☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Unliquidated

■ Disputed

---

| Debtor | **Omni Health Services, Inc.** | | Case number (if known) | **25-14727** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.8 | **IOU Central, Inc.** | Describe debtor's property that is subject to a lien | **$320,472.70** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**600 TownPark Lane
Suite 100
Kennesaw, GA 30144**

Creditor's mailing address

**blanket lien**

**Describe the lien**
**UCC-1 filed 7/16/25**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/12/24**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.9 | **Likety Capital LLC** | Describe debtor's property that is subject to a lien | **$130,252.92** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**630 Canoga Avenue
Woodland Hills, CA 91367**

Creditor's mailing address

**acccounts receivable**

**Describe the lien**
**Forward Receipts Purchase Agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/4/25**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
■ Contingent
■ Unliquidated
■ Disputed

---

| 2.10 | **U.S. Small Business Association** | Describe debtor's property that is subject to a lien | **$2,000,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**2 North 20th Street
Suite 320
Birmingham, AL 35203**

Creditor's mailing address

**blanket lien**

**Describe the lien**
**4th priority security interest (amount does not include accrued interest)**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/21/21**

---

| Debtor | **Omni Health Services, Inc.** | | Case number (if known) | **25-14727** |
|---|---|---|---|---|
| | Name | | | |

**Last 4 digits of account number**
**8806**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**  | **$5,897,416.78**

---

**Part 2:** **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Joshua P. Friedman, Esquire** **23679 Calabasas Road** **#377** **Calabasas, CA 91302** | Line **2.9** | |

---

**Fill in this information to identify the case:**

Debtor name    **Omni Health Services, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **25-14727**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|--|--|--|-------------|-----------------|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **Internal Revenue Service**<br>**600 Arch Street**<br>**Philadelphia, PA 19106-1611** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**notice purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
| | **New Jersey Divison of Taxation**<br>**3 John Fitch Way, 5th Floor**<br>**Trenton, NJ 08695-0245** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**notice purposes only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Omni Health Services, Inc. | Case number (if known) | 25-14727 |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**PA Department of Labor and Industry**
**651 Boas Street**
**Harrisburg, PA 17120**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**noticed purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Pennsylvania Dept. of Revenue**
**Bankruptcy Division**
**Dept. 280946**
**Harrisburg, PA 17128**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**notice purposes only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

- ■ No
- ☐ Yes

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $650.00 |
|---|---|---|---|

**A.E.M. Painting & Construction**
**708 S. Keyser Avenue**
**Taylor, PA 18517**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Painting/Maintenance Work**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $23,085.56 |
|---|---|---|---|

**Amazon**
**PO Box 035184**
**Seattle, WA 98124-5184**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Office supplies - credit account**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,608.22 |
|---|---|---|---|

**American Express**
**PO Box 981535**
**El Paso, TX 79998-1535**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Credit Card**

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Omni Health Services, Inc. | Case number (if known) | 25-14727 |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address
**Apex Elevator Inspection & Testing LLC**
**PO Box 26086 US**
**Collegeville, PA 19426**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$245.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Elevator inspectionjs for state regulations**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address
**Aqua America (Bristol)**
**762 W. Lancaster Avenue**
**Bryn Mawr, PA 19010**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$95.47**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Water**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address
**Atlantic Coast Alarm, Inc.**
**5100 Harding Highway**
**Suite 203**
**Mays Landing, NJ 08330**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$383.85**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Security Alarm - closed site**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address
**Azalea Health Innovations, Inc.**
**PO Box 749991**
**Atlanta, GA 30374-9991**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$8,394.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical Vendor - Billing Software**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address
**Bernard Mazzocchi**
**10 Canal Street**
**Suite 200**
**Bristol, PA 19007**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$30,883.65**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial Lease**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address
**Borough of Quakertown**
**35 N. 3rd Street**
**Quakertown, PA 18951-1376**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$170.46**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Electric**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address
**Borough of Wilson**
**2040 Hay Terrace**
**Easton, PA 18042**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$1,660.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Privilege Tax 2024**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Omni Health Services, Inc. | | Case number (if known) | 25-14727 |
|---|---|---|---|---|
| | Name | | | |

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,300.00**

**Brian McCarthy**
**c/o McCarthy Flowers**
**1009 N. Main Ave.**
**Scranton, PA 18508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Scranton Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$13,798.16**

**Bruce Gossman, D.C.P.A.**
**1001 Raritan Avenue**
**Highland Park, NJ 08904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Commerical Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81.00**

**Bucks County Water & Sewer Authority**
**PO Box 3895**
**Lancaster, PA 17604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Utilities - Water**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,150.88**

**Business Phone Systems**
**934 Judson Avenue 3W**
**Evanston, IL 60202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Contractor - IT work performed**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,279.50**

**Carson Corp./Jan-Pro**
**142  RdFairfield**
**Fairfield, NJ 07004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Cleaning Services - closed location**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$539.45**

**Casella Waste Systems**
**PO Box 5546**
**Binghamton, NY 13902-5546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Trash Removal**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,944.86**

**Center for the Blind & Visually Impaired**
**3056 East State Street**
**Hermitage, PA 16148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Commercial Lease**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Omni Health Services, Inc. | Case number (if known) | 25-14727 |
|---|---|---|---|
| | Name | | |

---

**3.18** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,825.00**

**Charles W. Browning, CPA, LLC**
**1003 Valley Road**
**Warminster, PA 18974**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CPA Accounting Firm**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.19** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$266.40**

**Chris Hauling, Inc.**
**1225 Industrial Drive**
**Easton, PA 18042**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trash Removal**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.20** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,747.68**

**City of Allentown**
**Room 110435 Hamilton Street**
**Allentown, PA 18101**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Privilege Tax 2024**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.21** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$599.00**

**City of Allentown**
**Burea of Recycling & Solid Waste**
**641 S. 10th St.**
**Allentown, PA 18103**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **City Trash Removal Services**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,816.20**

**CleanNet of Philadelphia**
**234 Mall Blvd.**
**Suite 115**
**King of Prussia, PA 19406**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cleaning Services - discontinued**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$662.70**

**Comcast**
**PO Box 70219**
**Philadelphia, PA 19176-0219**

Date(s) debt was incurred _

Last 4 digits of account number  **8327**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Internet**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$371.35**

**Comcast**
**PO Box 70219**
**Philadelphia, PA 19176-0219**

Date(s) debt was incurred _

Last 4 digits of account number  **0183**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Internet**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | Omni Health Services, Inc. | Case number (if known) | 25-14727 |
|---|---|---|---|
| | Name | | |

---

**3.25** | **Nonpriority creditor's name and mailing address**
**Comcast**
**PO Box 70219**
**Philadelphia, PA 19176-0219**

Date(s) debt was incurred __

Last 4 digits of account number __2437__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities - Internet__

Is the claim subject to offset? ☐ No ☐ Yes

**$516.35**

---

**3.26** | **Nonpriority creditor's name and mailing address**
**Comcast**
**PO Box 70219**
**Philadelphia, PA 19176-0219**

Date(s) debt was incurred __

Last 4 digits of account number __7847__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities - Internet__

Is the claim subject to offset? ☐ No ☐ Yes

**$502.60**

---

**3.27** | **Nonpriority creditor's name and mailing address**
**Complete Document Solutions**
**19 Gloria Lane**
**Fairfield, NJ 07004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Managed Print Service Company (printer leases)__

Is the claim subject to offset? ☐ No ☐ Yes

**$102.79**

---

**3.28** | **Nonpriority creditor's name and mailing address**
**Confires Fire Protection Service**
**910 Oak Tree Avenue**
**Suite J**
**South Plainfield, NJ 07080**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Fire Safety Inspection Company__

Is the claim subject to offset? ☐ No ☐ Yes

**$1,622.74**

---

**3.29** | **Nonpriority creditor's name and mailing address**
**CPI/AHP Havertown MOB Owner, LLC**
**PO Box 98381**
**Washington, DC 20090-8300**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Commerical Lease__

Is the claim subject to offset? ☐ No ☐ Yes

**$14,243.30**

---

**3.30** | **Nonpriority creditor's name and mailing address**
**Crozer Keystone Health Network**
**Psychiatry Billing - Layton Hall**
**1 Medical Center Blvd.**
**Chester, PA 19013-3995**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Staffing Agency for Psychiatrists (not in use)__

Is the claim subject to offset? ☐ No ☐ Yes

**$57,653.00**

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Crystal Springs**
**PO Box 660579**
**Dallas, TX 75266-0579**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Water Delivery__

Is the claim subject to offset? ☐ No ☐ Yes

**$39.62**

---

| Debtor | Omni Health Services, Inc. | Case number (if known) | 25-14727 |
|---|---|---|---|
| | Name | | |

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,957.80**

**De Lage Landen Financial Services**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Leasing Company for printer leases (closed sites)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$503.20**

**Delta-T Group Inc.**
**PO Box 884**
**Bryn Mawr, PA 19010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Staffing Agency for clinical staff (active/in use)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**DS Colmar, LLC**
**585 Boulevard**
**Elmwood Park, NJ 07407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **lease obligations and corresponding note for tenant improvements**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$101,151.70**

