**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Omni Health Services, Inc. | : | |
| | : | Case No. 25-14727 (AMC) |
| | : | |
| Debtor. | : | |
| | : | |

## ORDER

AND NOW, this __8th__ day of January 2026, upon consideration of the Debtor's Second

Motion Pursuant to Bankruptcy Code Section 365(a) for Entry of an Order Authorizing the

Rejection of Non-Residential Real Estate Leases (the "Second Rejection Motion"), and the Court

being satisfied that cause exists to grant the Motion and that the relief sought in the Motion is in

best interests of the Debtor, its bankruptcy estate and creditors and other parties in interest, and

that sufficient cause appearing therefore, it is hereby ORDERED as follows:

1.      The Second Rejection Motion is GRANTED on the terms set forth herein.

2.      The Debtor is authorized to reject the following non-residential real property

leases effective as of January 1, 2026 (collectively, the "Second Rejected Leases"):

(i)   595 Bethlehem Pike, Colmar, PA – Lease Agreement dated May 1, 2017, with DS COLMAR, LLC, as lessor.

(ii)  430 Memorial Parkway, Phillipsburg, New Jersey – Lease Agreement dated May 1, 2025, with George and Kathryn Nassoor, as lessors.

(iii) 220 Pierce Street, Kinston, Pennsylvania – Office Lease dated February 4, 2019, as extended, with Ettore J. Lippi and/or Gary E. Lippi, as lessors.

(iv) 1730 E. Broad Street, Hazleton, Pennsylvania – Commercial Lease Agreement dated October 1, 2024, with Sacco Rentals LLC, as lessor.

(v) 300 Community Drive, Suite D, Tobyhanna, Pennsylvania – Commercial Lease dated May 17, 2021, as amended, with Spread Eagle Development Corp., as lessor.

3.        The rejection of the Second Rejected Leases is without prejudice to the Debtor's rights and defenses regarding the Debtor's liability under the Second Rejected Leases and any claims against the Debtor's estate relating thereto, including claims for rejection of such Second Rejected Leases.

BY THE COURT:

Date:      Jan. 8, 2026

The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge