UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 11 |
| Omni Health Services, Inc. | Case No. 25-14727 (AMC) |
| Debtor | |

### ORDER DETERMINING THAT APPOINTMENT OF A PATIENT CARE OMBUDSMAN IS NOT NECESSARY IN THIS CASE

AND NOW, upon the motion of the Debtor in the above-captioned case, for entry of an order pursuant to Section 333(a) of Title 11 of the United States Bankruptcy Code and Rule 2007.2 of the Federal Rules of Bankruptcy Procedure determining that the appointment of a patient care ombudsman is not necessary at this time, it is hereby:

ORDERED that the Motion is GRANTED and it is unnecessary to appoint a patient care Ombudsman in this case; and it is further

ORDERED, that the United States Trustee or any party in interest may seek an order for the appointment of a patient care ombudsman at any time during the pendency of this case based on a change in circumstances or newly discovered evidence that demonstrated the necessity of an ombudsman to monitor the quality of patient care and to protect the interests of patients.

BY THE COURT

Date: Jan. 28, 2026

The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge