**Lease Ledger**

Date: 04/09/2026
Property: 18111b
Tenant: t0002177 Omni Health Services, Inc
From Date: 05/01/2022  To Date: 07/31/2029
Move In Date: 05/01/2022
Unit(S): 01

| Date | Description | Unit | Charge | Payment | Balance |
|---|---|---|---|---|---|
| 7/1/2024 | Base Rent (07/2024) | 01 | 5,516.68 | 0.00 | 5,516.68 |
| 8/1/2024 | Base Rent (08/2024) | 01 | 5,516.68 | 0.00 | 11,033.36 |
| 8/31/2024 | Electric/Gas 04/17/24 - 05/16/24 | | 182.33 | 0.00 | 11,215.69 |
| 9/1/2024 | Base Rent (09/2024) | 01 | 5,516.68 | 0.00 | 16,732.37 |
| 9/24/2024 | Chk# 977087 Reissue of July 2024 rent | | 0.00 | 5,516.68 | 11,215.69 |
| 9/30/2024 | Electric/Gas 05/22/24 - 06/21/24 | | 223.42 | 0.00 | 11,439.11 |
| 10/1/2024 | Base Rent (10/2024) | 01 | 5,516.68 | 0.00 | 16,955.79 |
| 10/31/2024 | Electric/Gas 06/21/24 - 07/23/24 | | 331.14 | 0.00 | 17,286.93 |
| 11/1/2024 | Base Rent (11/2024) | 01 | 5,516.68 | 0.00 | 22,803.61 |
| 11/30/2024 | Electric/Gas 07/17/24-08/15/24 | | 310.72 | 0.00 | 23,114.33 |
| 11/30/2024 | Electric/Gas 08/15/24-09/16/24 | | 270.53 | 0.00 | 23,384.86 |
| 11/30/2024 | Electric/Gas 09/16/24-10/15/24 | | 182.20 | 0.00 | 23,567.06 |
| 12/1/2024 | Base Rent (12/2024) | 01 | 5,516.68 | 0.00 | 29,083.74 |
| 1/1/2025 | Base Rent (01/2025) | 01 | 5,516.68 | 0.00 | 34,600.42 |
| 1/2/2025 | Chk# 98 : ACA ctrl#909 | | 0.00 | 16,550.04 | 18,050.38 |
| 1/31/2025 | Electric/Gas 10/15/24 - 11/13/24 | | 180.96 | 0.00 | 18,231.34 |
| 1/31/2025 | Electric/Gas 11/13/24 - 12/13/24 | | 283.98 | 0.00 | 18,515.32 |
| 1/31/2025 | Electric/Gas 12/13/24 - 01/15/25 | | 397.73 | 0.00 | 18,913.05 |
| 2/1/2025 | Base Rent (02/2025) | 01 | 5,516.68 | 0.00 | 24,429.73 |
| 3/1/2025 | Base Rent (03/2025) | 01 | 5,516.68 | 0.00 | 29,946.41 |
| 3/21/2025 | Chk# 03212025ach | | 0.00 | 30,000.00 | -53.59 |
| 3/31/2025 | Electric/Gas 01/15/25 - 02/14/25 | | 431.34 | 0.00 | 377.75 |
| 3/31/2025 | Electric/Gas 02/14/25 - 03/18/25 | | 312.68 | 0.00 | 690.43 |
| 4/1/2025 | Base Rent (04/2025) | 01 | 5,516.68 | 0.00 | 6,207.11 |
| 4/7/2025 | Chk# 04072025ach | | 0.00 | 5,516.68 | 690.43 |
| 5/1/2025 | Base Rent (05/2025) | 01 | 5,682.18 | 0.00 | 6,372.61 |
| 5/31/2025 | Electric/Gas 3/18/25 - 4/17/25 | | 249.36 | 0.00 | 6,621.97 |
| 6/1/2025 | Base Rent (06/2025) | 01 | 5,682.18 | 0.00 | 12,304.15 |
| 6/9/2025 | Chk# 06092025ach | | 0.00 | 4,500.00 | 7,804.15 |
| 6/30/2025 | Chk# 06302025ach | | 0.00 | 7,500.00 | 304.15 |
| 7/1/2025 | Base Rent (07/2025) | 01 | 5,682.18 | 0.00 | 5,986.33 |
| 7/31/2025 | Electric/Gas 5/19/25 - 6/18/25 | | 217.54 | 0.00 | 6,203.87 |
| 8/1/2025 | Base Rent (08/2025) | 01 | 5,682.18 | 0.00 | 11,886.05 |
| 8/11/2025 | Chk# 08112025ach | | 0.00 | 11,669.00 | 217.05 |
| 8/26/2025 | Electric/Gas 4/17/25 - 5/19/25 | | 190.77 | 0.00 | 407.82 |
| 8/31/2025 | Electric/Gas 6/18/25 - 7/18/25 | | 306.22 | 0.00 | 714.04 |
| 9/1/2025 | Base Rent (09/2025) | 01 | 5,682.18 | 0.00 | 6,396.22 |
| 9/25/2025 | Chk# 092525ach | | 0.00 | 4,300.00 | 2,096.22 |
| 9/30/2025 | Electric/Gas 7/18/25 - 8/18/25 | | 301.54 | 0.00 | 2,397.76 |
| 10/1/2025 | Base Rent (10/2025) | 01 | 5,682.18 | 0.00 | 8,079.94 |
| 10/31/2025 | Electric/Gas 8/18/25 - 9/18/25 | | 242.77 | 0.00 | 8,322.71 |
| 10/31/2025 | Electric/Gas 9/18/25 - 10/18/25 | | 238.41 | 0.00 | 8,561.12 |
| 11/1/2025 | Base Rent (11/2025) | 01 | 5,682.18 | 0.00 | 14,243.30 |

| Date | Description | Unit | Charge | Payment | Balance | Admin Expense Balance |
|---|---|---|---|---|---|---|
| 11/20/2025 | PETITION DATE | | | | | |
| | Stub rent portion of November 2025 | | | | | 1,894.06 |
| 11/30/2025 | 10/1/2025 11/12/2025 - 1st Floor Toilet & Sink Repair - Plumbing Systems | (t00002177) | | 520.00 | 0.00 | 14,763.30 | 2,414.06 |
| 12/1/2025 | Base Rent (12/2025) | 01 | 5,682.18 | 0.00 | 20,445.48 | 8,096.24 |
| 12/15/2025 | Chk# 12152025ach | | 0.00 | 5,500.00 | 14,945.48 | 2,596.24 |
| 1/1/2026 | Base Rent (01/2026) | 01 | 5,682.18 | 0.00 | 20,627.66 | 8,278.42 |
| 1/8/2026 | Chk# 01082026ach | | 0.00 | 5,000.00 | 15,627.66 | 3,278.42 |
| 1/31/2026 | Electric/Gas 10/18/25 - 11/18/25 | | 260.91 | 0.00 | 15,888.57 | 3,539.33 |
| 2/1/2026 | Base Rent (02/2026) | 01 | 5,682.18 | 0.00 | 21,570.75 | 9,221.51 |
| 2/9/2026 | Chk# 02092026ach | | 0.00 | 6,500.00 | 15,070.75 | 2,721.51 |
| 2/28/2026 | Electric/Gas 11/17/25 - 12/16/25 | | 373.32 | 0.00 | 15,444.07 | 3,094.83 |
| 3/1/2026 | Base Rent (03/2026) | 01 | 5,682.18 | 0.00 | 21,126.25 | 8,777.01 |