**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Omni Health Services, Inc., | : | Chapter 11 |
| | : | |
| Debtor. | : | Bankruptcy No. 25-14727 (AMC) |
| | : | |

**NOTICE OF MOTION , RESPONSE DEADLINE AND HEARING DATE**

CPI/AHP Havertown MOB Owner L.L.C. has filed a *Motion for Allowance of Administrative Expenses*.

1. **<u>Your rights may be affected.</u> You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before **May 12, 2026**, you or your attorney must file a response to the Motion. (see Instructions on next page).

3. A hearing on the Motion is scheduled to be held before the Honorable Ashely M. Chan on May 27, 2026, at 12:30 P.M. in Courtroom #4, United States Bankruptcy Court, Robert N.C. Nix Sr. Federal Courthouse, 900 Market Street, Philadelphia, PA 19107.  Unless the court orders otherwise, **<u>the hearing on this contested matter will be an evidentiary hearing.</u>**

4. If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## <u>FILING INSTRUCTIONS</u>

7. **If you are required to file documents electronically by Local  Bankruptcy Rule 5005-1**, you must file your response electronically.

8. If you are not required to file electronically, you must file your response at

   United States Bankruptcy Court
   Eastern District of Pennsylvania
   Robert N.C. Nix Sr. Federal Building
   900 Market Street, Suite 400
   Philadelphia, PA 19107

9. If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

    **SAUL EWING LLP**
    Turner N. Falk, Esq.
    1735 Market Street, 34th Floor
    Philadelphia PA 19103
    (215) 972-8415
    turner.falk@saul.com

Dated:  April 28, 2026                    By: */s/ Turner N. Falk*
　　　　　　　　　　　　　　　　　　　　　　**SAUL EWING LLP**
　　　　　　　　　　　　　　　　　　　　　　Turner N. Falk, Esq.
　　　　　　　　　　　　　　　　　　　　　　1735 Market Street, 34th Floor
　　　　　　　　　　　　　　　　　　　　　　Philadelphia PA 19103
　　　　　　　　　　　　　　　　　　　　　　(215) 972-8415
　　　　　　　　　　　　　　　　　　　　　　turner.falk@saul.com
　　　　　　　　　　　　　　　　　　　　　　*Counsel for CPI/AHP Havertown MOB Owner L.L.C.*