**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

**LOCAL RULE 2016-5 SIXTH REQUEST FOR PAYMENT ON ACCOUNT**
**FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**
**OF SMITH KANE HOLMAN, LLC, COUNSEL TO THE DEBTOR,**
**FOR THE PERIOD APRIL 1, 2026 THROUGH APRIL 30, 2026**

Smith Kane Holman, LLC ("SKH"), counsel to debtor-in-possession Omni Health

Services, Inc., pursuant to Local Bankruptcy Rule 2016-5, requests Payment on Account for

services rendered and reimbursement of expenses for the period April 1, 2026 through April 30,

2026, and in support hereof avers as follows:

**Preliminary Statement**

1.      SKH is counsel for debtor-in-possession Omni Health Services, Inc. (the

"Debtor").

2.      All services rendered and expenses incurred for which compensation or

reimbursement is requested were performed or incurred for or on behalf of the Debtor.

3.      The services described in this request (the "Request") are actual, necessary

services and the compensation requested for those services is reasonable.

4.      The expenses described in this Application are actual, necessary expenses.

5.      SKH files this Request for Payment on Account, as that term is defined in Local

Bankruptcy Rule 2016-5(a), for services rendered and reimbursement of expenses for the period

April 1, 2026 through April 30, 2026 (the "Request Period").

**<u>Request for Payment on Account</u>**

6.    General Information

    a.    Date case filed: November 20, 2025

    b.    Date application to approve employment filed: November 20, 2025

    c.    Date employment approved: December 9, 2025

    d.    First date services rendered in this case: November 20, 2025

    e.    Prior Requests for Payment on Account:

| Request No. | Date Request filed: | Period Covered by Request: |
|---|---|---|
| 1 | December 11, 2025 | November 20-30, 2025 |
| 2 | January 14, 2026 | December 1-31, 2025 |
| 3 | February 12, 2026 | January 1-31, 2026 |
| 4 | March 25, 2026 | February 1-28, 2026 |
| 5 | April 28, 2026 | March 1-31, 2026 |

7.    Fees and Expenses in the Request Period

    a.    Attorneys:

| Name: | Hours: | Billing Rate: | Total: |
|---|---|---|---|
| David B. Smith, Esq. | 1.7 | $525 | $892.50 |
| Nicholas M. Engel, Esq. | 4.1 | $350 | $1,435.00 |

    b.    Paralegals:  N/A

    c.    Total Fees:    $2,327.50

    d.    Expenses:    $23.13

    e.    Total Request:  $2,350.63

8.      Description of Services Rendered in Request Period: All time entries are attached hereto in Exhibit A and Exhibit B, listed chronologically according to the date services were provided and further summarized according to billing codes.  Attorneys working during this period include David B. Smith (DS) and Nicholas M. Engel (NME).

9.      Billing Rates

   a.      Are any of the billing rates different than the billing rates set forth in your last application?  ☐Yes   ☒   No

   b.      If yes, indicate whose billing rates are different and explain why?

### Billing Summary

10.     Description of Services: see attached Exhibit A.

11.     Details of Hours Expended: see attached Exhibit B.

### Expense Summary

12.     Expenses: ee attached Exhibit C.

WHEREFORE, pursuant to Local Bankruptcy Rule 2016-5, SKH files this Request for Payment on Account for the period April 1, 2026 through April 30, 2026, during which period SKH accrued compensable fees and reimbursable expenses in the total amount of $2,350.63.  At this time, SKH seeks provisional payment of $1,862.00 (80% of fees for services rendered) and $23.13 (100% of interim expenses incurred).

SMITH KANE HOLMAN, LLC

Date: May 8, 2026                    By: /s/ David B. Smith
                                     David B. Smith, Esquire
                                     Nicholas M. Engel, Esquire
                                     112 Moores Road, Suite 300
                                     Malvern, PA 19355
                                     (610) 407-7215 Phone
                                     (610) 407-7218 Fax
                                     *Counsel for Debtor*

3