# EXHIBIT A

Summary of Services Performed by Categories of Service
under Local Bankruptcy Rule 2016-2(e)

## Task 3: Assumption and Rejection of Leases and Contracts

Summary of Services Performed in This Task Category: Applicant advised the Debtor with respect to commercial leases and assumption/rejection issues, and communicated with commercial landlords regarding lease issues.

Aggregate Hours Billed: 0.40

Amount of Fees Billed: $192.50

## Task 7: Case Administration

Summary of Services Performed in This Task Category: Applicant addressed a variety of issues involving case administration, including communications with the Debtor, advising the Debtor, and the general advancement of the case.

Aggregate Hours Billed: 1.1

Amount of Fees Billed: $437.50

## Task 8: Claims Administration and Objections

Summary of Services Performed in This Task Category: Applicant addressed the prepetition and post-petition claims of various creditors.

Aggregate Hours Billed: 0.90

Amount of Fees Billed: $437.50

## Task 11: Fee/Employment Applications

Summary of Services Performed in This Task Category: Applicant prepared and filed various requests for payment on account under local rule 2016-5.

Aggregate Hours Billed: 0.70

Amount of Fees Billed: $297.50

**Task 17: Plan and Disclosure Statement**

Summary of Services Performed in This Task Category: Applicant addressed issues involving an extension of exclusivity.

Aggregate Hours Billed: 0.30

Amount of Fees Billed: $122.50

**Task 20: Reporting**

Summary of Services Performed in This Task Category: Applicant worked on the Debtor's monthly operating report for the months of February and March, which included review of Debtor financials, drafting of supporting documentation, and ensuring that the monthly reports comply with U.S. Trustee reporting guidelines.

Aggregate Hours Billed: 2.40

Amount of Fees Billed: $840.00