# EXHIBIT B

Detail of Hours Expended

| Task 3: Assumption and Rejection of Leases and Contracts | | | | | |
|---|---|---|---|---|---|
| Date | Description | Attorney | Hours | Amount | Code |
| 4/28/2026 | follow up with counsel on addressing motion to assume leases and communications with court re: same | DS | 0.3 | $157.50 | 3 |
| 4/7/2026 | Email with client regarding assumption of leases, offer for adequate assurance of cure. | NME | 0.1 | $35.00 | 3 |

| Task 7: Case Administration | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 4/28/2026 | communications with client re: payment of postpetition obligations | DS | 0.1 | $52.50 | 7 |
| 4/29/2026 | communications with court re: status | DS | 0.2 | $105.00 | 7 |
| 4/13/2026 | Emails with PECO regarding adequate assurance of payment issues. | NME | 0.8 | $280.00 | 7 |

| Task 8: | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 4/27/2026 | reviewing correspondence from Jan-Pro for post-petition services provided to Debtor | DS | 0.1 | $52.50 | 8 |
| 4/28/2026 | communications with Jan-Pro re: addressing possible admin claim | DS | 0.1 | $52.50 | 8 |
| 4/29/2026 | reviewing motion for admin expense claim and drafting summary thereof for client | DS | 0.5 | $262.50 | 8 |
| 4/7/2026 | Email with client regarding dispute over post-petition admin claim. | NME | 0.1 | $35.00 | 8 |
| 4/15/2026 | Emails with client and creditor regarding prepetition claim. | NME | 0.1 | $35.00 | 8 |

| Task 11: Fee/Employment Applications | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 4/24/2026 | reviewing time for March fee request | DS | 0.1 | $52.50 | 11 |
| 4/28/2026 | reviewing and revising fifth fee request | DS | 0.2 | $105.00 | 11 |
| 4/13/2026 | Prepare and file CNO to February payment request. | NME | 0.1 | $35.00 | 11 |
| 4/24/2026 | Work on March payment request. | NME | 0.3 | $105.00 | 11 |

| Task 17: | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 4/28/2026 | communications with court re: entry of order on extension of exclusivity | DS | 0.1 | $52.50 | 17 |
| 4/7/2026 | Prepare and file cert of no response to motion to extend exclusivity periods. | NME | 0.2 | $70.00 | 17 |

| Task 20: Reporting | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 4/7/2026 | Emails with client regarding February MOR; finalize and file when received. | NME | 0.3 | $105.00 | 20 |
| 4/15/2026 | Work on March MOR; emails with client regarding same. | NME | 1.1 | $385.00 | 20 |
| 4/16/2026 | Finalize March MOR; emails with client regarding same. | NME | 0.5 | $175.00 | 20 |
| 4/17/2026 | Finalize and file March MOR. | NME | 0.4 | $140.00 | 20 |
| 4/20/2026 | Email with client regarding March MOR. | NME | 0.1 | $35.00 | 20 |