# EXHIBIT C

Detail of Expenses Incurred

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 03/31/2026 | Online Research - Pacer Service Center Q1- 2026 | $18.25 |
| 04/30/2026 | Postage | $4.88 |
| | | **$23.13** |