**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
|  | : |  |
| Debtor | : |  |
|  | : |  |

**CERTIFICATE OF SERVICE**

I, David B. Smith, hereby certify that a true and correct copy or notice of the Local Rule 2016-5 Sixth Request for Payment on Account for Services Rendered and Reimbursement of Expenses of Smith Kane Holman, LLC, Counsel to the Debtor, for the Period April 1, 2026 through April 30, 2026 (the "Request") was served via first-class mail, postage prepaid or electronically through the Court's ECF system, upon the Debtor, the United States Trustee, and those on the Clerk's Service List.

SMITH KANE HOLMAN, LLC

Date: May 8, 2026          By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
*Counsel for the Debtor*

## SERVICE LIST
(CM/ECF – list as of 5.7.26)

- **TURNER N. FALK** turner.falk@saul.com, tnfalk@recap.email;veronica.marchiondo@saul.com
- **ANTHONY F. GIULIANO** afg@glpcny.com
- **JOHN W KETTERING** JK@pietragallo.com
- **JEFFREY C. MCCULLOUGH** jeffmccullough@bondmccullough.com, lchung@bondmccullough.com
- **REBECCA K. MCDOWELL** rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com
- **RICHARD J. PARKS** rjp@pietragallo.com, jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com
- **ROBERT W. PONTZ** bpontz@saxtonstump.com
- **JOHN HENRY SCHANNE** John.Schanne@usdoj.gov
- **WILLIAM D. SCHROEDER** Schroeder@jrlaw.org, Healey@jrlaw.org;Ann@jrlaw.org
- **DAVID B. SMITH** dsmith@skhlaw.com, b.dr70286@notify.bestcase.com
- **United States Trustee** USTPRegion03.PH.ECF@usdoj.gov

## Service List
(first-class mail)

John Henry Schanne
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Omni Health Services, Inc.
160 Bethlehem Pike
Colmar, PA 18915