**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

**<u>CERTIFICATE OF NO OBJECTION</u>**

The undersigned, counsel for the Debtor, certifies as follows:

1.      On April 28, 2026, the undersigned filed the Local Rule 2016-5 Fifth Request for Payment on Account for Services Rendered and Reimbursement of Expenses of Smith Kane Holman, LLC, Counsel to the Debtor, for the Period March 1, 2026 through March 31, 2026 (the "Request"), notice or a copy of which was sent to all parties entitled to same on April 28, 2026.

2.      Any answers, objections or responses to the Request were due on or before May 12, 2026.

3.      To date, the undersigned has not been served with any answer, objection, or other response to the Request, nor, to the best of the undersigned's knowledge, information and belief has any answer, objection, or response to the Request been filed with the Court.

4.      Pursuant to the foregoing, the undersigned certifies that the Request is uncontested.

WHEREFORE, pursuant to Local Rule 2016-5(h), the Debtor may provisionally pay Smith Kane Holman, LLC (a) 80% of the requested compensation and (b) 100% of the expenses requested.

SMITH KANE HOLMAN, LLC

Date: May 13, 2026                    By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7215 Phone
(610) 407-7218 Fax
dsmith@skhlaw.com
*Counsel for the Debtor*