**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

## **ORDER**

AND NOW, upon consideration of the Debtor's Second Motion Pursuant to 11 U.S.C. Section 1121(d) of the Bankruptcy Code for an Order Extending the Exclusive Periods During Which the Debtor May File and Confirm a Plan of Reorganization (the "Second Exclusivity Motion"), and the Court being satisfied that the relief sought in the Second Exclusivity Motion is in best interests of the Debtor, its bankruptcy estate and creditors and other parties in interest, and that sufficient cause appearing therefore, it is hereby ORDERED that:

1.      The Second Exclusivity Motion is GRANTED.

2.      The period during which the Debtor has the exclusive right to file a plan of reorganization is extended from the current expiration date of May 19, 2026 to July 18, 2026; and the period during which the Debtor has the exclusive right to solicit acceptances of such plan is extended from the current expiration date of July 18, 2026 to September 16, 2026.

BY THE COURT:

Date: _____          _____
                                       The Honorable Ashely M. Chan
                                       Chief United States Bankruptcy Judge