**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, David B. Smith, Esquire, do hereby certify that on this date, I caused a true and correct copy of the Debtor's Second Motion Pursuant to 11 U.S.C. Section 1121(d) of the Bankruptcy Code for an Order Extending the Exclusive Periods During Which the Debtor May File and Confirm a Plan of Reorganization and Notice of Motion to be served (i) via the CM/ECF notification upon all parties registered to receive electronic filings in this case, and (ii) by first-class mail, postage prepaid, upon the attached service list.


Date: May 18, 2026           /s/ *David B. Smith*
                             David B. Smith

## SERVICE LIST
(CM/ECF – as of 5.18.26)

- **TURNER N. FALK    turner.falk@saul.com, tnfalk@recap.email;veronica.marchiondo@saul.com**
- **ANTHONY F. GIULIANO    afg@glpcny.com**
- **JOHN W KETTERING    JK@pietragallo.com**
- **JEFFREY C. MCCULLOUGH    jeffmccullough@bondmccullough.com, lchung@bondmccullough.com**
- **REBECCA K. MCDOWELL    rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com**
- **RICHARD J. PARKS    rjp@pietragallo.com, jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com**
- **ROBERT W. PONTZ    bpontz@saxtonstump.com**
- **JOHN HENRY SCHANNE    John.Schanne@usdoj.gov**
- **WILLIAM D. SCHROEDER    Schroeder@jrlaw.org, Healey@jrlaw.org;Ann@jrlaw.org**
- **DAVID B. SMITH    dsmith@skhlaw.com, b.dr70286@notify.bestcase.com**
- **United States Trustee    USTPRegion03.PH.ECF@usdoj.gov**