# EXHIBIT A

Cash-flow budget worksheet. Column headers are weekly periods (Week Beginning / Week Ending). Week-ending dates: 6/7, 6/14, 6/21, 6/28, 7/5, 7/12, 7/19, 7/26, 8/2. The 6/1/2026 column is also labeled **BUDGET**.

| BUDGET — Week Beginning | 6/1/2026 | 6/8/2026 | 6/15/2026 | 6/22/2026 | 6/29/2026 | 7/6/2026 | 7/13/2026 | 7/20/2026 | 7/27/2026 | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| **STARTING AVAILABLE BALANCE** | $333,299.72 | $287,628.85 | $299,984.50 | $312,894.53 | $286,772.00 | $256,867.86 | $256,131.55 | $248,537.55 | $220,611.04 | |
| **INCOME:** | | | | | | | | | | |
| Billed Services | $250,000.00 | $250,000.00 | $232,180.00 | $232,180.00 | $232,180.00 | $232,180.00 | $232,180.00 | $232,180.00 | $232,180.00 | $2,125,260.00 |
| Returns/Allowances - Claims Refund | $0.00 | -$1,143.70 | $0.00 | $0.00 | $0.00 | -$1,143.70 | $0.00 | $0.00 | $0.00 | -$2,287.40 |
| **TOTAL ESTIMATED INCOME:** | $250,000.00 | $248,856.30 | $232,180.00 | $232,180.00 | $232,180.00 | $231,036.30 | $232,180.00 | $232,180.00 | $232,180.00 | $2,122,972.60 |
| **PAYROLL EXPENSES** | | | | | | | | | | |
| Payroll (Gross) | $178,168.68 | $175,168.68 | $168,076.25 | $171,076.25 | $171,076.25 | $171,076.25 | $171,076.25 | $171,076.25 | $171,076.25 | $1,547,871.10 |
| PROCESSING FEE | $499.00 | $499.00 | $499.00 | $499.00 | $499.00 | $499.00 | $499.00 | $499.00 | $499.00 | $4,491.00 |
| Employer Withheld Taxes | $9,734.82 | $9,734.82 | $9,647.30 | $9,647.30 | $9,647.30 | $9,647.30 | $9,647.30 | $9,647.30 | $9,647.30 | $87,000.72 |
| Owner's Salary & Employer Taxes | $16,597.50 | $16,597.50 | $16,597.50 | $16,597.50 | $16,597.50 | $16,597.50 | $16,597.50 | $16,597.50 | $16,597.50 | $149,377.50 |
| **TOTAL PAYROLL EXPENSES:** | $205,000.00 | $202,000.00 | $194,820.05 | $197,820.05 | $197,820.05 | $197,820.05 | $197,820.05 | $197,820.05 | $197,820.05 | $1,788,740.32 |
| **OPERATING EXPENSES** | | | | | | | | | | |
| Additional Officer Compensation | $1,775.00 | $1,775.00 | $1,775.00 | $1,775.00 | $1,775.00 | $1,775.00 | $1,775.00 | $1,775.00 | $1,775.00 | $15,975.00 |
| Advertising / Promotional - Advertising | $500.00 | $500.00 | $500.00 | $0.00 | $0.00 | $500.00 | $0.00 | $0.00 | $0.00 | $2,000.00 |
| Advertising / Promotional - Employee Recruitment | $2,450.00 | $2,450.00 | $2,450.00 | $2,450.00 | $2,450.00 | $2,450.00 | $2,450.00 | $2,450.00 | $2,450.00 | $22,050.00 |
| Bank Charges / Service Fees | $351.00 | $351.00 | $351.00 | $351.00 | $351.00 | $351.00 | $351.00 | $351.00 | $351.00 | $3,159.03 |
| Billing Services Expense | $7,080.72 | $0.00 | $0.00 | $0.00 | $0.00 | $6,313.56 | $0.00 | $0.00 | $0.00 | $13,394.28 |
| Employee Benefits - Health, Dental, Life | $0.00 | $261.51 | $8,150.00 | $0.00 | $0.00 | $8,150.00 | $100.00 | $0.00 | $0.00 | $16,661.51 |
| Employee Onboarding Clearances | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $450.00 |
| Insurance Expense - Cyber Liability | $707.37 | $0.00 | $0.00 | $0.00 | $0.00 | $707.37 | $0.00 | $0.00 | $0.00 | $1,414.74 |
| Insurance Expense - GL/PL/Property | $10,917.75 | $0.00 | $0.00 | $0.00 | $0.00 | $10,917.75 | $0.00 | $0.00 | $0.00 | $21,835.50 |
| Insurance Expense - Workers Comp | $0.00 | $0.00 | $2,889.00 | $0.00 | $0.00 | $0.00 | $0.00 | $2,889.00 | $0.00 | $5,778.00 |
