United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 25-14727-amc

Omni Health Services, Inc.                                                          Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 22, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2026:**

**Recip ID**        **Recipient Name and Address**
db           #+  Omni Health Services, Inc., 160 Bethlehem Pike, Colmar, PA 18915-9790

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY F. GIULIANO | on behalf of Interested Party Global Merchant Cash  Inc. afg@glpcny.com |
| DAVID B. SMITH | on behalf of Attorney Smith Kane Holman  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Debtor Omni Health Services  Inc. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| JEFFREY C. MCCULLOUGH | on behalf of Creditor Wilson Partners LLC jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |

District/off: 0313-2                          User: admin                                    Page 2 of 2

Date Rcvd: May 22, 2026                      Form ID: pdf900                              Total Noticed: 1

JOHN W KETTERING
                    on behalf of Creditor UPMC HEALTH BENEFITS  INC. DBA WORK PARTNERS JK@pietragallo.com

NICHOLAS M. ENGEL
                    on behalf of Debtor Omni Health Services  Inc. nengel@skhlaw.com

REBECCA K. MCDOWELL
                    on behalf of Creditor Beacon Bank & Trust  successor by merger to Berkshire Bank rmcdowell@slgcollect.com,
                    pwirth@slgcollect.com;anovoa@slgcollect.com

RICHARD J. PARKS
                    on behalf of Creditor UPMC HEALTH BENEFITS  INC. DBA WORK PARTNERS rjp@pietragallo.com,
                    jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com

RICHARD J. PARKS
                    on behalf of Debtor Omni Health Services  Inc. rjp@pietragallo.com,
                    jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com

ROBERT W. PONTZ
                    on behalf of Creditor DS Colmar  LLC bpontz@saxtonstump.com

TURNER N. FALK
                    on behalf of CPI/AHP Havertown MOB Owner L.L.C. turner.falk@saul.com
                    tnfalk@recap.email;veronica.marchiondo@saul.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR
                    on behalf of Creditor Center for the Blind & Visually Impaired Schroeder@jrlaw.org  Healey@jrlaw.org;Ann@jrlaw.org


TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                                                :
In re:                                                         :          CHAPTER 11
                                                                :
Omni Health Services, Inc.                          :          Case No. 25-14727 (AMC)
                                                                :
                              Debtor                       :
_____  :

**FIFTH INTERIM ORDER (I) AUTHORIZING USE OF CASH COLLATERAL,**
**(II) GRANTING ADEQUATE PROTECTION, (III) SCHEDULING**
**A FURTHER HEARING, AND (IV) GRANTING RELATED RELIEF**

AND NOW, upon consideration of the motion of Omni Health Services, Inc. (the

"Debtor") for entry of interim and final orders (i) authorizing the Debtor to use Cash Collateral;

(ii) granting adequate protection; (iii) scheduling a further hearing; and (iv) granting related

relief (the "Motion")[1]; and having heard the statements of Debtor's counsel and the statements of

other parties in interest who appeared; and it appearing that the Court has jurisdiction over this

mater pursuant to 28 U.S.C. §§ 157 and 1334; and it appearing that this is a core proceeding

pursuant to 28 U.S.C. §157(b)(2); and it appearing that the Motion is in the best interests of the

Debtor; its estate, and its creditors; and adequate notice of the Motion having been given; and it

appearing that no other notice need be given; and after due deliberation and sufficient cause

therefore, it is hereby **ORDERED:**

    1.      The Motion is **GRANTED** on an interim basis to the extent provided herein.

    2.      The Debtor is **AUTHORIZED** to use Cash Collateral on an interim basis in

accordance with the Fourth Interim Budget (attached hereto as Exhibit A) through the date of the

conclusion of a further hearing on the Motion (the "Interim Period").

