**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, David B. Smith, Esquire, do hereby certify that on May 27, 2026, pursuant to the Court's Fifth Interim Order dated May 22, 2026 (*dkt. no.170*) (the"Interim Order"), I caused true and correct copy of the Interim Order to be served by first-class mail, postage prepaid, upon: the Office of the United States Trustee, (ii) Berkshire, (iii) the SBA, (iv) Graybar, (v) IOU, (vi) Global, (vii) Likety; (viii) the Debtor's 20 largest unsecured creditors, (viii) the Internal Revenue Service and all other taxing authorities identified in the Debtor's creditor matrix, and (ix) any person requesting notice pursuant to Fed. R. Bankr. P. 2002

Date: May 27, 2026

By:*/s/ David B. Smith*
David B. Smith, Esquire

**SERVICE LIST**
(CM/ECF)

- **TURNER N. FALK    turner.falk@saul.com, tnfalk@recap.email;veronica.marchiondo@saul.com**
- **ANTHONY F. GIULIANO    afg@glpcny.com**
- **JOHN W KETTERING    JK@pietragallo.com**
- **JEFFREY C. MCCULLOUGH    jeffmccullough@bondmccullough.com, lchung@bondmccullough.com**
- **REBECCA K. MCDOWELL    rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com**
- **RICHARD J. PARKS    rjp@pietragallo.com, jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com**
- **ROBERT W. PONTZ    bpontz@saxtonstump.com**
- **JOHN HENRY SCHANNE    John.Schanne@usdoj.gov**
- **WILLIAM D. SCHROEDER    Schroeder@jrlaw.org, Healey@jrlaw.org;Ann@jrlaw.org**
- **DAVID B. SMITH    dsmith@skhlaw.com, b.dr70286@notify.bestcase.com**
- **United States Trustee    USTPRegion03.PH.ECF@usdoj.gov**

**SERVICE LIST**
(first-class mail)

JOHN HENRY SCHANNE
United States Trustee
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Berkshire Bank
24 North Street
Pittsfield, MA 01201

Berkshire Bank
1787 Sentry Parkway West
Building 16, Suite 200
Blue Bell, PA 19422

Graybar Financial Services
11885 Lackland Road
Saint Louis, MO 63146

Amazon
PO Box 035184
Seattle, WA 98124-5184

Berkshire Bank
1787 Sentry Parkway West
Building 16, Suite 200
Blue Bell, PA 19422

Bernard Mazzocchi
10 Canal Street
Suite 200
Bristol, PA 19007

Crozer Keystone Health Network
Psychiatry Billing - Layton Hall
1 Medical Center Blvd.
Chester, PA 19013-3995

DS Colmar, LLC
Attn: Michael Sachs
485 Mola Blvd.
Elmwood Park, NJ 07407

Ellora Systems
2 Mount Royal Ave.
Suite 206
Marlborough, MA 01752

Glenmore Management Associates, Inc.
PO Box 389
Lionville, PA 19353

Global Merchant Cash Inc.
64 Beaver Street
New York, NY 10004

Graybar Financial Services
11885 Lackland Road
Saint Louis, MO 63146

Independence Blue Cross
Lockbox 3092
PO Box 8500
Philadelphia, PA 19178-3092

IOU Central, Inc.
600 TownPark Lane
Suite 100
Kennesaw, GA 30144

John D. Pittenger Builder, Inc.
2260 Highway 33
Suite 1
Neptune, NJ 07753

Likety Capital LLC
630 Canoga Avenue
Woodland Hills, CA 91367

Panagiotis Patouhas
507 John Tipton Blvd.
Pennsauken, NJ 08110

Salvatore Franchi
PO Box 110
Broomall, PA 19008-0110

Truist Bank
1845 Walnut Street, Suite 1538
Philadelphia, PA 19103-4716

Truist Bank
PO Box 791620
Baltimore, MD 21279-1620

U.S. Small Business Association
2 North 20th Street
Suite 320
Birmingham, AL 35203

Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1611

PA Department of Labor and Industry
651 Boas Street
Harrisburg, PA 17120

Pennsylvania Dept. of Revenue
Bankruptcy Division
Dept. 280946
Harrisburg, PA 17128

Robert W. Pontz, Esquire
Saxton & Stump, LLC 280
Granite Run Drive, Suite 300
Lancaster, PA 17601

William D. Schroeder, Jr., Esquire
920 Lenmar Drive
Blue Bell, PA 19422