**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
| | : |
| Omni Health Services, Inc., | :   Chapter 11 |
| | : |
| Debtor. | :   Bankruptcy No. 25-14727 (AMC) |
| | : |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER GRANTING AN
ALLOWED ADMINISTRATIVE EXPENSE FOR
POST-PETITION LEASE OBLIGATIONS**

AND NOW this __28th__ day of __May__, 2026, upon consideration

of the *Motion for Entry of an Order Granting an Allowed Administrative Expense for Post-Petition

Lease Obligations* (the "Motion")[1] filed by CPI/AHP Havertown MOB Owner L.L.C. (the

"Landlord"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334; and this Court having found that it is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

and this Court having found that venue is proper under 28 U.S.C. §§ 1408 and 1409; and it

appearing to the Court that all of the requirements of sections 365(d)(3), 503(b) of the Bankruptcy

Code as well as the Federal Rules of Bankruptcy Procedure are met and the Local Rules of the

United States Bankruptcy Court for the Eastern District of Pennsylvania have been satisfied; and

it further appearing that the relief sought herein is reasonable and necessary; and that the notices

of the Motion were appropriate; and after due deliberation and sufficient and good cause appearing

therefore;

**IT IS HEREBY ORDERED THAT:**

      1.     The Motion is GRANTED to the extent set forth herein.

---

[1]     Any capitalized term not otherwise defined herein shall have the same meaning as that ascribed to it in the Motion.

57717143.1

2. The Landlord is ALLOWED an administrative expense for the Total Lease Obligations in the amount of $8,777.01.

3. This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

BY THE COURT:

Dated: May 28, 2026

_____
Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

2

57717143.1