United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Omni Health Services, Inc.

    Debtor

Case No. 25-14727-amc

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: May 29, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Omni Health Services, Inc., 160 Bethlehem Pike, Colmar, PA 18915-9790 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 31, 2026        Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY F. GIULIANO | on behalf of Interested Party Global Merchant Cash  Inc. afg@glpcny.com |
| DAVID B. SMITH | on behalf of Debtor Omni Health Services  Inc. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Attorney Smith Kane Holman  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| JEFFREY C. MCCULLOUGH | on behalf of Creditor Wilson Partners LLC jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |

District/off: 0313-2                                        User: admin                                        Page 2 of 2
Date Rcvd: May 29, 2026                            Form ID: pdf900                                   Total Noticed: 1

JOHN W KETTERING
                    on behalf of Creditor UPMC HEALTH BENEFITS  INC. DBA WORK PARTNERS JK@pietragallo.com

NICHOLAS M. ENGEL
                    on behalf of Debtor Omni Health Services  Inc. nengel@skhlaw.com

REBECCA K. MCDOWELL
                    on behalf of Creditor Beacon Bank & Trust  successor by merger to Berkshire Bank rmcdowell@slgcollect.com,
                    pwirth@slgcollect.com;anovoa@slgcollect.com

RICHARD J. PARKS
                    on behalf of Creditor UPMC HEALTH BENEFITS  INC. DBA WORK PARTNERS rjp@pietragallo.com,
                    jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com

RICHARD J. PARKS
                    on behalf of Debtor Omni Health Services  Inc. rjp@pietragallo.com,
                    jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com

ROBERT W. PONTZ
                    on behalf of Creditor DS Colmar  LLC bpontz@saxtonstump.com

TURNER N. FALK
                    on behalf of CPI/AHP Havertown MOB Owner L.L.C. turner.falk@saul.com
                    tnfalk@recap.email;veronica.marchiondo@saul.com

United States Trustee
                    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR
                    on behalf of Creditor Center for the Blind & Visually Impaired Schroeder@jrlaw.org  Healey@jrlaw.org;Ann@jrlaw.org


TOTAL: 14

**UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Omni Health Services, Inc., | : | Chapter 11 |
| | : | |
| Debtor. | : | Bankruptcy No. 25-14727 (AMC) |
| | : | |

**ORDER GRANTING MOTION FOR ENTRY OF AN ORDER GRANTING AN
ALLOWED ADMINISTRATIVE EXPENSE FOR
POST-PETITION LEASE OBLIGATIONS**

AND NOW this 28th_____ day of _May_____, 2026, upon consideration

of the *Motion for Entry of an Order Granting an Allowed Administrative Expense for Post-Petition*

*Lease Obligations* (the "Motion")[1] filed by CPI/AHP Havertown MOB Owner L.L.C. (the

"Landlord"); and this Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and

1334; and this Court having found that it is a core proceeding pursuant to 28 U.S.C. § 157(b)(2);

and this Court having found that venue is proper under 28 U.S.C. §§ 1408 and 1409; and it

appearing to the Court that all of the requirements of sections 365(d)(3), 503(b) of the Bankruptcy

Code as well as the Federal Rules of Bankruptcy Procedure are met and the Local Rules of the

United States Bankruptcy Court for the Eastern District of Pennsylvania have been satisfied; and

it further appearing that the relief sought herein is reasonable and necessary; and that the notices

of the Motion were appropriate; and after due deliberation and sufficient and good cause appearing

therefore;

**IT IS HEREBY ORDERED THAT:**

      1.     The Motion is GRANTED to the extent set forth herein.

---

[1]     Any capitalized term not otherwise defined herein shall have the same meaning as that ascribed to it in the Motion.

57717143.1

2.      The Landlord is ALLOWED an administrative expense for the Total Lease Obligations in the amount of $8,777.01.

3.      This Court retains jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

BY THE COURT:

Dated:  May 28, 2026

_____
Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

2

57717143.1