# EXHIBIT A

Summary of Services Performed by Categories of Service
under Local Bankruptcy Rule 2016-2(e)

## Task 3: Assumption and Rejection of Leases and Contracts

Summary of Services Performed in This Task Category:  Applicant advised the Debtor with respect to commercial leases and assumption/rejection issues, and communicated with commercial landlords regarding lease issues.

Aggregate Hours Billed: 1.80

Amount of Fees Billed: $945.00

## Task 7: Case Administration

Summary of Services Performed in This Task Category:  Applicant addressed a variety of issues involving case administration, including communications with the Debtor and creditor.

Aggregate Hours Billed: 0.40

Amount of Fees Billed: $175.00

## Task 8: Claims Administration and Objections

Summary of Services Performed in This Task Category:  Applicant addressed the claim of the Debtor's principal secured creditor.

Aggregate Hours Billed: 0.1

Amount of Fees Billed: $52.50

## Task 11: Fee/Employment Applications

Summary of Services Performed in This Task Category:  Applicant addressed matters involving its Fifth and Sixth requests under local rule 2016-5.

Aggregate Hours Billed: 0.9

Amount of Fees Billed: $472.50

### Task 13: Financing and Cash Collateral

Summary of Services Performed in This Task Category:  Applicant addressed matters relating to the Debtor's ongoing use of cash collateral.

Aggregate Hours Billed: 3.20

Amount of Fees Billed: $1,680.00

### Task 17: Plan and Disclosure Statement

Summary of Services Performed in This Task Category:  Applicant addressed issues involving an extension of exclusivity.

Aggregate Hours Billed: 1.00

Amount of Fees Billed: $525.00

### Task 20: Reporting

Summary of Services Performed in This Task Category:  Applicant worked on the Debtor's monthly operating report for the month of April.

Aggregate Hours Billed: 0.5

Amount of Fees Billed: $150.00