# EXHIBIT B

Detail of Hours Expended

| | Task 3: Assumption and Rejection of Leases and Contracts | | | | |
| --- | --- | --- | --- | --- | --- |
| Date | Description | Attorney | Hours | Amount | Code |
| 5/11/2026 | follow up with client to confirm proper calculations of admin motion filed by Havertown landlord | DS | 0.2 | $105.00 | 3 |
| 5/12/2026 | Correspondence to counsel to Haverford landlord to address admin claim request | DS | 0.1 | $52.50 | 3 |
| 5/16/2026 | follow up on Havertown landlord admin motin | DS | 0.1 | $52.50 | 3 |
| 5/23/2026 | updated communications with client re: Haverford landlord claim and reviewing their POC | DS | 0.3 | $157.50 | 3 |
| 5/26/2026 | follow up with client re: calculation of amount owing on Haverford lease upon vacating premises and communications with landlord's counsel re: unopposed motion | DS | 0.3 | $157.50 | 3 |
| 5/26/2026 | follow up with landlord on response to motion to assume lease | DS | 0.1 | $52.50 | 3 |
| 5/27/2026 | follow up on addressing arrearage claims in connection with motion to assume | DS | 0.3 | $157.50 | 3 |
| 5/29/2026 | finalizing proposed order to assume leases and communications with counsel re: same | DS | 0.4 | $210.00 | 3 |

| Task 7: Case Administration | | | | |
|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/5/2026 | Email with creditor regarding prepetition claim and plan of reorganization. | NME | 0.2 | $70.00 | 7 |
| 5/13/2026 | general status telephone call with client | DS | 0.2 | $105.00 | 7 |

| Task 8: Claims Administration and Objections | | | | |
|---|---|---|---|---|
| Date | Description | Attorney | Hours | Amount | Code |
| 5/1/2026 | Reviewing communications from client re: status of Berkshire loans and specifically discrepancies between pre and post-petition arrears | DS | 0.1 | $52.50 | 8 |

| Task 11: Fee/Employment Applications | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/7/2026 | drafting and filing Sixth Request for Payment | DS | 0.6 | $315.00 | 11 |
| 5/12/2026 | preparing and filing CNO for fifth payment request | DS | 0.1 | $52.50 | 11 |
| 5/26/2026 | preparing and filing CNO on sixth payment request and follow up with client re: same | DS | 0.2 | $105.00 | 11 |

| Task 13: Financing and Cash Collateral | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/12/2026 | Correspondence to client re: request for updated cash collateral budget | DS | 0.1 | $52.50 | 13 |
| 5/18/2026 | reviewing updated cash collateral budget and explanatory notes on expected changes; correspondence to client re: questions thereto | DS | 1 | $525.00 | 13 |
| 5/19/2026 | reviewing updated cash collateral budget, including telephone call with client and correspondence to lender's counsel re: approval of same | DS | 0.7 | $367.50 | 13 |
| 5/19/2026 | preparing fifth interim cash collateral order and communications with Berkshire's counsel re: same | DS | 0.3 | $157.50 | 13 |
| 5/19/2026 | addressing possible resolution of admin claim motion by Havertown landlord | DS | 0.2 | $105.00 | 13 |
| 5/20/2026 | finalizing and filing proposed order to extend cash collateral, including communications with court re: same | DS | 0.6 | $315.00 | 13 |
| 5/22/2026 | reviewing order approving fifth interim use of cash collateral | DS | 0.1 | $52.50 | 13 |
| 5/27/2026 | preparing and filing COS for service of interim cash collateral order | DS | 0.2 | $105.00 | 13 |

| Task 17: | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/1/2026 | reviewing order granting extension to exclusivity | DS | 0.1 | $52.50 | 17 |
| 5/18/2026 | drafting and filing second motion to extend exclusivity | DS | 0.9 | $472.50 | 17 |

| Task 20: Reporting | | | | | |
|---|---|---|---|---|---|
| Date | Description | Attorney | Hours | Amount | Code |
| 5/29/2026 | Review previous MOR to prepare upcoming MOR. | LZ | 0.5 | $150.00 | 20 |