# EXHIBIT C

Detail of Expenses Incurred

**Disbursements**

| Date | Description | Amount |
|---|---|---:|
| 05/31/2026 | Postage | $2.06 |
| 05/31/2026 | Photocopies | $2.00 |
| | | **$4.06** |