**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| Omni Health Services, Inc. | : |  |
|  | : | Case No.  25-14727 (AMC) |
|  | : |  |
| Debtor. | : |  |
|  | : |  |

## <u>ORDER</u>

AND NOW, upon consideration of the Debtor's Motion Pursuant to Bankruptcy Code

Section 365(a) for Entry of an Order Authorizing the Assumption of Non-Residential Real Estate

Leases (the "Assumption Motion"), and the Court being satisfied that cause exists to grant the

Motion and that the relief sought in the Motion is in best interests of the Debtor, its bankruptcy

estate, creditors, and other parties in interest, and that sufficient cause appearing therefore, it is

hereby ORDERED as follows:

1.     The Assumption Motion is GRANTED.

2.     The Debtor is authorized to assume the following non-residential real property

leases (collectively, the "Assumed Leases"):

   i.     100 Green Lane, Suite #2, Bristol, PA – Commercial Lease dated April 1, 2017, with Bernard Mazzocchi as lessor.

   ii.     100-106 West 15th Street, Chester, PA – Lease Agreement dated June 1, 2021, with Center for the Blind and Visually Impaired a/k/a Delco Blind Sight Center as lessor.

   iii.     182 Bethlehem Pike, Colmar, PA – Commercial Lease Agreement dated October 30, 2024, with LOTUS REAL ESTATE PROPERTIES LLC as landlord.

   iv.     1536 Northampton Street, Easton, PA – Commercial Lease dated March 1, 2021, with JAI BHIM REALTY, LLC as lessor.

   v.     1246 Tilghman Street, Allentown, PA – Lease Agreement dated April 1, 2019, as amended, with JAI BHIM REALTY, LLC as lessor.

vi.     120 South 6th Street, Vineland, NJ – Commercial Lease dated April 1, 2023, with JAI BHIM REALTY, LLC as lessor.

vii.     6932 Market Street, 2nd and 3rd Floors, Upper Darby, PA – Commercial Lease Agreement dated April 1, 2024, with Salvatore Franchi and Christina L. Franchi as lessors.

viii.     200 Apple Street, Suite I, Quakertown, PA – Commercial Lease Agreement dated November 29, 2022, with Wilson Partners as lessor (the "Quakertown Lease").

3.     With respect to the Quakertown Lease, the Debtor agrees to cure the prepetition arrearages thereunder in the amount of $5,221.40 by paying the amount of $1,044.28, along with the regular monthly payment required under the Quakertown Lease, for each of the months of June through October of 2026.

BY THE COURT:

Date:   June 4, 2026

_____
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

2