**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| | : | |
| Debtor | : | |

**NOTICE OF FIRST INTERIM FEE APPLICATION OF**
**SMITH KANE HOLMAN, LLC AS COUNSEL TO THE DEBTORS FOR**
**THE PERIOD NOVEMBER 20, 2025 THROUGH FEBRUARY 28, 2026**

TO:    THE DEBTOR, THE UNITED STATES TRUSTEE, TWENTY LARGEST
UNSECURED CREDITORS AND THOSE ON THE CLERK'S SERVICE LIST

1.     Smith Kane Holman, LLC, counsel to Omni Health Services, Inc. (the "Debtor"), has filed a First Interim Fee Application, a copy of which is on file with the Clerk's Office at the address in paragraph 2 below.  The Application covers the time period from November 20, 2025 through February 28, 2026 and requests allowance and payment of fees in the amount of $47,780.00 and reimbursement of expenses in the amount of $1,166.76.

2.     Any party receiving this Notice may file an answer, objection, or other responsive pleading to the Application with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, 900 Market Street, Suite 400, Philadelphia, PA 19107 on or before fourteen (14) days from the date of this Notice.  A copy of any answer, objection or other responsive pleading filed with respect to the Application must also be served upon Smith Kane Holman, LLC at the address set forth below.

3.     In the absence of any answer, objection, responsive pleading or request for hearing, Smith Kane Holman, LLC will certify same to the Court and request that an Order be entered granting the Application.

SMITH KANE HOLMAN, LLC

Dated: June 5, 2026                    By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
*Counsel for the Debtor*