# EXHIBIT A

Summary of Services Performed by Categories of Service
under Local Bankruptcy Rule 2016-2(e)

# NOVEMBER 2026

## Task 3: Assumption and Rejection of Leases and Contracts

Summary of Services Performed in This Task Category:  Applicant advised the Debtor with respect to commercial landlord lease and rejection claim.

Aggregate Hours Billed: 0.3

Amount of Fees Billed: $148.50

## Task 7: Case Administration

Summary of Services Performed in This Task Category:  Applicant addressed a variety of issues involving case administration, including communications with the Debtor, advising the Debtor with respect to first-day motion issues and compliance with debtor-in-possession requirements, and the general advancement of the case.

Aggregate Hours Billed: 4.6

Amount of Fees Billed: $2,175.00

## Task 14: Litigation

Summary of Services Performed in This Task Category:  Applicant revised and filed seven first-day motions, prepared for and represented the Debtor at a hearing on these first-day motions, drafted a motion seeking a determination that a patient-care ombudsman is unnecessary, and communicated with the Debtor as necessary regarding each of these motions.

Aggregate Hours Billed: 15.9

Amount of Fees Billed: $17,326.50

## Task 15: Meetings and Communications with Creditors

Summary of Services Performed in This Task Category:  Applicant communicated with creditors regarding the filing of the chapter 11 case and the imposition of the automatic stay.

Aggregate Hours Billed: 0.3

Amount of Fees Billed: $148.50

**Task 20: Reporting**

Summary of Services Performed in This Task Category:  Applicant communicated with the US Trustee regarding the filing of a complex chapter 11 case, the seven first-day motions and their proposed orders, the initial debtor interview, the inapplicability of a patient-care ombudsman, and other chapter 11 case administration issues.

Aggregate Hours Billed: 3.0

Amount of Fees Billed: $1,247.00

# DECEMBER 2026

## Task 3: Assumption and Rejection of Leases and Contracts

Summary of Services Performed in This Task Category:  Applicant advised the Debtor with respect to commercial leases and landlord rejection claims, prepared and filed a second motion to reject certain commercial leases, and communicated with commercial landlords regarding lease rejection issues.

Aggregate Hours Billed: 6.20

Amount of Fees Billed: $2,559.00

## Task 7: Case Administration

Summary of Services Performed in This Task Category:  Applicant addressed a variety of issues involving case administration, including communications with the Debtor, advising the Debtor with respect to creditor payment issues and compliance with debtor-in-possession requirements, addressing patient-care ombudsman issues, and the general advancement of the case.

Aggregate Hours Billed: 4.10

Amount of Fees Billed: $1,944.50

## Task 8: Claims Administration and Objections (specific claim inquiries; bar date motions; analyses, objections and allowances of claims.)

Summary of Services Performed in This Task Category:  Applicant reviewed various proofs of claim filed by creditors, prepared and filed a bar date motion, and ensured that the bar date order would be served as directed by the court and at the appropriate creditor addresses.

Aggregate Hours Billed: 3.20

Amount of Fees Billed: $1,040.00

**Task 10: Employee Benefits and Pensions**

Summary of Services Performed in This Task Category:  Applicant advised Debtor with respect to employee insurance and compensation, analyzed Debtor's financials with respect to officer compensation, and prepared and filed a notice of officer compensation as required by local rule.

Aggregate Hours Billed: 5.40

Amount of Fees Billed: $1,857.00

**Task 11: Fee/Employment Applications**

Summary of Services Performed in This Task Category:  Applicant reviewed status of application to employ Debtor's bankruptcy counsel and certified no objection thereto, and prepared and filed the Applicant's first request for payment on account under local rule 2016-5.

Aggregate Hours Billed: 2.70

Amount of Fees Billed: $996.50

**Task 13: Financing and Cash Collateral**

Summary of Services Performed in This Task Category:  Applicant advised Debtor with respect to cash collateral issues and budgets, drafted various document for and prosecuted the cash collateral motion, and communicated with the creditors regarding cash collateral and related issues.

Aggregate Hours Billed: 5.60

Amount of Fees Billed: $2,704.00

**Task 15: Meetings and Communications with Creditors**

Summary of Services Performed in This Task Category:  Applicant communicated with creditors regarding the filing of the chapter 11 case, the imposition of the automatic stay, and the procedure for filing proofs of claim; Applicant also addressed a post-petition attachment and freezing of credit card processor, and prepared for and represented the Debtor at the initial 341 meeting of creditors.

