# EXHIBIT B

Detail of Monthly Hours Expended

NOVEMBER 2026

<table>
<tr><td colspan="6" align="center"><strong>Task 3: Assumption and Rejection of Leases and Contracts</strong></td></tr>
<tr><th>Date</th><th>Description</th><th>Attorney</th><th>Hours</th><th>Amount</th><th>Code</th></tr>
<tr><td>11/21/2025</td><td>reviewing updated list of landlords and corresponding contact information</td><td>DS</td><td>0.1</td><td>$49.50</td><td>3</td></tr>
<tr><td>11/26/2025</td><td>follow up with client on McCarthy lease and rejection claim, including review of prepetition default and notice to default</td><td>DS</td><td>0.2</td><td>$99.00</td><td>3</td></tr>
</table>

**Task 7: Case Administration**

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 11/20/2025 | correspondence to client re: updated list of APs | DS | 0.1 | $49.50 | 7 |
| 11/20/2025 | Telephone conversation with court to schedule first day hearing | DS | 0.2 | $99.00 | 7 |
| 11/20/2025 | Telephone call with client re: confirmation of filing and discussing next steps | DS | 0.2 | $99.00 | 7 |
| 11/20/2025 | Revise and file certificate of service of notice to creditors with an interest in cash collateral. | NME | 0.2 | $65.00 | 7 |
| 11/21/2025 | reviewing correspondence and information from client on opening of DIP accounts | DS | 0.2 | $99.00 | 7 |
| 11/21/2025 | communications with client re: timing of funding of payroll | DS | 0.1 | $49.50 | 7 |
| 11/21/2025 | communications with client re: notification to creditors | DS | 0.2 | $99.00 | 7 |
| 11/21/2025 | reviewing scheduling order; preparing master service list and overseeing proper service to creditors of all motions | DS | 1.5 | $742.50 | 7 |
| 11/21/2025 | communications with client re: funding payroll post-petition | DS | 0.1 | $49.50 | 7 |
| 11/21/2025 | reviewing responses from client re: missing information to complete schedules | DS | 0.1 | $49.50 | 7 |
| 11/21/2025 | Communication with client re: status of Truist debt | DS | 0.1 | $49.50 | 7 |
| 11/21/2025 | Communication with court re: scheduling first day motions | DS | 0.1 | $49.50 | 7 |
| 11/21/2025 | Review court orders directing service of various first-day motions; effectuate service of application to employ; prepare and file COS. | NME | 0.4 | $130.00 | 7 |
| 11/24/2025 | Telephone call with client re: status of filings and anticipated effect of first day orders, once entered | DS | 0.2 | $99.00 | 7 |
| 11/24/2025 | Communications with client re: question on completing schedules | DS | 0.1 | $49.50 | 7 |
| 11/25/2025 | reviewing meeting of creditor notice and correspondence to client re: same | DS | 0.1 | $49.50 | 7 |

| | | | | | |
|---|---|---|---|---|---|
| 11/25/2025 | reviewing six orders entered by court and lengthy correspondence to client detailing same | DS | 0.5 | $247.50 | 7 |
| 11/25/2025 | reviewing undeliverable notices and coordinating updating same | DS | 0.1 | $49.50 | 7 |
| 11/26/2025 | Telephone call with client re: clarification of paying prepetition wages | DS | 0.1 | $49.50 | 7 |

| Task 14: Litigation | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 11/20/2025 | reviewing, revising, and filing application to employ counsel, seven first-day motions and motion for expedited hearing | DS | 5.2 | $2,574.00 | 14 |
| 11/20/2025 | Assist preparation of first-day motions following filing of petition; review applicable rules regarding available relief and notice. | NME | 1.8 | $585.00 | 14 |
| 11/24/2025 | preparing revised orders for five motions as per UST comments and filing same with court | DS | 1.4 | $693.00 | 14 |
| 11/24/2025 | preparing for first day hearings | DS | 1.3 | $643.50 | 14 |
| 11/25/2025 | final preparation for hearing on first-day motions | DS | 0.4 | $198.00 | 14 |
| 11/25/2025 | attending hearing on first-day motions | DS | 0.5 | $247.50 | 14 |
| 11/25/2025 | Telephone conversation with Natalie Skochinsky to prepare for hearing on first day motions | DS | 0.2 | $99.00 | 14 |
| 11/25/2025 | Attend hearings on first day motions; review final and interim orders entered; effect service as directed by the court. | NME | 1.4 | $455.00 | 14 |
| 11/26/2025 | drafting motion package to seek determination that Ombudsman is unnecessary, including review of applicable statute, rules and case law on topic | DS | 3.5 | $1,732.50 | 14 |
| 11/28/2025 | correspondence to client re: patient care ombudsman motion and confirming additional facts germane to PCO issue | DS | 0.2 | $99.00 | 14 |

| Task 15: Meetings and Communications with Creditors | | | | | |
|---|---|---|---|---|---|
| Date | Description | Attorney | Hours | Amount | Code |
| 11/20/2025 | correspondence to Bethlehem landlord re: filing and imposition of stay | DS | 0.1 | $49.50 | 15 |
| 11/21/2025 | reviewing notice to third party creditor resolution service about bankruptcy filing and stay of any further payments to third parties | DS | 0.1 | $49.50 | 15 |
| 11/26/2025 | Correspondence to creditor, Jackson Coker re: imposition of stay and prohibition on collection efforts | DS | 0.1 | $49.50 | 15 |

