# EXHIBIT C

Detail of Expenses Incurred

# NOVEMBER 2026

**Disbursements**

| Date | Description | Amount |
|---|---|---|

Printed: 12/9/2025
Invoice Number: 2593

| Date | Description | Amount |
|---|---|---|
| 11/21/2025 | Courier - FedEx #818291109964, to PA Dept. of Revenue | $40.82 |
| 11/21/2025 | Courier - FedEx #818291109975, to PA Labor & Industry | $40.82 |
| 11/30/2025 | Photocopies | $70.20 |
| 11/30/2025 | Postage | $114.57 |
| | | **$266.41** |

# DECEMBER 2026

**Disbursements**

| Date | Description | Amount |
|------|-------------|--------|
| 11/21/2025 | Courier - FedEx #801964910250, to Salvatore Franchi | $48.68 |
| 11/21/2025 | Courier - FedEx #818291109942, to IRS | $40.82 |
| 12/16/2025 | Photocopies - PA BCCO, receipt #2347217 | $6.00 |
| 12/22/2025 | Photocopies | $0.00 |
| | | **$95.50** |

# JANUARY 2026

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 01/01/2026 | Online Research - Pacer - Q4, 2025 | $40.60 |
| 01/01/2026 | Online Research- Lexis Nexis - 11/18-11/19/25 | $240.25 |
| 01/31/2026 | Postage | $339.00 |
| 01/31/2026 | Photocopies | $185.00 |
| | | **$804.85** |