**DS Colmar, LLC**
**Attn:  Michael Sachs**
**485 Mola Blvd.**
**Elmwood Park, NJ 07407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **lease obligations and corresponding note for tenant improvements**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,665.91**

**Dual Temp**
**2050 S. 12th Street**
**Allentown, PA 18103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **HVAC Contractor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,296.00**

**Eastburn and Gray PC**
**60 East Court Street**
**PO Box 1389**
**Doylestown, PA 18901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Legal Fees**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,316.87**

**ECollect (Chester BPT)**
**c/o e-Colect**
**804 Fayette Street**
**Conshohocken, PA 19428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Business Privilege Tax 2024**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Omni Health Services, Inc. | Case number (if known) | 25-14727 |
|---|---|---|---|
| | Name | | |

---

**3.39** | **Nonpriority creditor's name and mailing address**
ECollect (Upper Darby BPT)
c/o e-Colect
804 Fayette Street
Conshohocken, PA 19428

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Privilege Tax 2024**

Is the claim subject to offset? ☐ No ☐ Yes

**$9,050.40**

---

**3.40** | **Nonpriority creditor's name and mailing address**
Eddie Shetayh
2151 Pakota Drive
Coplay, PA 18037

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commerical Lease (terminated)**

Is the claim subject to offset? ■ No ☐ Yes

**$15,109.16**

---

**3.41** | **Nonpriority creditor's name and mailing address**
Ellora Systems
2 Mount Royal Ave.
Suite 206
Marlborough, MA 01752

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical Vendor - Electronic Health Records (EHR) System**

Is the claim subject to offset? ☐ No ☐ Yes

**$45,183.23**

---

**3.42** | **Nonpriority creditor's name and mailing address**
First Energy
PO Box 3687
Akron, OH 44309-3687

Date(s) debt was incurred _
Last 4 digits of account number  **7563**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Electric**

Is the claim subject to offset? ■ No ☐ Yes

**$644.05**

---

**3.43** | **Nonpriority creditor's name and mailing address**
First Energy
PO Box 3687
Akron, OH 44309-3687

Date(s) debt was incurred _
Last 4 digits of account number  **8335**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Electric**

Is the claim subject to offset? ■ No ☐ Yes

**$483.69**

---

**3.44** | **Nonpriority creditor's name and mailing address**
For2fi, Inc.
PO Box 79420
North Dartmouth, MA 02747

Date(s) debt was incurred _
Last 4 digits of account number  **burg**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities -Internet (closed site)**

Is the claim subject to offset? ■ No ☐ Yes

**$2,783.56**

---

**3.45** | **Nonpriority creditor's name and mailing address**
George and Katherine Nassoor
430 Memorial Parkway
Phillipsburg, NJ 08865

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commerical Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$4,016.50**

---

| Debtor | **Omni Health Services, Inc.** | Case number (if known) | **25-14727** |
|---|---|---|---|
| | Name | | |

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$35,593.73**

**Glenmore Management Associates, Inc.**
**PO Box 389**
**Lionville, PA 19353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Third Party Billing Services**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Great America Financial**
**PO Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **D932**

Basis for the claim:  **Equipment Lease (Printer)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$786.08**

**Great America Financial**
**PO Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **n714**

Basis for the claim:  **Equipment Lease (Printer)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,072.72**

**Great America Financial**
**PO Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **t970**

Basis for the claim:  **Equipment Lease (Printer)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$637.60**

**Great America Financial**
**PO Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **n876**

Basis for the claim:  **Equipment Lease (Printer)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$563.92**

**Great America Financial**
**PO Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **r682**

Basis for the claim:  **Equipment Lease (Printer)**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,723.69**

**Great America Financial**
**PO Box 660831**
**Dallas, TX 75266-0831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **b025**

Basis for the claim:  **Equipment Lease (Printer)**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Omni Health Services, Inc. | Case number (if known) | 25-14727 |
|---|---|---|---|
| | Name | | |

---

**3.53**

**Nonpriority creditor's name and mailing address**
**Great America Financial**
**PO Box 660831**
**Dallas, TX 75266-0831**

Date(s) debt was incurred _

Last 4 digits of account number **k517**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Equipment Lease (Printer)**

Is the claim subject to offset? ■ No ☐ Yes

**$616.28**

---

**3.54**

**Nonpriority creditor's name and mailing address**
**Great America Financial**
**PO Box 660831**
**Dallas, TX 75266-0831**

Date(s) debt was incurred _

Last 4 digits of account number **d222**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Equipment Lease (Printer)**

Is the claim subject to offset? ■ No ☐ Yes

**$550.04**

---

**3.55**

**Nonpriority creditor's name and mailing address**
**Great Spring Water Company**
**412 W. Mine Street**
**Hazleton, PA 18201**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Water Delivery**

Is the claim subject to offset? ■ No ☐ Yes

**$76.50**

---

**3.56**

**Nonpriority creditor's name and mailing address**
**HAB-BPT (Berkheimer)**
**PO Box 21810**
**Lehigh Valley, PA 18002-1810**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Business Privilege Tax 2024**

Is the claim subject to offset? ■ No ☐ Yes

**$1,174.32**

---

**3.57**

**Nonpriority creditor's name and mailing address**
**HAB-MISC (Berkheimer)**
**PO Box 25144**
**Lehigh Valley, PA 18002-5144**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Tax - Misc**

Is the claim subject to offset? ■ No ☐ Yes

**$9,626.64**

---

**3.58**

**Nonpriority creditor's name and mailing address**
**Happy Brothers LLC**
**1500 Edgemont Avenue**
**Chester, PA 19013**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Parking Lease - Chester PA - Terminated**

Is the claim subject to offset? ■ No ☐ Yes

**$6,000.00**

---

**3.59**

**Nonpriority creditor's name and mailing address**
**Hatfield Township**
**1950 School Road**
**Hatfield, PA 19440**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

**$519.16**

---

| Debtor | Omni Health Services, Inc. | Case number (if known) | 25-14727 |
|---|---|---|---|
| | Name | | |

---

**3.60** | Nonpriority creditor's name and mailing address

**HYOPSYS LLC**
**811 Bethlehem Pike**
**Unit 1**
**Glenside, PA 19038**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical Vendor - IT Management**

Is the claim subject to offset? ■ No  ☐ Yes

**$10,465.48**

---

**3.61** | Nonpriority creditor's name and mailing address

**Independence Blue Cross**
**Lockbox 3092**
**PO Box 8500**
**Philadelphia, PA 19178-3092**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical Vendor - Employee Health Insurance**

Is the claim subject to offset? ■ No  ☐ Yes

**$17,690.00**

---

**3.62** | Nonpriority creditor's name and mailing address

**Iron Mountain**
**PO Box 27128**
**New York, NY 10087-7128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Inventory**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,828.12**

---

**3.63** | Nonpriority creditor's name and mailing address

**Iron Mountain**
**PO Box 27128**
**New York, NY 10087-7128**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Shredding**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,750.17**

---

**3.64** | Nonpriority creditor's name and mailing address

**Jackson & Coker Locum Tenens, LLC**
**2655 Northwinds Parkway**
**Alpharetta, GA 30009**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Staffing Agency**

Is the claim subject to offset? ■ No  ☐ Yes

**$5,590.00**

---

**3.65** | Nonpriority creditor's name and mailing address

**Jai Bhim Realty, LLC**
**160 Bethlehem Pike**
**Suite 120**
**Colmar, PA 18915**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial Lease**

Is the claim subject to offset? ■ No  ☐ Yes

**$121,500.00**

---

**3.66** | Nonpriority creditor's name and mailing address

**Jan-Pro of NEPA**
**94 Boston Hill Road**
**Plymouth, PA 18651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cleaning Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,100.40**

---

| Debtor | Omni Health Services, Inc. | Case number (if known) | 25-14727 |
|---|---|---|---|
| | Name | | |

---

**3.67** | **Nonpriority creditor's name and mailing address**

**John D. Pittenger Builder, Inc.**
**2260 Highway 33**
**Suite 1**
**Neptune, NJ 07753**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Commercial Lease (Terminated)**

Is the claim subject to offset? ■ No ☐ Yes

**$36,900.00**

---

**3.68** | **Nonpriority creditor's name and mailing address**

**Johnson's Lawnscaping**
**2609 W. Liberty Street**
**Allentown, PA 18104**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Maintenance/Landscaping**

Is the claim subject to offset? ■ No ☐ Yes

**$425.00**

---

**3.69** | **Nonpriority creditor's name and mailing address**

**Kevin's Remodeling and Construction**
**203 Center Street**
**Easton, PA 18042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Maintenance/Construction Work**

Is the claim subject to offset? ■ No ☐ Yes

**$6,980.00**

---

**3.70** | **Nonpriority creditor's name and mailing address**

**Keystone Fire Protection Company**
**433 Industrial Drive**
**North Wales, PA 19454**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Fire Safety Inspection**

Is the claim subject to offset? ■ No ☐ Yes

**$446.25**

---

**3.71** | **Nonpriority creditor's name and mailing address**

**KONE**
**PO Box 22251**
**New York, NY 10087-2251**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Elevator Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

**$9,891.02**

---

**3.72** | **Nonpriority creditor's name and mailing address**

**Laser Heating and Cooling, Inc.**
**PO Box 64104**
**Souderton, PA 18964**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **HVAC Maintenance and Repair**