| IT Expense - Ellora EHR Software Expense | $11,613.12 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $12,000.00 | $0.00 | $0.00 | $23,613.12 |
| IT Expense - IT Management & Software | $0.00 | $0.00 | $0.00 | $12,000.00 | $0.00 | $0.00 | $0.00 | $12,000.00 | $0.00 | $24,000.00 |
| IT Expense - Software/Subscriptions | $228.00 | $60.95 | $60.95 | $344.04 | $152.54 | $228.00 | $0.00 | $496.58 | $0.00 | $1,571.06 |
| Worker Visa Renewals | $0.00 | $5,880.00 | $5,880.00 | $5,880.00 | $5,880.00 | $5,880.00 | $0.00 | $0.00 | $0.00 | $29,400.00 |
| Loan Payment - Berkshire Bank (LOC-interest only) 1148 | $0.00 | $0.00 | $0.00 | $0.00 | $1,260.89 | $0.00 | $1,260.89 | $0.00 | $1,260.89 | $3,782.67 |
| Loan Payment - Berkshire Bank (Term Loan) 2393 | $0.00 | $0.00 | $0.00 | $0.00 | $7,779.45 | $0.00 | $7,779.45 | $0.00 | $7,779.45 | $23,338.35 |
| Loan Payment - Berkshire Bank (Term Loan) 2400 | $0.00 | $0.00 | $0.00 | $0.00 | $5,085.71 | $0.00 | $5,085.71 | $0.00 | $5,085.71 | $15,257.13 |
| Office Expense - Cleaning | $561.72 | $561.72 | $561.72 | $561.72 | $561.72 | $561.72 | $561.72 | $561.72 | $561.72 | $5,055.46 |
| Office Expense - Inventory/Storage | $539.11 | $539.11 | $539.11 | $539.11 | $539.11 | $539.11 | $539.11 | $539.11 | $539.11 | $4,852.02 |
| Office Expense - Shredding Services | $34.92 | $34.92 | $34.92 | $34.92 | $34.92 | $34.92 | $34.92 | $34.92 | $34.92 | $314.25 |
| Office Expense - Trash Removal | $293.56 | $293.56 | $293.56 | $293.56 | $293.56 | $293.56 | $293.56 | $293.56 | $293.56 | $2,642.04 |
| Office Supplies/Expenses | $919.60 | $919.60 | $919.60 | $919.60 | $919.60 | $919.60 | $919.60 | $919.60 | $919.60 | $8,276.36 |
| Printer Leases/Management | $524.54 | $524.54 | $524.54 | $524.54 | $524.54 | $524.54 | $524.54 | $524.54 | $524.54 | $4,720.87 |
| Rent or Lease of Buildings | $49,419.62 | $0.00 | $648.01 | $38,500.00 | $22,006.05 | $7,000.00 | $0.00 | $16,648.01 | $44,506.05 | $178,727.74 |
| Repair & Maintenance | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $900.00 |
| Utilities | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $2,500.00 | $7,000.00 | $7,000.00 | $2,500.00 | $2,500.00 | $31,500.00 |
| **TOTAL OPERATING EXPENSES:** | $90,670.87 | $34,500.66 | $16,949.92 | $60,482.49 | $64,264.09 | $33,952.57 | $34,453.96 | $38,286.46 | $87,108.13 | $460,669.13 |
| **REORGANIZATION EXPENSES** | | | | | | | | | | |
| US Trustee QUARTERLY FEES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $24,000.00 | $0.00 | $24,000.00 |
| Professional Fees (escrow pending court approval) | $0.00 | $0.00 | $7,500.00 | $0.00 | $0.00 | $0.00 | $7,500.00 | $0.00 | $0.00 | $15,000.00 |
| Total Reorganization Expenses | $0.00 | $0.00 | $7,500.00 | $0.00 | $0.00 | $0.00 | $7,500.00 | $24,000.00 | $0.00 | $39,000.00 |
| **GRAND TOTAL EXPENSES:** | $295,670.87 | $236,500.66 | $219,269.96 | $258,302.53 | $262,084.13 | $231,772.61 | $239,774.00 | $260,106.50 | $284,928.17 | $2,288,409.45 |
| **NET CASH / PROFIT (weekly)** | -$45,670.87 | $12,355.64 | $12,910.04 | -$26,122.53 | -$29,904.13 | -$736.31 | -$7,594.00 | -$27,926.50 | -$52,748.17 | -$165,436.85 (Sum of Net Cash) |
| **ENDING CASH (overall)** | $287,628.85 | $299,984.50 | $312,894.53 | $286,772.00 | $256,867.86 | $256,131.55 | $248,537.55 | $220,611.04 | $167,862.87 | $167,862.87 (Ending Cash) |