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

3.      As adequate protection through entry of a Final Order, the Secured Creditors are hereby granted replacement liens in the Debtor's post-petition property to the same extent, validity, and priority of their prepetition liens, to the extent the imposition of the automatic stay or the Debtor's use of the Cash Collateral results in the decrease of the value of the Secured Creditors' interest in such property, without the necessity of filing any documents or otherwise complying with non-bankruptcy law in order to perfect security interests and record liens, with such perfection being binding upon all parties including, but not limited to, any subsequently appointed trustee either under chapter 11 or any other chapter of the Bankruptcy Code.

4.      Specifically as to Berkshire and as additional adequate protection, the Debtor is authorized to make its regular debt service payments on account of the Direct Berkshire Loans for all months covered by this Second Interim Order.

5.      Nothing in this Order shall constitute an adjudication as to the validity, extent, or priority of the Secured Creditors' prepetition liens and security interests in the Debtor's property.

6.      A copy of this Order shall be served by the Debtor or its counsel by regular mail upon: (i) the Office of the United States Trustee, (ii) Berkshire, (iii) the SBA, (iv) Graybar, (v) IOU, (vi) Global, (vii) Likety; (viii) the Debtor's 20 largest unsecured creditors, (viii) the Internal Revenue Service and all other taxing authorities identified in the Debtor's creditor matrix, and (ix) any person requesting notice pursuant to Fed. R. Bankr. P. 2002.  This notice shall be sufficient and proper and in accordance with the Bankruptcy Code, the Bankruptcy Rules, and the Local Rules of this Court.

7.      Any objections to the Motion shall be filed with the Court and served upon counsel to the Debtor, David B. Smith, Esquire, Smith Kane Holman, LLC, 112 Moores Road, Suite 300, Malvern, PA 19355 (dsmith@skhlaw.com) within fourteen days of the date of service.

2

In the event that no objections are timely filed and served in accordance with this Interim Order,
the Court may enter an order granting the Motion, authorizing the Debtor's permanent use of the
Cash Collateral, without further notice.

8.      A hearing to consider the entry of a Final Order shall be heard on
___July 15_____, 2026 at 12:30 a.m./p.m.   Parties may participate by video
teleconference through Zoom (accessible via www.zoomgov.com/join) or by dialing 1-646-828-
7666, Meeting ID: 160 6807 8081 (no participant ID is required.

9.      This Court shall retain jurisdiction over any and all matters arising from or related
to this Interim Order.

BY THE COURT:

Date: ___May 22, 2026_____

_____
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

3

# EXHIBIT A

Case 25-14727-amc    Doc 171    Filed 05/24/26    Entered 05/25/26 00:39:50    Desc Imaged Certificate of Notice    Page 7 of 7