Aggregate Hours Billed: 4.60

Amount of Fees Billed: $2,209.00

**Task 20: Reporting**

Summary of Services Performed in This Task Category:  Applicant reviewed Debtor financials and worked extensively on completion of the Debtor's schedules and statement of financial affairs, prepared for and represented Debtor at the initial debtor interview, addressed production requests from the U.S. Trustee in connection with the initial debtor interview, and communicated with the U.S. Trustee regarding the various motions, their proposed orders, and other chapter 11 case administration issues.

Aggregate Hours Billed: 12.7

Amount of Fees Billed: $6,099.50

# JANUARY 2026

## Task 3: Assumption and Rejection of Leases and Contracts

Summary of Services Performed in This Task Category:  Applicant advised the Debtor with respect to commercial leases and landlord rejection claims, and communicated with commercial landlords regarding lease rejection issues.

Aggregate Hours Billed: 4.60

Amount of Fees Billed: $2,135.00

## Task 7: Case Administration

Summary of Services Performed in This Task Category:  Applicant addressed a variety of issues involving case administration, including communications with the Debtor, advising the Debtor with respect to creditor payment issues and compliance with debtor-in-possession requirements, addressing patient-care ombudsman issues, and the general advancement of the case.

Aggregate Hours Billed: 1.50

Amount of Fees Billed: $735.00

## Task 8: Claims Administration and Objections

Summary of Services Performed in This Task Category:  Applicant reviewed various proofs of claim filed by creditors, prepared and filed a revised bar date order, and ensured that the bar date order would be served as directed by the court and at the appropriate creditor addresses.

Aggregate Hours Billed: 1.90

Amount of Fees Billed: $770.00

## Task 11: Fee/Employment Applications

Summary of Services Performed in This Task Category:  Applicant prepared and filed the Applicant's second request for payment on account under local rule 2016-5.

Aggregate Hours Billed: 3.40

Amount of Fees Billed: $1,307.50

## Task 13: Financing and Cash Collateral

Summary of Services Performed in This Task Category:  Applicant advised Debtor with respect to cash collateral issues and budgets, drafted various document for and prosecuted the cash collateral motion, and communicated with the U.S. Trustee and creditors regarding cash collateral and related issues.

Aggregate Hours Billed: 4.40

Amount of Fees Billed: $2,257.50

## Task 15: Meetings and Communications with Creditors

Summary of Services Performed in This Task Category:  Applicant prepared for and represented the Debtor at the initial 341 meeting of creditors.

Aggregate Hours Billed: 1.90

Amount of Fees Billed: $980.00

## Task 20: Reporting

Summary of Services Performed in This Task Category:  Applicant reviewed Debtor financials and worked extensively on the Debtor's monthly operating report for the months of November and December, which included review of Debtor financials, drafting of supporting documentation, lengthy emails and calls with client regarding same, and ensuring that the monthly reports comply with U.S. Trustee reporting guidelines.

Aggregate Hours Billed: 16.00

Amount of Fees Billed: $5,687.50

# FEBRUARY 2026

## Task 3: Assumption and Rejection of Leases and Contracts

Summary of Services Performed in This Task Category:  Applicant advised the Debtor with respect to commercial leases and assumption/rejection issues, and communicated with commercial landlords regarding lease issues.

Aggregate Hours Billed: 1.30

Amount of Fees Billed: $525.00

## Task 7: Case Administration

Summary of Services Performed in This Task Category:  Applicant addressed a variety of issues involving case administration, including communications with the Debtor, advising the Debtor, and the general advancement of the case.

Aggregate Hours Billed: 0.70

Amount of Fees Billed: $315.00

## Task 11: Fee/Employment Applications

Summary of Services Performed in This Task Category:  Applicant prepared and filed the Applicant's third request for payment on account under local rule 2016-5.

Aggregate Hours Billed: 2.10

Amount of Fees Billed: $805.00

## Task 15: Meetings and Communications with Creditors

Summary of Services Performed in This Task Category:  Applicant reviewed claims filed against the Debtor, and communicated with the Debtor and creditor regarding such claims.

Aggregate Hours Billed: 0.70

Amount of Fees Billed: $297.50

## Task 20: Reporting

Summary of Services Performed in This Task Category:  Applicant worked on the Debtor's monthly operating report for the months of December and January, which included review of Debtor financials, drafting of supporting documentation, lengthy emails and calls with client regarding same, and ensuring that the monthly reports comply with U.S. Trustee reporting guidelines.

Aggregate Hours Billed: 4.30

Amount of Fees Billed: $1,505.00