| | Task 20: Reporting | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 11/21/2025 | Telephone conversation with John Schanne re: first day motions and patient care ombudsman | DS | 0.3 | $148.50 | 20 |
| 11/21/2025 | Multiple emails with UST regarding complex chapter 11 filing and first-day motions; provide documents as requested. | NME | 0.8 | $260.00 | 20 |
| 11/23/2025 | communications with UST and client re: 341 meeting | DS | 0.2 | $99.00 | 20 |
| 11/23/2025 | reviewing comments from UST re: first-day motions | DS | 0.2 | $99.00 | 20 |
| 11/24/2025 | Telephone conversation with John Schanne re: questions on first-day filings | DS | 0.2 | $99.00 | 20 |
| 11/24/2025 | Emails and call with UST and clients regarding various chapter 11 case administration issues. | NME | 0.6 | $195.00 | 20 |
| 11/26/2025 | reviewing correspondence from UST re: initial debtor interview and detailed correspondence to client re: same, including instructions on compiling documents and preparing for interview | DS | 0.3 | $148.50 | 20 |
| 11/26/2025 | Reviewing communications from US Trustee re: request for information to appoint a patient care ombudsman and correspondence to client re: same | DS | 0.4 | $198.00 | 20 |

# DECEMBER 2026

| | Task 3: Assumption and Rejection of Leases and Contracts | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 12/2/2025 | Reviewing correspondence from client re: termination of prepetition billboard contract | DS | 0.10 | $49.50 | 3 |
| 12/3/2025 | Call with counsel for commercial landlord regarding chapter 11 case. | NME | 0.20 | $65.00 | 3 |
| 12/4/2025 | Telephone conversation with counsel to Scranton landlord re: lease rejection terms | DS | 0.20 | $99.00 | 3 |
| 12/4/2025 | Telephone conversation with counsel to Havertown landlord re: status of case and intentions re: lease | DS | 0.20 | $99.00 | 3 |
| 12/5/2025 | reviewing correspondence from counsel representing Chester landlord and communications with client re: status of payment, including review of status of law on payment of stub rent | DS | 0.60 | $297.00 | 3 |
| 12/11/2025 | Telephone conversation with client re: status of Havertown lease and intentions going forward | DS | 0.10 | $49.50 | 3 |
| 12/11/2025 | reviewing updated list of leases to be rejected, along with associated rejection issues | DS | 0.30 | $148.50 | 3 |
| 12/12/2025 | reviewing and revising second motion to reject lease | DS | 0.20 | $99.00 | 3 |
| 12/12/2025 | Draft second motion to reject leases and other filing documents. | NME | 2.50 | $812.50 | 3 |
| 12/17/2025 | finalizing and filing updated order to reject leases | DS | 0.20 | $99.00 | 3 |
| 12/18/2025 | communications with Phillipsburg landlord re: vacating location | DS | 0.10 | $49.50 | 3 |
| 12/19/2025 | Emails with client regarding motions to reject leases and cash collateral issues. | NME | 0.30 | $97.50 | 3 |
| 12/20/2025 | follow up with client on timing of vacating rejected lease space | DS | 0.10 | $49.50 | 3 |
| 12/20/2025 | Communications with client re: status of Kingston lease and addressing questions on obligation to notify of right to terminate lease | DS | 0.10 | $49.50 | 3 |
| 12/22/2025 | Communication with counsel to Haverford lease on intentions re: assumption/rejection | DS | 0.10 | $49.50 | 3 |
| 12/23/2025 | reviewing certain leases for printers at multiple locations to address with client the topic of assumption/rejection of that lease | DS | 0.30 | $148.50 | 3 |
| 12/30/2025 | Telephone call with client re: intentions with respect to leased locations | DS | 0.20 | $99.00 | 3 |
| 12/31/2025 | reviewing status of pending motions and drafting and filing CNO for second motion to reject leases | DS | 0.40 | $198.00 | 3 |

| Task 7: Case Administration | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 12/2/2025 | communications with client to address payment of court approved prepetition claims | DS | 0.10 | $49.50 | 7 |
| 12/2/2025 | Telephone call with client re: update on status of case and upcoming matters | DS | 0.20 | $99.00 | 7 |
| 12/2/2025 | Communications with client re: payment of post-petition rent through direct transfers rather than by check | DS | 0.10 | $49.50 | 7 |
| 12/2/2025 | Communications with client re: payments authorized under first day orders for retirement plan services and IT expenses; reviewing applicable exhibits to motions to confirm creditors | DS | 0.20 | $99.00 | 7 |
| 12/3/2025 | communications with client re: status of Quakertown location | DS | 0.10 | $49.50 | 7 |
| 12/8/2025 | reviewing correspondence from client re: ongoing use of storage facility | DS | 0.10 | $49.50 | 7 |
| 12/8/2025 | communications with client re: status of December rent payments | DS | 0.10 | $49.50 | 7 |
| 12/8/2025 | Communication with counsel to Chester landlord re: status of December rent payment | DS | 0.10 | $49.50 | 7 |
| 12/10/2025 | reviewing schedule of lease arrears under Havertown lease and communications with counsel re: proposal to address a cure thereof | DS | 0.20 | $99.00 | 7 |
| 12/11/2025 | Telephone conversation with client re: authority to pay prepetition debt | DS | 0.10 | $49.50 | 7 |
| 12/16/2025 | communications with client re: status of prepetition bank accounts | DS | 0.10 | $49.50 | 7 |
| 12/17/2025 | correspondence to client re: PCO requests by UST | DS | 0.10 | $49.50 | 7 |
| 12/24/2025 | drafting lengthy and extensive declaration in support of PCO motion | DS | 1.90 | $940.50 | 7 |
| 12/28/2025 | communications with client re: notice of freeze on credit card processor by creditor, IOU | DS | 0.10 | $49.50 | 7 |
| 12/29/2025 | Emails with client regarding various case administrative issues. | NME | 0.20 | $65.00 | 7 |
| 12/30/2025 | reviewing status of release of prepetition attachment of credit card funds | DS | 0.10 | $49.50 | 7 |
| 12/30/2025 | Strategize regarding case progression; plan out necessary motions and deadlines. | NME | 0.30 | $97.50 | 7 |