Is the claim subject to offset? ■ No ☐ Yes

**$795.00**

---

**3.73** | **Nonpriority creditor's name and mailing address**

**Leaf Capital Funding**
**PO Box 5066**
**Hartford, CT 06102-5066**

Date(s) debt was incurred _

Last 4 digits of account number  **n002**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Leasing Company - Printer Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$115.54**

---

| Debtor | Omni Health Services, Inc. | Case number (if known) | 25-14727 |
|---|---|---|---|
| | Name | | |

**3.74** | Nonpriority creditor's name and mailing address
**Leaf Capital Funding**
PO Box 5066
Hartford, CT 06102-5066

Date(s) debt was incurred _
Last 4 digits of account number __n001__

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Leasing Company - Printer Lease__

Is the claim subject to offset? ☐ No ☐ Yes

**$115.54**

---

**3.75** | Nonpriority creditor's name and mailing address
**Legacy Retirement Solutions LLC**
713 Lincoln Drive
Brookhaven, PA 19015

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __401k Plan Administrator__

Is the claim subject to offset? ■ No ☐ Yes

**$495.00**

---

**3.76** | Nonpriority creditor's name and mailing address
**Lippi Properties / Ettore Lippe**
400 Third Avenue
Suite 300
Kingston, PA 18704

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Commercial Lease__

Is the claim subject to offset? ■ No ☐ Yes

**$4,032.00**

---

**3.77** | Nonpriority creditor's name and mailing address
**LMR Disposal**
PO Box 309
Phillipsburg, NJ 08865

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trash Removal__

Is the claim subject to offset? ☐ No ☐ Yes

**$196.96**

---

**3.78** | Nonpriority creditor's name and mailing address
**Lotus Real Estate Propertiees LLC**
182 Bethlehem Pike
Colmar, PA 18915

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Commercial Lease__

Is the claim subject to offset? ☐ No ☐ Yes

**$124,554.30**

---

**3.79** | Nonpriority creditor's name and mailing address
**M Shop 360**
450 Parkway Drive
Broomall, PA 19008

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Contractor IT Services Installation__

Is the claim subject to offset? ■ No ☐ Yes

**$615.34**

---

**3.80** | Nonpriority creditor's name and mailing address
**M. Burr Keim Company**
2021 Arch Street
Philadelphia, PA 19103

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Coporate Filing Service Company__

Is the claim subject to offset? ■ No ☐ Yes

**$139.00**

---

| Debtor | Omni Health Services, Inc. | Case number (if known) | 25-14727 |
|---|---|---|---|
| | Name | | |

---

**3.81**

**Nonpriority creditor's name and mailing address**

**Marquez Landscaping**
**2720 Palermo Avenue**
**Vineland, NJ 08361**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Landscaping Maintenance

Is the claim subject to offset? ■ No  ☐ Yes

**$479.81**

---

**3.82**

**Nonpriority creditor's name and mailing address**

**Met-Ed**
**PO Box 3687**
**Akron, OH 44309-3687**

Date(s) debt was incurred _

Last 4 digits of account number  5492

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities - Electric

Is the claim subject to offset? ■ No  ☐ Yes

**$411.63**

---

**3.83**

**Nonpriority creditor's name and mailing address**

**Met-Ed**
**PO Box 3687**
**Akron, OH 44309-3687**

Date(s) debt was incurred _

Last 4 digits of account number  1156

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities - Electric

Is the claim subject to offset? ■ No  ☐ Yes

**$108.45**

---

**3.84**

**Nonpriority creditor's name and mailing address**

**Militia Hill Security**
**PO Box 606**
**Plymouth Meeting, PA 19462**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Fire Alarm System & Monitoring

Is the claim subject to offset? ■ No  ☐ Yes

**$553.00**

---

**3.85**

**Nonpriority creditor's name and mailing address**

**New Jersey Natural Gas**
**PO Box 11743**
**Newark, NJ 07101-4743**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities - Gas

Is the claim subject to offset? ■ No  ☐ Yes

**$168.59**

---

**3.86**

**Nonpriority creditor's name and mailing address**

**Nitel LLC (Hyypercore)**
**PO Box 735235**
**Chicago, IL 60603-5235**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Utilities - Internet

Is the claim subject to offset? ■ No  ☐ Yes

**$1,569.94**

---

**3.87**

**Nonpriority creditor's name and mailing address**

**Northeastern Security Systems**
**1331 State Route 315**
**Wilkes Barre, PA 18702**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Security Alarm Monitoring

Is the claim subject to offset? ■ No  ☐ Yes

**$29.95**

---

| Debtor | **Omni Health Services, Inc.** | Case number (if known) | **25-14727** |
|---|---|---|---|
| | Name | | |

---

| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,483.81** |
|---|---|---|---|

**Oksana Cleaning Services, LLC**
**629 E. Wood Street**
**Vineland, NJ 08360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Cleaning Services - discontinued**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,376.75** |
|---|---|---|---|

**Otis Elevator Company**
**PO Box 13716**
**Newark, NJ 07188-0716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Elevator Maintenance - not in use (terminated)**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$38,500.00** |
|---|---|---|---|

**Panagiotis Patouhas**
**507 John Tipton Blvd.**
**Pennsauken, NJ 08110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Commerical Lease**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$220.96** |
|---|---|---|---|

**PECO**
**PO Box 37629**
**Philadelphia, PA 19101-0629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **08UD**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$312.72** |
|---|---|---|---|

**PECO**
**PECO - Payment Processing**
**PO Box 37629**
**Philadelphia, PA 19101-0629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **78UD**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$134.12** |
|---|---|---|---|

**PECO**
**PO Box 37629**
**Philadelphia, PA 19101-0629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **Imar**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$224.17** |
|---|---|---|---|

**PECO**
**PECO - Payment Processing**
**PO Box 37629**
**Philadelphia, PA 19101-0629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number  **89UD**

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Omni Health Services, Inc.** | Case number (if known) | **25-14727** |
|---|---|---|---|
| | Name | | |

---

**3.95** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.82**

**PECO**
**PO Box 37629**
**Philadelphia, PA 19101-0629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number  **lmar**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.96** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$355.95**

**PECO**
**PO Box 37629**
**Philadelphia, PA 19101-0629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number  **stol**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$363.73**

**PECO**
**PECO - Payment Processing**
**PO Box 37629**
**Philadelphia, PA 19101-0629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number  **77UD**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$188.40**

**PECO**
**PO Box 37629**
**Philadelphia, PA 19101-0629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number  **09UD**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$780.78**

**PECO**
**PO Box 37629**
**Philadelphia, PA 19101-0629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number  **lmar**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$400.46**

**PECO**
**PO Box 37629**
**Philadelphia, PA 19101-0629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number  **36ud**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$429.14**

**PECO**
**PO Box 37629**
**Philadelphia, PA 19101-0629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Utilities**

Last 4 digits of account number  **49UD**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Omni Health Services, Inc. | Case number (if known) | 25-14727 |
|---|---|---|---|
| | Name | | |

---

**3.102** | Nonpriority creditor's name and mailing address

**Pedro Maintenance LLC**
**1450 How Lane**
**North Brunswick, NJ 08902**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Cleaning Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$320.00**

---

**3.103** | Nonpriority creditor's name and mailing address

**Pennsylvania American Water**
**PO Box 371412**
**Pittsburgh, PA 15250-7412**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Water**

Is the claim subject to offset? ■ No  ☐ Yes

**$9,038.35**

---

**3.104** | Nonpriority creditor's name and mailing address

**Philadelphia Insurance**
**P.O. Box 70251**
**Philadelphia, PA 19176-0251**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical Vendor - Corporate Insurance Policies**

Is the claim subject to offset? ■ No  ☐ Yes

**$15,911.02**

---

**3.105** | Nonpriority creditor's name and mailing address

**Pitney Bowes**
**27 Waterview Drive**
**Shelton, CT 06484**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Postage Machine Equipment Lease and Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

**$237.07**

---

**3.106** | Nonpriority creditor's name and mailing address

**PPL**
**2 North 9th Street**
**CPC-GENN1**
**Allentown, PA 18101-1175**

Date(s) debt was incurred  _

Last 4 digits of account number  **6034**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Electric**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,006.30**

---

**3.107** | Nonpriority creditor's name and mailing address

**PPL**
**2 North 9th Street**
**CPC-GENN1**
**Allentown, PA 18101-1175**

Date(s) debt was incurred  _

Last 4 digits of account number  **7024**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Electric**

Is the claim subject to offset? ■ No  ☐ Yes

**$2,640.61**

---

**3.108** | Nonpriority creditor's name and mailing address

**PPL**
**2 North 9th Street**
**CPC-GENN1**
**Allentown, PA 18101-1175**

Date(s) debt was incurred  _

Last 4 digits of account number  **4020**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Electric**

Is the claim subject to offset? ■ No  ☐ Yes

**$279.22**

---

| Debtor | **Omni Health Services, Inc.** | Case number (if known) | **25-14727** |
|---|---|---|---|
| | Name | | |

---

**3.109**

**Nonpriority creditor's name and mailing address**

**PPL**
**2 North 9th Street**
**CPC-GENN1**
**Allentown, PA 18101-1175**

Date(s) debt was incurred _

Last 4 digits of account number **6041**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities - Electric**