| BUDGET Week Beginning / Week Ending | 6/1/2026 6/7/2026 | 6/8/2026 6/14/2026 | 6/15/2026 6/21/2026 | 6/22/2026 6/28/2026 | 6/29/2026 7/5/2026 | 7/6/2026 7/12/2026 | 7/13/2026 7/19/2026 | 7/20/2026 7/26/2026 | 7/27/2026 8/2/2026 | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| STARTING AVAILABLE BALANCE | $333,299.72 | $287,628.85 | $299,984.50 | $312,894.53 | $286,772.00 | $256,867.86 | $256,131.55 | $248,537.55 | $220,611.04 | |
| **INCOME:** | | | | | | | | | | |
| Billed Services | $250,000.00 | $250,000.00 | $232,180.00 | $232,180.00 | $232,180.00 | $232,180.00 | $232,180.00 | $232,180.00 | $232,180.00 | $2,125,260.00 |
| Returns/Allowances - Claims Refund | $0.00 | -$1,143.70 | $0.00 | $0.00 | $0.00 | -$1,143.70 | $0.00 | $0.00 | $0.00 | -$2,287.40 |
| TOTAL ESTIMATED INCOME: | $250,000.00 | $248,856.30 | $232,180.00 | $232,180.00 | $232,180.00 | $231,036.30 | $232,180.00 | $232,180.00 | $232,180.00 | $2,122,972.60 |
| **PAYROLL EXPENSES** | | | | | | | | | | |
| Payroll (Gross) | $178,168.68 | $175,168.68 | $168,076.25 | $171,076.25 | $171,076.25 | $171,076.25 | $171,076.25 | $171,076.25 | $171,076.25 | $1,547,871.10 |
| PROCESSING FEE | $499.00 | $499.00 | $499.00 | $499.00 | $499.00 | $499.00 | $499.00 | $499.00 | $499.00 | $4,491.00 |
| Employer Withheld Taxes | $9,734.82 | $9,734.82 | $9,647.30 | $9,647.30 | $9,647.30 | $9,647.30 | $9,647.30 | $9,647.30 | $9,647.30 | $87,000.72 |
| Owner's Salary & Employer Taxes | $16,597.50 | $16,597.50 | $16,597.50 | $16,597.50 | $16,597.50 | $16,597.50 | $16,597.50 | $16,597.50 | $16,597.50 | $149,377.50 |
| TOTAL PAYROLL EXPENSES: | $205,000.00 | $202,000.00 | $194,820.05 | $197,820.05 | $197,820.05 | $197,820.05 | $197,820.05 | $197,820.05 | $197,820.05 | $1,788,740.32 |
| **OPERATING EXPENSES** | | | | | | | | | | |
| Additional Officer Compensation | $1,775.00 | $1,775.00 | $1,775.00 | $1,775.00 | $1,775.00 | $1,775.00 | $1,775.00 | $1,775.00 | $1,775.00 | $15,975.00 |
| Advertising / Promotional - Advertising | $0.00 | $500.00 | $0.00 | $500.00 | $0.00 | $500.00 | $0.00 | $500.00 | $0.00 | $2,000.00 |
| Advertising / Promotional - Employee Recruitment | $2,450.00 | $2,450.00 | $2,450.00 | $2,450.00 | $2,450.00 | $2,450.00 | $2,450.00 | $2,450.00 | $2,450.00 | $22,050.00 |
| Bank Charges / Service Fees | $351.00 | $351.00 | $351.00 | $351.00 | $351.00 | $351.00 | $351.00 | $351.00 | $351.00 | $3,159.03 |
| Billing Services Expense | $0.00 | $7,080.72 | $0.00 | $0.00 | $0.00 | $0.00 | $6,313.56 | $0.00 | $0.00 | $13,394.28 |
| Employee Benefits - Health, Dental, Life | $0.00 | $0.00 | $261.51 | $8,150.00 | $0.00 | $0.00 | $100.00 | $8,150.00 | $0.00 | $16,661.51 |
| Employee Onboarding Clearances | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $50.00 | $450.00 |
| Insurance Expense - Cyber Liability | $0.00 | $707.37 | $0.00 | $0.00 | $0.00 | $707.37 | $0.00 | $0.00 | $0.00 | $1,414.74 |
| Insurance Expense - GL/PL/Property | $10,917.75 | $0.00 | $0.00 | $0.00 | $0.00 | $10,917.75 | $0.00 | $0.00 | $0.00 | $21,835.50 |
| Insurance Expense - Workers Comp | $0.00 | $0.00 | $0.00 | $2,889.00 | $0.00 | $0.00 | $0.00 | $2,889.00 | $0.00 | $5,778.00 |
| IT Expense - Ellora EHR Software Expense | $0.00 | $11,613.12 | $0.00 | $0.00 | $0.00 | $0.00 | $12,000.00 | $0.00 | $0.00 | $23,613.12 |