| Task 8: Claims Administration and Objections | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 12/10/2025 | Review proofs of claim and other creditor filings. | NME | 0.20 | $65.00 | 8 |
| 12/10/2025 | Drafting bar date motion and related documents, preparing for service. | NME | 1.20 | $390.00 | 8 |
| 12/19/2025 | Finalize and file bar date motion; prepare for service of bar date order. | NME | 0.90 | $292.50 | 8 |
| 12/22/2025 | Prepare to effect service of bar date order as directed by court; ensure all interested parties/counsel and updated addresses are included. | NME | 0.90 | $292.50 | 8 |

| Task 10: Employee Benefits and Pensions | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 12/3/2025 | Drafting of notice of officer compensation; email with client regarding same. | NME | 0.60 | $195.00 | 10 |
| 12/4/2025 | Communications with client re: preventing worker's comp insurance from cancelling and ability to make discretionary payments | DS | 0.20 | $99.00 | 10 |
| 12/4/2025 | Email client regarding notice of officer compensation. | NME | 0.30 | $97.50 | 10 |
| 12/5/2025 | Telephone conversation with Michael Thevar to discuss extent of compensation rights for purposes of completing notice of officer comp | DS | 0.20 | $99.00 | 10 |
| 12/5/2025 | Email with client regarding notice of officer compensation. | NME | 0.40 | $130.00 | 10 |
| 12/9/2025 | Email with client regarding notice of officer compensation and related issues. | NME | 0.60 | $195.00 | 10 |
| 12/10/2025 | Call with client regarding notice of officer compensation. | NME | 0.40 | $130.00 | 10 |
| 12/11/2025 | reviewing and revising officer comp notice | DS | 0.20 | $99.00 | 10 |
| 12/11/2025 | Review and analysis of Debtor financials; incorporate into notice of officer comp; emails and calls with client regarding same and related issues; finalize and file notice, effect service. | NME | 2.50 | $812.50 | 10 |

### Task 11: Fee/Employment Applications

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 12/1/2025 | reviewing local rules on interim fee applications | DS | 0.30 | $148.50 | 11 |
| 12/1/2025 | Prepare and file CNO to application to employ. | NME | 0.10 | $32.50 | 11 |
| 12/9/2025 | reviewing November time entries for purposes of filing first interim fee application | DS | 0.20 | $99.00 | 11 |
| 12/9/2025 | Work on first request for payment on account. | NME | 0.40 | $130.00 | 11 |
| 12/10/2025 | Drafting of first request for payment on account. | NME | 0.40 | $130.00 | 11 |
| 12/11/2025 | reviewing first interim fee request | DS | 0.20 | $99.00 | 11 |
| 12/11/2025 | Further drafting and revision of first request for payment on account, as well as related documents. | NME | 1.00 | $325.00 | 11 |
| 12/29/2025 | Prepare and file CNO to first payment request. | NME | 0.10 | $32.50 | 11 |

| Task 13: Financing and Cash Collateral | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 12/4/2025 | Communications with client re: status of Berkshire loan payments and adequate protection obligations | DS | 0.20 | $99.00 | 13 |
| 12/10/2025 | Correspondence to client re: need for additional cash collateral budget | DS | 0.10 | $49.50 | 13 |
| 12/15/2025 | reviewing status of service and lack of response to four first-day motions, and drafting and filing CNOs for each | DS | 0.60 | $297.00 | 13 |
| 12/15/2025 | status correspondence to client re: cash collateral budget and items for schedules | DS | 0.10 | $49.50 | 13 |
| 12/16/2025 | reviewing and revising updated cash collateral budget, drafting second interim order and communications with client, Berkshire's counsel and UST re: same | DS | 1.50 | $742.50 | 13 |
| 12/16/2025 | drafting final orders for three interim orders | DS | 0.60 | $297.00 | 13 |
| 12/17/2025 | preparing for hearings, including finalizing orders and communications with interested counsel re: same | DS | 1.10 | $544.50 | 13 |
| 12/17/2025 | attending hearings on six motions | DS | 0.80 | $396.00 | 13 |
| 12/17/2025 | Attend final hearing on first-day motions; emails with client regarding same. | NME | 0.40 | $130.00 | 13 |
| 12/20/2025 | Communications with client re: status and payment of Berkshire loans | DS | 0.20 | $99.00 | 13 |