Is the claim subject to offset? ■ No ☐ Yes

**$682.13**

---

**3.110**

**Nonpriority creditor's name and mailing address**

**PPL**
**2 North 9th Street**
**CPC-GENN1**
**Allentown, PA 18101-1175**

Date(s) debt was incurred _

Last 4 digits of account number **6038**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities - Electric**

Is the claim subject to offset? ■ No ☐ Yes

**$1,780.97**

---

**3.111**

**Nonpriority creditor's name and mailing address**

**PPL**
**2 North 9th Street**
**CPC-GENN1**
**Allentown, PA 18101-1175**

Date(s) debt was incurred _

Last 4 digits of account number **1033**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities - Electric**

Is the claim subject to offset? ■ No ☐ Yes

**$470.61**

---

**3.112**

**Nonpriority creditor's name and mailing address**

**Promising Development, LLC**
**PO Box 780211**
**Philadelphia, PA 19178-0211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Office Cleaning Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,633.40**

---

**3.113**

**Nonpriority creditor's name and mailing address**

**ProShred Southern NJ**
**199 Edgewood Avenue**
**Suite A**
**West Berlin, NJ 08091-4000**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Secure Document Shredding**

Is the claim subject to offset? ■ No ☐ Yes

**$213.44**

---

**3.114**

**Nonpriority creditor's name and mailing address**

**PSE&G**
**PO Box 14444**
**New Brunswick, NJ 08906-4444**

Date(s) debt was incurred _

Last 4 digits of account number **9608**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **(-43.75)  Utilities - Electric and Gas**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.115**

**Nonpriority creditor's name and mailing address**

**PSE&G**
**PO Box 14444**
**New Brunswick, NJ 08906-4444**

Date(s) debt was incurred _

Last 4 digits of account number **4201**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities - Electric and Gas**

Is the claim subject to offset? ■ No ☐ Yes

**$810.61**

---

| Debtor | Omni Health Services, Inc. | Case number (if known) | 25-14727 |
|--------|---------------------------|------------------------|----------|
| | Name | | |

---

**3.116**

**Nonpriority creditor's name and mailing address**
**RCN**
**PO Box 11816**
**Newark, NJ 07101-8116**

Date(s) debt was incurred __
Last 4 digits of account number  **9001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Internet**

Is the claim subject to offset? ■ No ☐ Yes

**$183.49**

---

**3.117**

**Nonpriority creditor's name and mailing address**
**RI International**
**2701 N. 16th Street**
**Suite 316**
**Phoenix, AZ 85006-1266**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Staff Training**

Is the claim subject to offset? ■ No ☐ Yes

**$350.00**

---

**3.118**

**Nonpriority creditor's name and mailing address**
**Roto-Rooter Services Company**
**5672 Collections Center Drive**
**Chicago, IL 60693-0056**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Plumbing Repair**

Is the claim subject to offset? ■ No ☐ Yes

**$1,250.00**

---

**3.119**

**Nonpriority creditor's name and mailing address**
**Sacco Rentals, LLC**
**1730 East Broad Street**
**Hazleton, PA 18201**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$7,020.00**

---

**3.120**

**Nonpriority creditor's name and mailing address**
**Salvatore Franchi**
**PO Box 110**
**Broomall, PA 19008-0110**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Commercial Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$38,500.00**

---

**3.121**

**Nonpriority creditor's name and mailing address**
**Shred It USA**
**28883 Network Place**
**Chicago, IL 60673-1288**

Date(s) debt was incurred __
Last 4 digits of account number  **0642**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Secure Document Shredding (contract terminated)**

Is the claim subject to offset? ■ No ☐ Yes

**$29.75**

---

**3.122**

**Nonpriority creditor's name and mailing address**
**Smper Fi Air Conditioning & Heating LLC**
**895 Hahn's Dairy Road**
**Palmerton, PA 18071**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **HVAC Maintenance and Repair**

Is the claim subject to offset? ■ No ☐ Yes

**$220.56**

---

| Debtor | Omni Health Services, Inc. | Case number (if known) | 25-14727 |
|---|---|---|---|
| | Name | | |

---

**3.123**

**Nonpriority creditor's name and mailing address**
**SoDel Pulmonary Center LLC**
**20163 Office Circle**
**Georgetown, DE 19947**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Sub-Lease Tenant**

Is the claim subject to offset? ■ No ☐ Yes

**$3,596.17**

---

**3.124**

**Nonpriority creditor's name and mailing address**
**Spread Eagle Development Corp.**
**200 Plaza Court**
**Suite A**
**East Stroudsburg, PA 18301**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Commercial Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$10,100.00**

---

**3.125**

**Nonpriority creditor's name and mailing address**
**State of New Jersey - Dept. of LWD**
**Division of Employer Accounts**
**PO Box 929**
**Trenton, NJ 08646-0929**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Payroll Tax penalties or adjustments**

Is the claim subject to offset? ■ No ☐ Yes

**$8.74**

---

**3.126**

**Nonpriority creditor's name and mailing address**
**Stratix Systems**
**200 N. Park Road**
**Reading, PA 19610**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Print Management Company - (printer leases)**

Is the claim subject to offset? ■ No ☐ Yes

**$1,421.41**

---

**3.127**

**Nonpriority creditor's name and mailing address**
**Superior HVAC, LLC**
**355 Morvale Road**
**Easton, PA 18042**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **HVAC Maintenance and Repair**

Is the claim subject to offset? ■ No ☐ Yes

**$670.00**

---

**3.128**

**Nonpriority creditor's name and mailing address**
**Susan Gadaleta**
**2619 Line Lexington Road**
**Hatfield, PA 19440**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Landscape Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,685.40**

---

**3.129**

**Nonpriority creditor's name and mailing address**
**The Berner Group**
**BernerstraBe 6, Kunzelsau**
**Baden-Wurttemberg**
**74653, DE**
**GERMANY**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Commerical Lease**

Is the claim subject to offset? ■ No ☐ Yes

**$1,699.00**

---

| Debtor | Omni Health Services, Inc. | Case number (if known) | 25-14727 |
|---|---|---|---|
| | Name | | |

---

**3.130** Nonpriority creditor's name and mailing address
**Thomas Edison Electric**
**12 Penns Trail**
**Newtown, PA 18940-1892**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*     **$897.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Electrician**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.131** Nonpriority creditor's name and mailing address
**Titan Mobile Shredding LLC**
**PO Box 2166**
**Doylestown, PA 18901**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*     **$315.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Secure Document Shredding**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.132** Nonpriority creditor's name and mailing address
**Trievel, LLC**
**100 Campbell Drive**
**Unit D-4**
**Downingtown, PA 19335**

Date(s) debt was incurred  _

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*     **$796.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Architect Drawings/Building Plans (Colmar)**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.133** Nonpriority creditor's name and mailing address
**Truist Bank**

**1845 Walnut Street, Suite 1538**
**Philadelphia, PA 19103-4716**

Date(s) debt was incurred  **3/26/21**

Last 4 digits of account number  **0001**

As of the petition filing date, the claim is: *Check all that apply.*     **$760,000.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of Commerical Real Estate Loan at 1536 Northampton Street, Easton, PA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.134** Nonpriority creditor's name and mailing address
**Truist Bank**

**1845 Walnut Street, suite 1538**
**Philadelphia, PA 19103-4716**

Date(s) debt was incurred  **9/28/22**

Last 4 digits of account number  **0007**

As of the petition filing date, the claim is: *Check all that apply.*     **$264,000.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of Commerical Real Estate Loan at 120 S. 6th Street, Vineland, NJ**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.135** Nonpriority creditor's name and mailing address
**Truist Bank**
**PO Box 791620**
**Baltimore, MD 21279-1620**

Date(s) debt was incurred  _

Last 4 digits of account number  **7164**

As of the petition filing date, the claim is: *Check all that apply.*     **$143,905.19**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **credit card**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.136** Nonpriority creditor's name and mailing address
**Truist Bank**

**1845 Walnut Street, Suite 1538**
**Philadelphia, PA 19103-4716**

Date(s) debt was incurred  **8/30/21**

Last 4 digits of account number  **0004**

As of the petition filing date, the claim is: *Check all that apply.*     **$324,000.00**
■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Guaranty of Commercial Real Estate Loan at 816 Green Street, Lansdale, PA**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Omni Health Services, Inc. | Case number (if known) | 25-14727 |
|---|---|---|---|
| | Name | | |

---

**3.137**

**Nonpriority creditor's name and mailing address**

**UGI**
**PO Box 13009**
**Reading, PA 19612-3009**

Date(s) debt was incurred

Last 4 digits of account number **2382**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Electric and Gas**

Is the claim subject to offset? ☑ No ☐ Yes

$69.27

---

**3.138**

**Nonpriority creditor's name and mailing address**

**UGI**
**PO  Box 15503**
**Wilmington, DE 19886-5503**

Date(s) debt was incurred

Last 4 digits of account number **4391**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Electric and Gas**

Is the claim subject to offset? ☑ No ☐ Yes

$86.20

---

**3.139**

**Nonpriority creditor's name and mailing address**

**UGI**
**PO Box 15503**
**Wilmington, DE 19886-5503**

Date(s) debt was incurred

Last 4 digits of account number **5491**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Electric and Gas**