| IT Expense - IT Management & Software | $0.00 | $0.00 | $0.00 | $0.00 | $12,000.00 | $0.00 | $0.00 | $0.00 | $12,000.00 | $24,000.00 |
| IT Expense - Software/Subscriptions | $228.00 | $0.00 | $60.95 | $344.04 | $152.54 | $228.00 | $60.95 | $0.00 | $496.58 | $1,571.06 |
| Worker Visa Renewals | $5,880.00 | $0.00 | $5,880.00 | $0.00 | $5,880.00 | $0.00 | $5,880.00 | $0.00 | $5,880.00 | $29,400.00 |
| Loan Payment - Berkshire Bank (LOC-interest only) 1148 | $1,260.89 | $0.00 | $0.00 | $0.00 | $1,260.89 | $0.00 | $0.00 | $0.00 | $1,260.89 | $3,782.67 |
| Loan Payment - Berkshire Bank (Term Loan) 2393 | $7,779.45 | $0.00 | $0.00 | $0.00 | $7,779.45 | $0.00 | $0.00 | $0.00 | $7,779.45 | $23,338.35 |
| Loan Payment - Berkshire Bank (Term Loan) 2400 | $5,085.71 | $0.00 | $0.00 | $0.00 | $5,085.71 | $0.00 | $0.00 | $0.00 | $5,085.71 | $15,257.13 |
| Office Expense - Cleaning | $561.72 | $561.72 | $561.72 | $561.72 | $561.72 | $561.72 | $561.72 | $561.72 | $561.72 | $5,055.46 |
| Office Expense - Inventory/Storage | $539.11 | $539.11 | $539.11 | $539.11 | $539.11 | $539.11 | $539.11 | $539.11 | $539.11 | $4,852.02 |
| Office Expense - Shredding Services | $34.92 | $34.92 | $34.92 | $34.92 | $34.92 | $34.92 | $34.92 | $34.92 | $34.92 | $314.25 |
| Office Expense - Trash Removal | $293.56 | $293.56 | $293.56 | $293.56 | $293.56 | $293.56 | $293.56 | $293.56 | $293.56 | $2,642.04 |
| Office Supplies/Expenses | $919.60 | $919.60 | $919.60 | $919.60 | $919.60 | $919.60 | $919.60 | $919.60 | $919.60 | $8,276.36 |
| Printer Leases/Management | $524.54 | $524.54 | $524.54 | $524.54 | $524.54 | $524.54 | $524.54 | $524.54 | $524.54 | $4,720.87 |
| Rent or Lease of Buildings | $49,419.62 | $0.00 | $648.01 | $38,500.00 | $22,006.05 | $7,000.00 | $0.00 | $16,648.01 | $44,506.05 | $178,727.74 |
| Repair & Maintenance | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $100.00 | $900.00 |
| Utilities | $2,500.00 | $7,000.00 | $2,500.00 | $2,500.00 | $2,500.00 | $7,000.00 | $2,500.00 | $2,500.00 | $2,500.00 | $31,500.00 |
| TOTAL OPERATING EXPENSES: | $90,670.87 | $34,500.66 | $16,949.92 | $60,482.49 | $64,264.09 | $33,952.57 | $34,453.96 | $38,286.46 | $87,108.13 | $460,669.13 |
| **REORGANIZATION EXPENSES** | | | | | | | | | | |
| US Trustee QUARTERLY FEES | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $24,000.00 | $0.00 | $24,000.00 |
| Professional Fees (escrow pending court approval) | $0.00 | $0.00 | $7,500.00 | $0.00 | $0.00 | $0.00 | $7,500.00 | $0.00 | $0.00 | $15,000.00 |
| Total Reorganization Expenses | $0.00 | $0.00 | $7,500.00 | $0.00 | $0.00 | $0.00 | $7,500.00 | $24,000.00 | $0.00 | $39,000.00 |
| GRAND TOTAL EXPENSES: | $295,670.87 | $236,500.66 | $219,269.96 | $258,302.53 | $262,084.13 | $231,772.61 | $239,774.00 | $260,106.50 | $284,928.17 | $2,288,409.45 |
| NET CASH / PROFIT (weekly) | -$45,670.87 | $12,355.64 | $12,910.04 | -$26,122.53 | -$29,904.13 | -$736.31 | -$7,594.00 | -$27,926.50 | -$52,748.17 | -$165,436.85 Sum of Net Cash |
| ENDING CASH (overall) | $287,628.85 | $299,984.50 | $312,894.53 | $286,772.00 | $256,867.86 | $256,131.55 | $248,537.55 | $220,611.04 | $167,862.87 | $167,862.87 Ending Cash |