| Task 15: Meetings and Communications with Creditors | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 12/1/2025 | Telephone conversation with Susan Gadaleta (creditor) re: questions about cause of filing and likely return to creditors | DS | 0.10 | $49.50 | 15 |
| 12/2/2025 | Telephone conversation with Graybar Financial re: Debtor's intentions on financing arrangement and addressing issues involving proper scope of collateral | DS | 0.30 | $148.50 | 15 |
| 12/10/2025 | Communication with creditor, Matt Gallo, re: procedure for filing claim | DS | 0.10 | $49.50 | 15 |
| 12/11/2025 | Email with creditor counsel regarding case. | NME | 0.10 | $32.50 | 15 |
| 12/15/2025 | Communication with counsel to Hazleton landlord re: status of lease and participation in 341 meeting | DS | 0.20 | $99.00 | 15 |
| 12/15/2025 | Review creditor filings and proofs of claim. | NME | 0.10 | $32.50 | 15 |
| 12/18/2025 | communications with UST and client re: status of meeting of creditors | DS | 0.30 | $148.50 | 15 |
| 12/19/2025 | preparing client for 341 meeting, including review of financial disclosures | DS | 0.80 | $396.00 | 15 |
| 12/19/2025 | attending initial 341 meeting | DS | 0.20 | $99.00 | 15 |
| 12/19/2025 | Communication with Berkshire's counsel and client re: status of payment of loans and strategies going forward | DS | 0.30 | $148.50 | 15 |
| 12/22/2025 | communications with Berkshire's counsel and client re: status of payments | DS | 0.20 | $99.00 | 15 |
| 12/23/2025 | Reviewing communications from Berkshire's counsel re: late fees on direct loans and communications with client re: same | DS | 0.20 | $99.00 | 15 |
| 12/28/2025 | Reviewing communications from Berkshire's counsel re: confirmation of payments | DS | 0.10 | $49.50 | 15 |
| 12/29/2025 | extensive follow up with client and IOU Financial re: attachment and freezing of credit card processor | DS | 1.10 | $544.50 | 15 |
| 12/30/2025 | communications with Berkshire's counsel and client re: status of post-petition payments and expectations going forward | DS | 0.30 | $148.50 | 15 |
| 12/30/2025 | Email with secured creditor regarding cash collateral issues. | NME | 0.20 | $65.00 | 15 |

| Task 20: Reporting | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 12/2/2025 | reviewing status of filing of missing documents by reviewing latest draft thereof | DS | 0.4 | $198.00 | 20 |
| 12/2/2025 | lengthy correspondence to client re: list of supplemental requests to complete filing | DS | 0.4 | $198.00 | 20 |
| 12/3/2025 | communications with client re: filing deadline for schedules | DS | 0.1 | $49.50 | 20 |
| 12/3/2025 | Prepare and file motion to extend deadline to file schedules; effect service of same. | NME | 0.5 | $162.50 | 20 |
| 12/5/2025 | Review court order extending deadlines for schedules/SOFA filings. | NME | 0.1 | $32.50 | 20 |
| 12/10/2025 | follow up with client on IDI materials requested by UST | DS | 0.2 | $99.00 | 20 |
| 12/10/2025 | Telephone call with client re: IDI materials and addressing questions re: financial reporting, including how the reporting translates to disclosures in the bankruptcy schedules | DS | 0.4 | $198.00 | 20 |
| 12/10/2025 | follow up with client re: proof of insurance for the IDI | DS | 0.1 | $49.50 | 20 |
| 12/10/2025 | reviewing documents produced in connection with IDI | DS | 0.1 | $49.50 | 20 |
| 12/10/2025 | preliminary review of documents sent by client to be produced to UST in connection with IDI | DS | 0.4 | $198.00 | 20 |
| 12/11/2025 | Telephone conversation with client to prepare for IDI | DS | 0.2 | $99.00 | 20 |
| 12/11/2025 | attending IDI | DS | 0.8 | $396.00 | 20 |
| 12/11/2025 | Email with US Trustee's office regarding MORs. | NME | 0.2 | $65.00 | 20 |
| 12/12/2025 | reviewing follow up from UST on IDI materials | DS | 0.1 | $49.50 | 20 |
| 12/15/2025 | communications with UST re: proposed orders on motions and status of PCO relief | DS | 0.1 | $49.50 | 20 |
| 12/15/2025 | reviewing status of missing documents to complete schedules and statement of financial affairs | DS | 0.5 | $247.50 | 20 |
| 12/16/2025 | drafting updated bridge order for patient care ombudsman motion and communications with UST re: same | DS | 0.7 | $346.50 | 20 |
| 12/16/2025 | communications with UST re: hearing on final orders | DS | 0.2 | $99.00 | 20 |
| 12/17/2025 | reviewing information and documents provided by client to complete schedules and SOFA | DS | 0.4 | $198.00 | 20 |
| 12/18/2025 | Communications with client re: status of remaining information needed to complete schedules | DS | 0.1 | $49.50 | 20 |
| 12/18/2025 | organizing and reviewing additional information needed to complete schedules and SOFA | DS | 0.5 | $247.50 | 20 |
| 12/18/2025 | review of extensive final backup documentation provided by client to complete schedules and SOFA, including multiple calls and virtual meetings to review and approve same | DS | 3.8 | $1,881.00 | 20 |
| 12/18/2025 | Emails with client and UST regarding schedules and 341 meeting. | NME | 0.3 | $97.50 | 20 |
| 12/18/2025 | reviewing information for schedules | DS | 0.2 | $99.00 | 20 |
| 12/19/2025 | correspondence to client re: completed filing of schedules and prep for meeting of creditors | DS | 0.2 | $99.00 | 20 |
| 12/19/2025 | reviewing confirmation that no creditors committee was formed | DS | 0.1 | $49.50 | 20 |

| 12/19/2025 | drafting follow up requests to client for supporting data for 1-year insider payments | DS | 0.3 | $148.50 | 20 |
|---|---|---|---|---|---|
| 12/22/2025 | reviewing and revising extensive response to UST's questions on need for Patient Care Ombudsman | DS | 0.8 | $396.00 | 20 |
| 12/23/2025 | Telephone conversation with John Schanne re: adequacy of PCO submission | DS | 0.2 | $99.00 | 20 |
| 12/28/2025 | reviewing co-debtor disclosures in schedules, including applicability of any guarantor collateral therefor | DS | 0.3 | $148.50 | 20 |