Is the claim subject to offset? ☑ No ☐ Yes

$55.45

---

**3.140**

**Nonpriority creditor's name and mailing address**

**UGI South**
**PO Box 15503**
**Wilmington, DE 19886-5503**

Date(s) debt was incurred

Last 4 digits of account number **9702**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Electric and Gas**

Is the claim subject to offset? ☑ No ☐ Yes

$64.87

---

**3.141**

**Nonpriority creditor's name and mailing address**

**UGI Utililities, Inc.**
**PO Box 15503**
**Wilmington, DE 19886-5503**

Date(s) debt was incurred

Last 4 digits of account number **0180**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities - Electric and Gas**

Is the claim subject to offset? ☑ No ☐ Yes

$53.45

---

**3.142**

**Nonpriority creditor's name and mailing address**

**United Healthcare**
**UHS Premium Billing**
**PO Box 94017**
**Palatine, IL 60094-4017**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Critical Vendor - Employee Benefits  - Dental Plan**

Is the claim subject to offset? ☑ No ☐ Yes

$855.05

---

**3.143**

**Nonpriority creditor's name and mailing address**

**Valley Networks, Inc.**
**1240 Win Dr.**
**Bethlehem, PA 18017**

Date(s) debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Contractor - IT Services Installation**

Is the claim subject to offset? ☑ No ☐ Yes

$1,060.00

---

| Debtor | **Omni Health Services, Inc.** | Case number (if known)    **25-14727** |
|---|---|---|
| | Name | |

---

**3.144** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,361.56**

**Vault Solutions**
**PO Box 357**
**Voorhees, NJ 08043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **DocuVault Inventory 712**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$559.26**

**Vault Solutions**
**PO Box 357**
**Voorhees, NJ 08043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **(DocuVault) Shred OMN001**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$129.00**

**Verizon**
**PO Box 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Utilities - Internet**

Last 4 digits of account number  **0102**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$239.18**

**Verizon**
**PO Box 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Utilities - Internet**

Last 4 digits of account number  **0122**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10.00**

**Verizon**
**PO Box 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Utilities - Internet**

Last 4 digits of account number  **0116**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$835.80**

**Verizon**
**PO Box 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Utilities - Internet**

Last 4 digits of account number  **0154**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$303.99**

**Verizon**
**PO Box 15124**
**Albany, NY 12212-5124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  **Utilities - Internet**

Last 4 digits of account number  **0193**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Omni Health Services, Inc.** _____    Case number (if known) __**25-14727**__

Name

| | |
|---|---|
| 3.151 | Nonpriority creditor's name and mailing address |

**Vineland Municipal Utilities**
**640 E. Wood St.**
**PO Box 1508**
**Vineland, NJ 08362-1508**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Utilities - Electric__

Is the claim subject to offset? ■ No  ☐ Yes

**$312.98**

---

| | |
|---|---|
| 3.152 | Nonpriority creditor's name and mailing address |

**Waste Management**
**AS Payment Agent**
**PO Box 13648**
**Philadelphia, PA 19101-3648**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Trash Removal__

Is the claim subject to offset? ■ No  ☐ Yes

**$464.48**

---

| | |
|---|---|
| 3.153 | Nonpriority creditor's name and mailing address |

**Wilson Partners**
**1845 Oaklynn Drive**
**Green Lane, PA 18054**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Commercial Lease__

Is the claim subject to offset? ■ No  ☐ Yes

**$4,588.30**

---

| | |
|---|---|
| 3.154 | Nonpriority creditor's name and mailing address |

**Work Partners**
**PO Box 2977**
**Pittsburgh, PA 15230**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Critical Vendor - Workers Compensation Insurance__

Is the claim subject to offset? ■ No  ☐ Yes

**$6,958.00**

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,465,888.96 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,465,888.96 |

**Fill in this information to identify the case:**

Debtor name **Omni Health Services, Inc.**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **25-14727**

☐ Check if this is an amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

**12/15**

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease at Premises 100 Green Lane, Suite #2, Bristol, PA 19007** | **Bernard Mazzocchi**<br>**10 Canal Street**<br>**Suite 200**<br>**Bristol, PA 19007** |
| State the term remaining | **3/31/27** | |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease at Premises 1337 N. Main Avenue, Scranton, PA 18508** | **Brian and Erin McCarthy**<br>**1009 N. Main Ave.**<br>**Scranton, PA 18508** |
| State the term remaining | **10/31/30** | |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | **commercial lease for premises at 1001 Raritan Avenue, Highland Park, NJ** | **Bruce Grossman**<br>**1001 Raritan Avenue**<br>**Highland Park, NJ 08904** |
| State the term remaining | | |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease at Premises 100-106 West 15th Street, Chester, PA** | **Center for the Blind and Visually Impaired**<br>**a/k/a Delco Blind Sight Center**<br>**3056 East State Street**<br>**Hermitage, PA 16148** |
| State the term remaining | **6/30/26** | |
| List the contract number of any government contract | | |

| Debtor 1 | **Omni Health Services, Inc.** | | | Case number (*if known*) | **25-14727** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **commercial lease at 2050 West Chester Pike, Havertown, PA** | |
|---|---|---|---|
| | State the term remaining | **through 7/31/29** | **CPI/AHP Havertown MOB Owner, LLC 425 Seventh Street, NE Charlottesville, VA 22902** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Real Estate Lease located at Suite #120, 160 Bethlehem Pike, Colmar, PA 18915** | |
|---|---|---|---|
| | State the term remaining | **5/31/27** | **DS Colmar, LLC 585 Boulevard Elmwood Park, NJ 07407** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease at Premises 4379 Easton Avenue, Bethlehem, PA 19007** | |
|---|---|---|---|
| | State the term remaining | **5/31/25** | **Eddie Shetayh 2151 Pakota Drive Coplay, PA 18037** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease at Premises 220 Pierce Street, Kingston, PA** | |
|---|---|---|---|
| | State the term remaining | **3/31/26** | **Ettore J. Lippi 400 Third Avenue Kingston, PA 18704** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease at Premises 430 Memorial Parkway, Phillipsburg, NJ 08865** | |
|---|---|---|---|
| | State the term remaining | **4/30/30** | **George and Kathryn J. Nassoor 430 Memorial Parkway Phillipsburg, NJ 08865** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Omni Health Services, Inc.** | | | Case number *(if known)* | **25-14727** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |



### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.10.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease at Premises  120 South 6th Street, Vineland, NJ 08360** |
| State the term remaining | **3/31/31** |
| List the contract number of any government contract | |

**Jai Bhim Realty LLC
160 Bethlehem Pike
Suite 120
Colmar, PA 18915**

| **2.11.** State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease at Premises  1246 Tilghman Street, Allentown, PA 18104** |
|---|---|
| State the term remaining | **3/31/29** |
| List the contract number of any government contract | |

**Jai Bhim Realty LLC
160 Bethlehem Pike
Suite 120
Colmar, PA 18915**

| **2.12.** State what the contract or lease is for and the nature of the debtor's interest | **commercial lease for premises at 1536 Northampton Street, Easton, PA** |
|---|---|
| State the term remaining | **2/28/31** |
| List the contract number of any government contract | |

**JAI BHIM Realty LLC
1246 W. Tilghman Street
Allentown, PA 18102**

| **2.13.** State what the contract or lease is for and the nature of the debtor's interest | **commercial lease for premises 2512 Atlantic Avenue, Atlantic City, NJ** |
|---|---|
| State the term remaining | **3/31/31** |
| List the contract number of any government contract | |

**JAI BHIM Realty LLC
1246 W. Tilghman Street
Allentown, PA 18102**

| **2.14.** State what the contract or lease is for and the nature of the debtor's interest | **commercial lease on premises 2240 Highway 33, Neptune, NJ** |
|---|---|
| State the term remaining | **6/30/25** |
| List the contract number of any government contract | |

**John D. Pittinger Builder, Inc.
2260 Highway 33
Suite 1
Neptune, NJ 07753**

| Debtor 1 | **Omni Health Services, Inc.** | | | Case number *(if known)* | **25-14727** |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease at Premises  182 Bethlehem Pike, Colmar, PA 18915** | |
|---|---|---|---|
| | State the term remaining | **4/30/51** | |
| | List the contract number of any government contract | | **Lotus Real Estate Properties LLC**<br>**182 Bethlehem Pike**<br>**Colmar, PA 18915** |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **commercial lease for premises at 427 Market Street, Camden, NJ** | |
|---|---|---|---|
| | State the term remaining | **1/1/23** | |
| | List the contract number of any government contract | | **Panagiotis Patouhas**<br>**425 Market Streete**<br>**Camden, NJ 08102** |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease at Premises 1730 E. Broad Street, Hazleton, PA 18201** | |
|---|---|---|---|
| | State the term remaining | **9/30/27** | |
| | List the contract number of any government contract | | **Sacco Rentals, LLC**<br>**1730 East Broad Street**<br>**Hazleton, PA 18201** |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease at Premises  6932 Market Street, 2nd and 3rd Floors, Upper Darby, PA 19082** | |
|---|---|---|---|
| | State the term remaining | **3/31/29** | |
| | List the contract number of any government contract | | **Salvatore and Christina Franchi**<br>**PO Box 110**<br>**Broomall, PA 19008** |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Commercial Lease at Premises 300 Community Drive, 1st Floor, Suite D, Tobyhanna, PA 18466-8978** | |
|---|---|---|---|
| | State the term remaining | **7/30/26** | |
| | List the contract number of any government contract | | **Spread Eagle Development Corp.**<br>**200 Plaza Court, Suite A**<br>**East Stroudsburg, PA 18301** |