# JANUARY 2026

| | Task 3: Assumption and Rejection of Leases and Contracts | | | | |
|---|---|---|---|---|---|
| Date | Description | Attorney | Hours | Amount | Code |
| 1/5/2026 | Communications with client re: treatment of service providers at locations where Debtor has vacated | DS | 0.20 | $105.00 | 3 |
| 1/5/2026 | Evaluate executory contract rejection issues in connection with cessation of tech services at rejected leaseholds. | NME | 0.30 | $105.00 | 3 |
| 1/5/2026 | Correspondence to court re: CNO to motion to reject lease | DS | 0.10 | $52.50 | 3 |
| 1/7/2026 | reviewing status of vacating locations | DS | 0.10 | $52.50 | 3 |
| 1/8/2026 | Review court order granting second rejection motion. | NME | 0.10 | $35.00 | 3 |
| 1/8/2026 | Communication with counsel to McCarthy (landlord) re: status of case | DS | 0.10 | $52.50 | 3 |
| 1/12/2026 | Emails with client regarding surrender of commercial premises pursuant to court order authorizing lease rejection. | NME | 0.70 | $245.00 | 3 |
| 1/13/2026 | communications with client re: landlord claims | DS | 0.10 | $52.50 | 3 |
| 1/13/2026 | Communications with counsel to Chester landlord and client re: renewal or new lease options at site | DS | 0.40 | $210.00 | 3 |
| 1/13/2026 | Emails with client regarding lease rejection and other case administration issues. | NME | 0.20 | $70.00 | 3 |
| 1/15/2026 | Communications with client re: issues involving treatment of termination fee for prepetition utility contract | DS | 0.10 | $52.50 | 3 |
| 1/15/2026 | Emails with client regarding lease rejection issues. | NME | 0.10 | $35.00 | 3 |
| 1/21/2026 | Communication with counsel to Havertown landlord re: status of rent and intentions with respect to lease | DS | 0.20 | $105.00 | 3 |
| 1/21/2026 | Telephone conversation with client re: status of rent and intentions with respect to Haverford location and communications with landlord re: same | DS | 0.40 | $210.00 | 3 |
| 1/21/2026 | Emails with client and counsel for commercial landlord regarding lease rejection issues and other case issues. | NME | 0.20 | $70.00 | 3 |
| 1/22/2026 | drafting consent order to correct reference to rejected Colmar lease and communications with landlord's counsel re: same | DS | 0.90 | $472.50 | 3 |
| 1/25/2026 | correspondence to Frank DeVito responding to request for order on second motion to reject leases | DS | 0.10 | $52.50 | 3 |
| 1/28/2026 | Telephone conversation with client re: strategies for commercial lease assumption/rejection | DS | 0.30 | $157.50 | 3 |

| Task 7: Case Administration | | | | | |
|---|---|---|---|---|---|
| Date | Description | Attorney | Hours | Amount | Code |
| 1/5/2026 | follow up with client re: Declaration in support of PCO motion | DS | 0.10 | $52.50 | 7 |
| 1/8/2026 | communications with client on status of PCO declaration | DS | 0.10 | $52.50 | 7 |
| 1/8/2026 | Prepare and file notice of Debtor's counsel rate change for 2026. | NME | 0.10 | $35.00 | 7 |
| 1/14/2026 | Communications with client re: transitioning electronic payors to post-petition DIP account | DS | 0.20 | $105.00 | 7 |
| 1/15/2026 | finalizing Thevar Declaration in support of PCO motion and communications with UST re: same | DS | 0.30 | $157.50 | 7 |
| 1/23/2026 | reviewing status of insurance coverage and pending premium payments | DS | 0.20 | $105.00 | 7 |
| 1/23/2026 | Emails with client regarding insurance coverage issues. | NME | 0.20 | $70.00 | 7 |
| 1/28/2026 | preparing for hearing on Patient Care Ombudsman | DS | 0.30 | $157.50 | 7 |

| Task 8: Claims Administration and Objections | | | | | |
|---|---|---|---|---|---|
| Date | Description | Attorney | Hours | Amount | Code |
| 1/5/2026 | Emails with court regarding bar date motion and proposed order; revise and file proposed order as directed; review order entered and effect service as directed; draft COS. | NME | 1.20 | $420.00 | 8 |
| 1/7/2026 | Ensure correct service of bar date order as instructed by court; file COS. | NME | 0.10 | $35.00 | 8 |
| 1/7/2026 | reviewing IRS proof of claim and follow up with client re: alleged missing payroll tax returns and payments as set forth in POC | DS | 0.40 | $210.00 | 8 |
| 1/31/2026 | reviewing status of proofs of claim filed to date | DS | 0.20 | $105.00 | 8 |