Debtor 1    **Omni Health Services, Inc.**

First Name    Middle Name    Last Name

Case number (*if known*)    **25-14727**



## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20.** State what the contract or lease is for and the nature of the debtor's interest

**Equipment Lease - Ricoh MP3555 located at 2512 Atlantic Avenue, Atlantic City, NJ**

State the term remaining    **5/13/26**

**Stratix Systems, Inc.
Lease Processing Center
1011 N. Park Road
Reading, PA 19610**

List the contract number of any government contract    **017-1660517-000**

**2.21.** State what the contract or lease is for and the nature of the debtor's interest

**Equipment Lease - Ricoh IM 3500 located at 319 W. Landis Avenue, Vineland, NJ 08360**

State the term remaining    **7/28/27**

**Stratix Systems, Inc.
Lease Processing Center
1011 N. Park Road
Reading, PA 19610**

List the contract number of any government contract    **018-1742222-000**

**2.22.** State what the contract or lease is for and the nature of the debtor's interest

**Equipment Lease - Ricoh IM5000 located at 1246 W. Tilghman Street, Allentown, PA 18102**

State the term remaining    **7/18/27**

**Stratix Systems, Inc.
Lease Processing Center
1011 N. Park Road
Reading, PA 19610**

List the contract number of any government contract    **018-1744714-000**

**2.23.** State what the contract or lease is for and the nature of the debtor's interest

**Equipment Lease - IM4000 located at 35 E. 5th Avenue, Floor 1, Chester, PA 19013 (different address in Chester listed on client summary page - 100 W. 15th Street)**

State the term remaining    **2/21/29**

**Stratix Systems, Inc.
Lease Processing Center
1011 N. Park Road
Reading, PA 19610**

List the contract number of any government contract

Debtor 1 **Omni Health Services, Inc.**
_____
First Name     Middle Name     Last Name

Case number *(if known)*  **25-14727**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.24.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Equipment Lease - IM4000 located at 427 Market Street, Camden, NJ 08102**<br>**7/22/29**<br><br>**022-3065876-000** | **Stratix Systems, Inc.**<br>**Lease Processing Center**<br>**1011 N. Park Road**<br>**Reading, PA 19610** |
| **2.25.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Equipment Lease - Ricoh IM500 located at 1536 Northampton Street, Easton, PA**<br>**4/5/28** | **Stratix Systems, Inc.**<br>**Lease Processing Center**<br>**1011 N. Park Road**<br>**Reading, PA 19610** |
| **2.26.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Equipment Lease - Ricoh IM5000 located at 6934 Market Street, Upper Darby, PA**<br>**4/5/28** | **Stratix Systems, Inc.**<br>**Lease Processing Center**<br>**1011 N. Park Road**<br>**Reading, PA 19610** |
| **2.27.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Equipment Lease -Ricoh IM5000 located at 160 Bethlehem Pike, Suite 120, Colmar, PA**<br>**10/15/28** | **Stratix Systems, Inc.**<br>**Lease Processing Center**<br>**1011 N. Park Road**<br>**Reading, PA 19610** |
| **2.28.** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | **Equipment Lease -Ricoh IM5000 located at 1246 W. Tilghman Street, Allentown, PA**<br>**4/5/28** | **Stratix Systems, Inc.**<br>**Lease Processing Center**<br>**1011 N. Park Road**<br>**Reading, PA 19610** |

| Debtor 1 | **Omni Health Services, Inc.** | | Case number *(if known)* | **25-14727** |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease -Ricoh IM4000 located at 100 Green Lane, Suite B, Bristol, PA** | |
|---|---|---|---|
| | State the term remaining | | **Stratix Systems, Inc. Lease Processing Center 1011 N. Park Road Reading, PA 19610** |
| | List the contract number of any government contract | **12/28/28** | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease -Ricoh IM4000 located at 4379 Easton Avenue, Suite 101, Bethlehem, PA** | |
|---|---|---|---|
| | State the term remaining | **12/28/28** | **Stratix Systems, Inc. Lease Processing Center 1011 N. Park Road Reading, PA 19610** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease -Ricoh IM4000 located at located at 764 Memorial Parkway, Phillipsburg, NJ** | |
|---|---|---|---|
| | State the term remaining | **10/15/28** | **Stratix Systems, Inc. Lease Processing Center 1011 N. Park Road Reading, PA 19610** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Lease - IM4000 located at 1001 Raritan Avenue, Highland Park, NJ** | |
|---|---|---|---|
| | State the term remaining | **10/15/28** | **Stratix Systems, Inc. Lease Processing Center 1011 N. Park Road Reading, PA 19610** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Lease at premises 200 Apple Street, Suite I, Quakertown, PA 18951** | |
|---|---|---|---|
| | State the term remaining | **12/31/26** | **Wilson Partners 1845 Oaklynn Drive Green Lane, PA 18054** |
| | List the contract number of any government contract | | |

Debtor 1  **Omni Health Services, Inc.**

First Name            Middle Name            Last Name

Case number (*if known*)  **25-14727**

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | **2 Equipment Leases - Xerox B415 B&W Copy/Print/Scan/Email & Fax with extra tray and stand Located at (1) 1730 E. Broad Street, Hazleton, PA AND (2) 301 Mulberry Street, Scranton, PA** | |
|---|---|---|---|
| | State the term remaining | **11/9/27** | **Xerox Financial Services, LLC DeLange Financial Services 201 Merritt 7 Norwalk, CT 06851** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **Omni Health Services, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **25-14727**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **JAI BHIM Realty LLC** | **1246 W. Tilghman Street Allentown, PA 18102** | **Berkshire Bank** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **JAI BHIM Realty LLC** | **1246 W. Tilghman Street Allentown, PA 18102** | **Graybar Financial Services** | ■ D __2.7__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **JAI BHIM Realty LLC** | **1246 W. Tilghman Street Allentown, PA 18102** | **Truist Bank** | ☐ D _____ <br> ■ E/F __3.133__ <br> ☐ G _____ |
| 2.4 | **JAI BHIM Realty LLC** | **1246 W. Tilghman Street Allentown, PA 18102** | **Truist Bank** | ☐ D _____ <br> ■ E/F __3.134__ <br> ☐ G _____ |
| 2.5 | **JAI BHIM Realty LLC** | **1246 W. Tilghman Street Allentown, PA 18102** | **Berkshire Bank** | ■ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Omni Health Services, Inc.** | Case number *(if known)* | **25-14727** |

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **JAI BHIM Realty LLC** | **1246 W. Tilghman Street Allentown, PA 18102** | **Truist Bank** | ☐ D _____<br>■ E/F __3.136__<br>☐ G _____ |
| 2.7 | **JAI BHIM Realty LLC** | **1246 W. Tilghman Street Allentown, PA 18102** | **Berkshire Bank** | ■ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Lotus Real Estate Properties LLC** | **182 Bethlehem Pike Colmar, PA 18915** | **Berkshire Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Michael Muthaiah Thevar** | **308 Dorothy Lane Chalfont, PA 18914** | **Likety Capital LLC** | ■ D __2.9__<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Michael Muthaiah Thevar** | **308 Dorothy Lane Chalfont, PA 18914** | **Berkshire Bank** | ■ D __2.1__<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Michael Muthaiah Thevar** | **308 Dorothy Lane Chalfont, PA 18914** | **U.S. Small Business Association** | ■ D __2.10__<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Michael Muthaiah Thevar** | **308 Dorothy Lane Chalfont, PA 18914** | **IOU Central, Inc.** | ■ D __2.8__<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Michael Muthaiah Thevar** | **308 Dorothy Lane Chalfont, PA 18914** | **Berkshire Bank** | ■ D __2.4__<br>☐ E/F _____<br>☐ G _____ |

Debtor   **Omni Health Services, Inc.** _____    Case number _(if known)_   **25-14727** _____

---

■  **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| _Column 1:_ **Codebtor** | | _Column 2:_ **Creditor** | |
|---|---|---|---|
| 2.14 | **Michael Muthaiah Thevar** | **308 Dorothy Lane Chalfont, PA 18914** | **Graybar Financial Services** | ■ D __**2.7**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.15 | **Michael Muthaiah Thevar** | **308 Dorothy Lane Chalfont, PA 18914** | **Berkshire Bank** | ■ D __**2.5**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.16 | **Michael Muthaiah Thevar** | **308 Dorothy Lane Chalfont, PA 18914** | **Truist Bank** | ☐ D _____ <br> ■ E/F __**3.136**__ <br> ☐ G _____ |
| 2.17 | **Michael Muthaiah Thevar** | **308 Dorothy Lane Chalfont, PA 18914** | **Global Merchant Cash Inc.** | ■ D __**2.6**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.18 | **Michael Muthaiah Thevar** | **308 Dorothy Lane Chalfont, PA 18914** | **Truist Bank** | ☐ D _____ <br> ■ E/F __**3.133**__ <br> ☐ G _____ |
| 2.19 | **Michael Muthaiah Thevar** | **308 Dorothy Lane Chalfont, PA 18914** | **Truist Bank** | ☐ D _____ <br> ■ E/F __**3.134**__ <br> ☐ G _____ |
| 2.20 | **Michael Muthaiah Thevar** | **308 Dorothy Lane Chalfont, PA 18914** | **Berkshire Bank** | ■ D __**2.2**__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.21 | **Michael Muthaiah Thevar** | **308 Dorothy Lane Chalfont, PA 18914** | **Berkshire Bank** | ■ D __**2.3**__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor   **Omni Health Services, Inc.**                                     Case number *(if known)*   **25-14727**