## Task 11: Fee/Employment Applications

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 1/2/2026 | Begin work on December monthly payment request. | NME | 0.20 | $65.00 | 11 |
| 1/6/2026 | Work on December monthly payment request. | NME | 0.30 | $105.00 | 11 |
| 1/6/2026 | reviewing and finalizing time entries for second interim fee request | DS | 0.40 | $210.00 | 11 |
| 1/7/2026 | Work on December request for payment on account. | NME | 0.60 | $210.00 | 11 |
| 1/8/2026 | Drafting December request for payment on account and related documents. | NME | 0.90 | $315.00 | 11 |
| 1/12/2026 | Review and revise December request for payment on account and related documents. | NME | 0.50 | $175.00 | 11 |
| 1/14/2026 | finalizing second monthly fee app | DS | 0.30 | $157.50 | 11 |
| 1/29/2026 | Prepare and file CNO to December payment request. | NME | 0.20 | $70.00 | 11 |

| Task 13: Financing and Cash Collateral | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 1/16/2026 | Communications with client re: request for budget to third interim cash collateral order | DS | 0.10 | $52.50 | 13 |
| 1/19/2026 | Reviewing communications from client issues relating to Berkshire's application of payments | DS | 0.10 | $52.50 | 13 |
| 1/22/2026 | follow up with client re: cash collateral budget | DS | 0.10 | $52.50 | 13 |
| 1/26/2026 | Communication with John Schanne re: status of continued cash collateral use | DS | 0.10 | $52.50 | 13 |
| 1/26/2026 | reviewing updated cash collateral budget and Telephone conversation with Natalie Skochinsky re: cash collateral budget and comments thereto | DS | 0.70 | $367.50 | 13 |
| 1/26/2026 | drafting third interim cash collateral order and correspondence to Berkshire's counsel re: same | DS | 0.40 | $210.00 | 13 |
| 1/26/2026 | Communication with OUST re: status of cash collateral | DS | 0.10 | $52.50 | 13 |
| 1/26/2026 | Emails with client regarding cash collateral budget and issues. | NME | 0.10 | $35.00 | 13 |
| 1/27/2026 | communications with Becky McDowell re: cash collateral order and status of post-[petition payments | DS | 0.20 | $105.00 | 13 |
| 1/27/2026 | follow up with client and Berkshire's counsel to reconcile payments made post-petition | DS | 0.30 | $157.50 | 13 |
| 1/27/2026 | lengthy correspondence to client re: financial post-petition analysis to use for purposes of proposing a plan | DS | 0.40 | $210.00 | 13 |
| 1/27/2026 | finalizing and filing third cash collateral order and budget | DS | 0.30 | $157.50 | 13 |
| 1/28/2026 | Reviewing communications from client on payments made to Berkshire as adequate protection and correspondence to Berkshire's counsel re: same | DS | 0.20 | $105.00 | 13 |
| 1/28/2026 | attending hearings on cash collateral use and patient care ombudsman | DS | 0.90 | $472.50 | 13 |
| 1/29/2026 | Review court orders entered on cash collateral, patient care ombudsman, and lease rejection motions. | NME | 0.20 | $70.00 | 13 |
| 1/30/2026 | Reviewing third cash collateral and effectuating service on same, including drafting and filing certificate of service | DS | 0.20 | $105.00 | 13 |

| | Task 15: Meetings and Communications with Creditors | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 1/7/2026 | Communication with Michael Thevar to prepare for continued meeting of creditors | DS | 0.10 | $52.50 | 15 |
| 1/8/2026 | preparing client for meeting of creditors | DS | 0.80 | $420.00 | 15 |
| 1/8/2026 | follow up with client on meeting of creditors | DS | 0.10 | $52.50 | 15 |
| 1/8/2026 | attending and participating in meeting of creditors | DS | 0.60 | $315.00 | 15 |
| 1/8/2026 | Telephone conversation with client to discuss follow up from meeting of creditors | DS | 0.10 | $52.50 | 15 |
| 1/9/2026 | Communication with creditor (Mr. Gallo) re: request for status update on case | DS | 0.10 | $52.50 | 15 |
| 1/13/2026 | Email with client regarding IRS tax claim and returns. | NME | 0.10 | $35.00 | 15 |

| | Task 20: Reporting | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 1/6/2026 | Work on November MOR. | NME | 0.30 | $105.00 | 20 |
| 1/7/2026 | Work on November and December MORs; emails with client regarding same. | NME | 0.50 | $175.00 | 20 |
| 1/8/2026 | Work on November MOR; emails and calls with client regarding same. | NME | 1.60 | $560.00 | 20 |
| 1/14/2026 | Extensive work on November and December MORs; emails with client and review of client financials regarding same. | NME | 1.50 | $525.00 | 20 |
| 1/16/2026 | Extensive work on November MOR and related documents; emails and call with client regarding same and suggested changes. | NME | 2.50 | $875.00 | 20 |
| 1/18/2026 | Emails with client regarding MORs. | NME | 0.20 | $70.00 | 20 |
| 1/22/2026 | Review of additional debtor financials and draft November MOR; revise MOR; emails with client regarding same. | NME | 1.30 | $455.00 | 20 |
| 1/23/2026 | Extensive drafting and revision of November MOR and supporting documents; emails and calls with client regarding same and debtor financials; send to client for final review and signature. | NME | 2.70 | $945.00 | 20 |
| 1/26/2026 | reviewing December MOR and making revisions thereto, including to explanatory notes | DS | 0.50 | $262.50 | 20 |
| 1/26/2026 | Review and revise November MOR and attached documentation; emails with client regarding same. | NME | 1.30 | $455.00 | 20 |
| 1/28/2026 | Additional work on November and December MORs, as well as supporting documentation. | NME | 0.80 | $280.00 | 20 |
| 1/29/2026 | Extensive drafting and revision of December MOR, review of client documents and financials and emails with client regarding same. | NME | 2.80 | $980.00 | 20 |