████  **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                      *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.22 | **Michael Muthaiah Thevar** | **308 Dorothy Lane** **Chalfont, PA 18914** | **CPI/AHP Havertown MOB Owner, LLC** | ☐ D _____ ■ E/F __3.29__ ☐ G _____ |
| 2.23 | **Omni One Staffing Solutions, Inc.** | **160 Bethlehem Pike** **Colmar, PA 18915** | **Berkshire Bank** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.24 | **Omni One Staffing Solutions, Inc.** | **160 Bethlehem Pike** **Colmar, PA 18915** | **Berkshire Bank** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.25 | **Sushama Thevar** | **308 Dorothy Lane** **Chalfont, PA 18914** **Limited Guarantor - limited to the rights to Community Property or Spousal Interests** | **Berkshire Bank** | ■ D __2.1__ ☐ E/F _____ ☐ G _____ |
| 2.26 | **Sushama Thevar** | **308 Dorothy Lane** **Chalfont, PA 18914** | **Berkshire Bank** | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.27 | **Sushama Thevar** | **308 Dorothy Lane** **Chalfont, PA 18914** | **Truist Bank** | ☐ D _____ ■ E/F __3.133__ ☐ G _____ |
| 2.28 | **Sushama Thevar** | **308 Dorothy Lane** **Chalfont, PA 18914** | **Berkshire Bank** | ■ D __2.5__ ☐ E/F _____ ☐ G _____ |
| 2.29 | **Sushama Thevar** | **308 Dorothy Lane** **Chalfont, PA 18914** | **Truist Bank** | ☐ D _____ ■ E/F __3.134__ ☐ G _____ |

| Debtor | **Omni Health Services, Inc.** | Case number *(if known)* | **25-14727** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Sushama Thevar** — 308 Dorothy Lane, Chalfont, PA 18914 | **Berkshire Bank** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.31 | **Sushama Thevar** — 308 Dorothy Lane, Chalfont, PA 18914 | **Berkshire Bank** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.32 | **Sushama Thevar** — 308 Dorothy Lane, Chalfont, PA 18914 | **Truist Bank** | ☐ D ____ ■ E/F __3.136__ ☐ G ____ |
| 2.33 | **Michael Muthaiah Thevar** — 308 Dorothy Lane, Chalfont, PA 18914 | **Spread Eagle Development Corp.** | ☐ D ____ ☐ E/F ____ ■ G __2.19__ |
| 2.34 | **Michael Muthaiah Thevar** — 308 Dorothy Lane, Chalfont, PA 18914 | **DS Colmar, LLC** | ☐ D ____ ☐ E/F ____ ■ G __2.6__ |
| 2.35 | **Michael Muthaiah Thevar** — 308 Dorothy Lane, Chalfont, PA 18914 | **Salvatore and Christina Franchi** | ☐ D ____ ☐ E/F ____ ■ G __2.18__ |
| 2.36 | **Michael Muthaiah Thevar** — 308 Dorothy Lane, Chalfont, PA 18914 | **Wilson Partners** | ☐ D ____ ☐ E/F ____ ■ G __2.33__ |
| 2.37 | **Michael Muthaiah Thevar** — 308 Dorothy Lane, Chalfont, PA 18914 | **CPI/AHP Havertown MOB Owner, LLC** | ☐ D ____ ☐ E/F ____ ■ G __2.5__ |

| Debtor | **Omni Health Services, Inc.** | Case number *(if known)* | **25-14727** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.38 | **Michael Muthaiah Thevar** | **308 Dorothy Lane Chalfont, PA 18914** | **Bruce Grossman** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G  __2.3__ |
| 2.39 | **Pam Martin** | **160 Bethlehem Pike Colmar, PA 18915** | **Stratix Systems, Inc.** | ☐ D _____ <br> ☐ E/F _____ <br> ■ G  __2.20__ |

**Fill in this information to identify the case:**

Debtor name    **Omni Health Services, Inc.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **25-14727**

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2025** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $12,538,502.33 |
| **For prior year:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other _____ | $15,397,448.00 |
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other _____ | $14,429,702.00 |

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For year before that:**<br>From **1/01/2023** to **12/31/2023** | **Other Income** | $1,542,145.00 |

**Part 2:**    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**

   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

| Debtor | **Omni Health Services, Inc.** | Case number *(if known)* **25-14727** |
|---|---|---|

☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Truist Bank**<br>**PO Box 791620**<br>**Baltimore, MD 21279-1620** | **8/4/25 -**<br>**$2,000;**<br>**8/6/25**<br>**$20,000;**<br>**8/15/25 -**<br>**$6,500;**<br>**8/18/25 -**<br>**$1,000;**<br>**8/19/25 -**<br>**$3,300;**<br>**8/21/25 -**<br>**$15,000;**<br>**9/12/25 -**<br>**$2,000;**<br>**9/19/25 -**<br>**$2,000;**<br>**9/26/25 -**<br>**$2,000;**<br>**10/7/25 -**<br>**$2,000;**<br>**10/10/25 -**<br>**$2,000;**<br>**10/17/25 -**<br>**$2,000;**<br>**10/24/25 -**<br>**$2,000** | **$61,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit Card** |
| 3.2. | **American Express**<br>**PO Box 981535**<br>**El Paso, TX 79998-1535** | **9/12/25 -**<br>**$1,050.99;**<br>**9/15/25 -**<br>**$2,640.67;**<br>**09/22/25 -**<br>**$2,527.27;**<br>**9/29/25 -**<br>**$1,880.46;**<br>**10/3/25 -**<br>**$97.75;**<br>**11/10/25 -**<br>**$2,235.67** | **$10,432.81** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Credit Card** |
| 3.3. | **U.S. Small Business Association**<br>**2 North 20th Street**<br>**Suite 320**<br>**Birmingham, AL 35203** | **8/25/25 -**<br>**$9,848;**<br>**9/23/25 -**<br>**$9,848;**<br>**10/23/25 -**<br>**$9,848** | **$29,544.00** | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Official Form 207  **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**  page **2**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Omni Health Services, Inc.**                                          Case number *(if known)* **25-14727**

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.4. **IOU Central, Inc.**<br>**600 TownPark Lane**<br>**Suite 100**<br>**Kennesaw, GA 30144** | **8/22/25 - $3,600;**<br>**8/29/25 - $3,600;**<br>**9/5/25 - $3,600;**<br>**9/12/25 - $3,600;**<br>**9/19/25 - $3,600;**<br>**9/26/25 - $3,600;**<br>**10/3/25 - $3,600;**<br>**10/10/25 - $3,600;**<br>**10/17/25 - $3,600;**<br>**10/24/25 - $3,600;**<br>**10/31/25 - $3,600;**<br>**11/4/25 - $3,600;**<br>**11/7/25 - $3,600** | **$46,800.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Merchant Capital Advance** |
| 3.5. **Likety Capital LLC**<br>**630 Canoga Avenue**<br>**Woodland Hills, CA 91367** | **8/25/25 - $5,693.60;**<br>**8/28/25 - $5,693.60** | **$11,387.20** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Merchant Capital Advance** |
| 3.6. **Global Merchant Cash Inc.**<br>**64 Beaver Street**<br>**New York, NY 10004** | **8/28/25 - $2,000;**<br>**8/28/25 - $2,000;**<br>**9/4/25 - $2,000;**<br>**10/6/25 - $3,000;**<br>**11/12/25 - $3,600** | **$12,600.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Merchant Capital Advance** |

| Debtor | **Omni Health Services, Inc.** | | Case number *(if known)* **25-14727** |
|---|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.7. **Creditors Relief**<br>**333 Sylvan Avenue**<br>**Englewood Cliffs, NJ 07632** | 8/28/25 - $3,923.81;<br>9/4/25 - $3,923.81;<br>9/8/25 - $4,022.81;<br>9/15/25 - $3,923.81;<br>9/22/25 - $3,923.81;<br>9/25/25 - $10,186;<br>9/29/25 - $3,923.81;<br>10/6/25 - $3,923.81;<br>10/10/25 - $995;<br>10/14/25 - $4,022.81;<br>10/20/25 - $3,923.81;<br>10/24/25 - $350;<br>10/27/25 - $3,923.81;<br>11/7/25 - $145 | $51,112.10 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Disbursements on account of Merchant Capital Advance companies** |
| 3.8. **Berkshire Bank**<br>**24 North Street**<br>**Pittsfield, MA 01201** | 8/1/25 - $1,262.29;<br>8/1/25 - $5,085.71;<br>8/1/25 - $7,779.45;<br>9/8/25 - $7,779.45;<br>9/8/25 - $5,085.71;<br>9/8/25 - $1,262.30;<br>10/3/25 - $5,085.71;<br>10/3/25 - $1,260.89;<br>10/3/25 - $7,779.45 | $42,380.96 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at

| Debtor | **Omni Health Services, Inc.** | Case number *(if known)* | **25-14727** |
|---|---|---|---|

a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Likety Capital LLC vs. Omni Health Services, Inc. and Micahel Muthaiah Thevar**<br>**25VECV05584** | | **Superior Court of California County of Los Angeles Northwest Division-Van Nuys Courthouse**<br>**6230 Sylmar Avenue**<br>**Van Nuys, CA 91401** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **McCarthy - get info from Dave Brian and Erin McCarthy**<br>**unknown** | **landlord-tenant matter** | **unknown** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | **Omni Cares** | | **11/19/25** | **$2,000.00** |
| | **Recipients relationship to debtor**<br>**affiliated non-profit** | | | |