# FEBRUARY 2026

| | Task 3: Assumption and Rejection of Leases and Contracts | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 1/5/2026 | Communications with client re: treatment of service providers at locations where Debtor has vacated | DS | 0.20 | $105.00 | 3 |
| 1/5/2026 | Evaluate executory contract rejection issues in connection with cessation of tech services at rejected leaseholds. | NME | 0.30 | $105.00 | 3 |
| 1/5/2026 | Correspondence to court re: CNO to motion to reject lease | DS | 0.10 | $52.50 | 3 |
| 1/7/2026 | reviewing status of vacating locations | DS | 0.10 | $52.50 | 3 |
| 1/8/2026 | Review court order granting second rejection motion. | NME | 0.10 | $35.00 | 3 |
| 1/8/2026 | Communication with counsel to McCarthy (landlord) re: status of case | DS | 0.10 | $52.50 | 3 |
| 1/12/2026 | Emails with client regarding surrender of commercial premises pursuant to court order authorizing lease rejection. | NME | 0.70 | $245.00 | 3 |
| 1/13/2026 | communications with client re: landlord claims | DS | 0.10 | $52.50 | 3 |
| 1/13/2026 | Communications with counsel to Chester landlord and client re: renewal or new lease options at site | DS | 0.40 | $210.00 | 3 |
| 1/13/2026 | Emails with client regarding lease rejection and other case administration issues. | NME | 0.20 | $70.00 | 3 |
| 1/15/2026 | Communications with client re: issues involving treatment of termination fee for prepetition utility contract | DS | 0.10 | $52.50 | 3 |
| 1/15/2026 | Emails with client regarding lease rejection issues. | NME | 0.10 | $35.00 | 3 |
| 1/21/2026 | Communication with counsel to Havertown landlord re: status of rent and intentions with respect to lease | DS | 0.20 | $105.00 | 3 |
| 1/21/2026 | Telephone conversation with client re: status of rent and intentions with respect to Haverford location and communications with landlord re: same | DS | 0.40 | $210.00 | 3 |
| 1/21/2026 | Emails with client and counsel for commercial landlord regarding lease rejection issues and other case issues. | NME | 0.20 | $70.00 | 3 |
| 1/22/2026 | drafting consent order to correct reference to rejected Colmar lease and communications with landlord's counsel re: same | DS | 0.90 | $472.50 | 3 |
| 1/25/2026 | correspondence to Frank DeVito responding to request for order on second motion to reject leases | DS | 0.10 | $52.50 | 3 |
| 1/28/2026 | Telephone conversation with client re: strategies for commercial lease assumption/rejection | DS | 0.30 | $157.50 | 3 |

| | Task 7: Case Administration | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 1/5/2026 | follow up with client re: Declaration in support of PCO motion | DS | 0.10 | $52.50 | 7 |
| 1/8/2026 | communications with client on status of PCO declaration | DS | 0.10 | $52.50 | 7 |
| 1/8/2026 | Prepare and file notice of Debtor's counsel rate change for 2026. | NME | 0.10 | $35.00 | 7 |
| 1/14/2026 | Communications with client re: transitioning electronic payors to post-petition DIP account | DS | 0.20 | $105.00 | 7 |
| 1/15/2026 | finalizing Thevar Declaration in support of PCO motion and communications with UST re: same | DS | 0.30 | $157.50 | 7 |
| 1/23/2026 | reviewing status of insurance coverage and pending premium payments | DS | 0.20 | $105.00 | 7 |
| 1/23/2026 | Emails with client regarding insurance coverage issues. | NME | 0.20 | $70.00 | 7 |
| 1/28/2026 | preparing for hearing on Patient Care Ombudsman | DS | 0.30 | $157.50 | 7 |

| **Task 8: Claims Administration and Objections** | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 1/5/2026 | Emails with court regarding bar date motion and proposed order; revise and file proposed order as directed; review order entered and effect service as directed; draft COS. | NME | 1.20 | $420.00 | 8 |
| 1/7/2026 | Ensure correct service of bar date order as instructed by court; file COS. | NME | 0.10 | $35.00 | 8 |
| 1/7/2026 | reviewing IRS proof of claim and follow up with client re: alleged missing payroll tax returns and payments as set forth in POC | DS | 0.40 | $210.00 | 8 |
| 1/31/2026 | reviewing status of proofs of claim filed to date | DS | 0.20 | $105.00 | 8 |

### Task 11: Fee/Employment Applications

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 1/2/2026 | Begin work on December monthly payment request. | NME | 0.20 | $65.00 | 11 |
| 1/6/2026 | Work on December monthly payment request. | NME | 0.30 | $105.00 | 11 |
| 1/6/2026 | reviewing and finalizing time entries for second interim fee request | DS | 0.40 | $210.00 | 11 |
| 1/7/2026 | Work on December request for payment on account. | NME | 0.60 | $210.00 | 11 |
| 1/8/2026 | Drafting December request for payment on account and related documents. | NME | 0.90 | $315.00 | 11 |
| 1/12/2026 | Review and revise December request for payment on account and related documents. | NME | 0.50 | $175.00 | 11 |
| 1/14/2026 | finalizing second monthly fee app | DS | 0.30 | $157.50 | 11 |
| 1/29/2026 | Prepare and file CNO to December payment request. | NME | 0.20 | $70.00 | 11 |