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

---

| Debtor | **Omni Health Services, Inc.** | | Case number *(if known)* | **25-14727** |
|---|---|---|---|---|

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

### Part 6:  Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Smith Kane Holman, LLC<br>112 Moores Road<br>Suite 300<br>Malvern, PA 19355** | | **10/21/25 ($1,500); 10/30/25 ($15,000) and 11/7/25 ($35,000)** | **$51,500.00** |
| | **Email or website address<br>dsmith@skhlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| | | | |

### Part 7:  Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | Omni Health Services, Inc. | Case number *(if known)* 25-14727 |
|---|---|---|

| Address | | Dates of occupancy<br>From-To |
|---|---|---|

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1.    **all operating locations** | **mental health services provider** | |

| | Location where patient records are maintained (if different from facility address). If electronic, identify any service provider. | How are records kept? |
|---|---|---|
| | **Debtor maintains paper patient records for all patients through the latter part of 2023, at which time the Debtor transitioned to electronic records, except for community based programs and peer support programs, which are still paper records** | *Check all that apply:* |
| | | ☑ Electronically<br>☑ Paper |

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☑ Yes. State the nature of the information collected and retained.

**Name, DOB, SS #, insurance cards - housed in paper charts and/or in Electronic Health Record system.**

Does the debtor have a privacy policy about that information?
☐ No
☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
☑ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| **Defined Contribution  401(k) Plan** | EIN: |

Has the plan been terminated?
☑ No
☐ Yes

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold,

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Omni Health Services, Inc.** | Case number *(if known)* **25-14727** |

moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Iron Mountain 1101 Enterprise Drive Royersford, PA 19468** | **Natalie Skochinsky, COO; Shauna Bruse, Senior Regional Manager; Pamela Martin, CEO** | **Patient records for closed sites or discharges older than 2 years from the date of discharge - these records are available for physical delivery or online "image on demand" (scan)** | ☐ No<br>■ Yes |
| **The Vault Self Storage c/o Budget Store & Lock Self Storage 3515 Glover Road Easton, PA 18040** | **Michael Thevar** | **Furniture and other office items from closed sites in Scranton, PA and Highland Park, PA** | ☐ No<br>■ Yes |

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Omni Health Services, Inc.**    Case number *(if known)* **25-14727**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

   ■ No.
   ☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

   ■ No.
   ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
   List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

   ■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
   26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
   ☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.    **Charles W. Browning CPA LLC**<br>**1003 Valley Road**<br>**Warrington, PA 18976** | **Last 15 years** |
| 26a.2.    **Natalie Skochinsky, COO**<br>**160 Bethlehem Pike**<br>**Colmar, PA 18915** | |
| 26a.3.    **Zachary Brandis, Accounting Assistant**<br>**160 Bethlehem Pike**<br>**Colmar, PA 18915** | |

   26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

   ■ None

   26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

| Debtor | **Omni Health Services, Inc.** | Case number *(if known)* | **25-14727** |

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | **Omni Headquarters**<br>**160 Bethlehem Pike**<br>**Suite 120**<br>**Colmar, PA 18915** | **Some paper documents are stored at the above address.  Paper patient records are stored at the location where the patient is treated.  Financial and patient records also are stored electronically, including through QuickBooks online and backups.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. | **Citizens Bank**<br>**144 East Front Street**<br>**Perrysburg, OH 43551** |
| 26d.2. | **Chris Gill**<br>**iFinancial Advisors**<br>**801 Northpoint Parkway, Suite 11**<br>**West Palm Beach, FL 33407** |
| 26d.3. | **Cascade Capital Advisors**<br>**115 Cascade Court #6**<br>**Princeton, NJ 08540** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Michael Thevar** | **308 Dorothy Lane**<br>**Chalfont, PA 18914** | **sole officer, director and owner** | **100%** |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Debtor | **Omni Health Services, Inc.** | | Case number *(if known)* **25-14727** |
|---|---|---|---|

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 . | **Omni Health Services of Mumbai**<br>**Office No. 303, Vishwananak Apartment**<br>**Chakala, Andheri East**<br>**Mumbai 400099**<br><br>**Relationship to debtor**<br>**affiliate** | **$37,500** | **Schedule to be submitted** | **payment of expenses** |
| 30.2 . | **Michael Thevar**<br>**308 Dorothy Lane**<br>**Chalfont, PA 18914**<br><br>**Relationship to debtor**<br>**principal** | **469,751.38** | **Schedule to be submitted** | **compensation (booked as officer loans)** |
| 30.3 . | **Michael Thevar**<br>**308 Dorothy Lane**<br>**Chalfont, PA 18914**<br><br>**Relationship to debtor**<br>**principal** | **$96,930.00** | **Schedule to be submitted** | **payroll** |
| 30.4 . | **Jai Bhim Realty, LLC**<br>**160 Bethlehem Pike**<br>**Suite 120**<br>**Colmar, PA 18915**<br><br>**Relationship to debtor**<br>**affiliate** | **$184,488.18** | **Schedule to be submitted** | **rent** |
| 30.5 . | **Jai Bhim Realty, LLC**<br>**160 Bethlehem Pike**<br>**Suite 120**<br>**Colmar, PA 18915**<br><br>**Relationship to debtor**<br>**affiliate** | **$55,555.89** | **Schedule to be submitted** | **payments made pursuant to leases** |
| 30.6 . | **Lotus Real Estate Propertiees LLC**<br>**182 Bethlehem Pike**<br>**Colmar, PA 18915**<br><br>**Relationship to debtor**<br>**affiliate** | **$49,909.96** | **Schedule to be submitted** | **rent** |
| 30.7 . | **Michael Thevar**<br>**308 Dorothy Lane**<br>**Chalfont, PA 18914**<br><br>**Relationship to debtor**<br>**principal** | **$21,814.92** | **Schedule to be submitted** | **health and dental insurance** |

| | Debtor | Omni Health Services, Inc. | | Case number (if known) | 25-14727 |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.8. | **Michael Thevar**<br>**308 Dorothy Lane**<br>**Chalfont, PA 18914** | **$64,112.34** | **Schedule to be submitted** | **auto reimbursement** |
| | **Relationship to debtor**<br>**principal** | | | |
| 30.9. | **Michael Thevar**<br>**308 Dorothy Lane**<br>**Chalfont, PA 18914** | **$8,578.20** | **Schedule to be submitted** | **phone charges** |
| | **Relationship to debtor**<br>**principal** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14: Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **December 18, 2025**

**/s/ Michael Thevar**                                          **Michael Thevar**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor      **President**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    **Omni Health Services, Inc.**                  Case No.   **25-14727**

                                           Debtor(s)               Chapter   **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | | |
   |---|---|---|
   | For legal services, I have agreed to accept | $ | **51,500.00** |
   | Prior to the filing of this statement I have received | $ | **51,500.00** |
   | Balance Due | $ | **0.00** |

2. $ **1,738.00** of the filing fee has been paid.

3. The source of the compensation paid to me was:

   ■ Debtor     ☐ Other (specify):

4. The source of compensation to be paid to me is:

   ■ Debtor     ☐ Other (specify):

5. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [List other services that counsel has agreed to provide]

7. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

### CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 18, 2025**                        **/s/ David B. Smith**
*Date*                                        **David B. Smith 59098**
                                                  *Signature of Attorney*
                                                  **Smith Kane Holman, LLC**
                                                  **112 Moores Road**
                                                  **Suite 300**
                                                  **Malvern, PA 19355**
                                                  **610-407-7215  Fax: 610-407-7218**
                                                  **dsmith@skhlaw.com**
                                                  *Name of law firm*

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

## United States Bankruptcy Court
### Eastern District of Pennsylvania

In re   **Omni Health Services, Inc.**                                    Case No.   **25-14727**

Debtor(s)                                                                 Chapter   **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Michael Muthaiah Thevar<br>308 Dorothy Lane<br>Chalfont, PA 18914** | | **100%** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **December 18, 2025**                          Signature   **/s/ Michael Thevar**

**Michael Thevar**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re    **Omni Health Services, Inc.**                                    Case No.    **25-14727**

                                        Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **December 18, 2025**                    **/s/ Michael Thevar**

                                        **Michael Thevar/President**
                                        Signer/Title