**Task 13: Financing and Cash Collateral**

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 1/16/2026 | Communications with client re: request for budget to third interim cash collateral order | DS | 0.10 | $52.50 | 13 |
| 1/19/2026 | Reviewing communications from client issues relating to Berkshire's application of payments | DS | 0.10 | $52.50 | 13 |
| 1/22/2026 | follow up with client re: cash collateral budget | DS | 0.10 | $52.50 | 13 |
| 1/26/2026 | Communication with John Schanne re: status of continued cash collateral use | DS | 0.10 | $52.50 | 13 |
| 1/26/2026 | reviewing updated cash collateral budget and Telephone conversation with Natalie Skochinsky re: cash collateral budget and comments thereto | DS | 0.70 | $367.50 | 13 |
| 1/26/2026 | drafting third interim cash collateral order and correspondence to Berkshire's counsel re: same | DS | 0.40 | $210.00 | 13 |
| 1/26/2026 | Communication with OUST re: status of cash collateral | DS | 0.10 | $52.50 | 13 |
| 1/26/2026 | Emails with client regarding cash collateral budget and issues. | NME | 0.10 | $35.00 | 13 |
| 1/27/2026 | communications with Becky McDowell re: cash collateral order and status of post-[petition payments | DS | 0.20 | $105.00 | 13 |
| 1/27/2026 | follow up with client and Berkshire's counsel to reconcile payments made post-petition | DS | 0.30 | $157.50 | 13 |
| 1/27/2026 | lengthy correspondence to client re: financial post-petition analysis to use for purposes of proposing a plan | DS | 0.40 | $210.00 | 13 |
| 1/27/2026 | finalizing and filing third cash collateral order and budget | DS | 0.30 | $157.50 | 13 |
| 1/28/2026 | Reviewing communications from client on payments made to Berkshire as adequate protection and correspondence to Berkshire's counsel re: same | DS | 0.20 | $105.00 | 13 |
| 1/28/2026 | attending hearings on cash collateral use and patient care ombudsman | DS | 0.90 | $472.50 | 13 |
| 1/29/2026 | Review court orders entered on cash collateral, patient care ombudsman, and lease rejection motions. | NME | 0.20 | $70.00 | 13 |
| 1/30/2026 | Reviewing third cash collateral and effectuating service on same, including drafting and filing certificate of service | DS | 0.20 | $105.00 | 13 |

| Task 15: Meetings and Communications with Creditors |||||
|---|---|---|---|---|---|
| Date | Description | Attorney | Hours | Amount | Code |
| 1/7/2026 | Communication with Michael Thevar to prepare for continued meeting of creditors | DS | 0.10 | $52.50 | 15 |
| 1/8/2026 | preparing client for meeting of creditors | DS | 0.80 | $420.00 | 15 |
| 1/8/2026 | follow up with client on meeting of creditors | DS | 0.10 | $52.50 | 15 |
| 1/8/2026 | attending and participating in meeting of creditors | DS | 0.60 | $315.00 | 15 |
| 1/8/2026 | Telephone conversation with client to discuss follow up from meeting of creditors | DS | 0.10 | $52.50 | 15 |
| 1/9/2026 | Communication with creditor (Mr. Gallo) re: request for status update on case | DS | 0.10 | $52.50 | 15 |
| 1/13/2026 | Email with client regarding IRS tax claim and returns. | NME | 0.10 | $35.00 | 15 |

| | Task 20: Reporting | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 1/6/2026 | Work on November MOR. | NME | 0.30 | $105.00 | 20 |
| 1/7/2026 | Work on November and December MORs; emails with client regarding same. | NME | 0.50 | $175.00 | 20 |
| 1/8/2026 | Work on November MOR; emails and calls with client regarding same. | NME | 1.60 | $560.00 | 20 |
| 1/14/2026 | Extensive work on November and December MORs; emails with client and review of client financials regarding same. | NME | 1.50 | $525.00 | 20 |
| 1/16/2026 | Extensive work on November MOR and related documents; emails and call with client regarding same and suggested changes. | NME | 2.50 | $875.00 | 20 |
| 1/18/2026 | Emails with client regarding MORs. | NME | 0.20 | $70.00 | 20 |
| 1/22/2026 | Review of additional debtor financials and draft November MOR; revise MOR; emails with client regarding same. | NME | 1.30 | $455.00 | 20 |
| 1/23/2026 | Extensive drafting and revision of November MOR and supporting documents; emails and calls with client regarding same and debtor financials; send to client for final review and signature. | NME | 2.70 | $945.00 | 20 |
| 1/26/2026 | reviewing December MOR and making revisions thereto, including to explanatory notes | DS | 0.50 | $262.50 | 20 |
| 1/26/2026 | Review and revise November MOR and attached documentation; emails with client regarding same. | NME | 1.30 | $455.00 | 20 |
| 1/28/2026 | Additional work on November and December MORs, as well as supporting documentation. | NME | 0.80 | $280.00 | 20 |
| 1/29/2026 | Extensive drafting and revision of December MOR, review of client documents and financials and emails with client regarding same. | NME | 2.80 | $980.00 | 20 |