**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

### CERTIFICATE OF SERVICE

I, David B. Smith, hereby certify that a true and correct copy or notice of the First Interim Fee Application of Smith Kane Holman, LLC as Counsel to the Debtor for the Period November 20, 2025 through February 28, 2026 (the "Application"), and notice thereof, was served via first-class mail, postage prepaid or electronically through the Court's ECF system, upon the Debtor, the United States Trustee, the Twenty Largest Unsecured Creditors, and those on the Clerk's Service List.

SMITH KANE HOLMAN, LLC

Dated: June 5, 2026

By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
*Counsel for Omni Health Services, Inc.*

## SERVICE LIST
(CM/ECF – list as of 6.4.26)

- **TURNER N. FALK**   turner.falk@saul.com, tnfalk@recap.email;veronica.marchiondo@saul.com
- **ANTHONY F. GIULIANO**   afg@glpcny.com
- **JOHN W KETTERING**   JK@pietragallo.com
- **JEFFREY C. MCCULLOUGH**   jeffmccullough@bondmccullough.com, lchung@bondmccullough.com
- **REBECCA K. MCDOWELL**   rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com
- **RICHARD J. PARKS**   rjp@pietragallo.com, jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com
- **ROBERT W. PONTZ**   bpontz@saxtonstump.com
- **JOHN HENRY SCHANNE**   John.Schanne@usdoj.gov
- **WILLIAM D. SCHROEDER**   Schroeder@jrlaw.org, Healey@jrlaw.org;Ann@jrlaw.org
- **DAVID B. SMITH**   dsmith@skhlaw.com, b.dr70286@notify.bestcase.com
- **United States Trustee**   USTPRegion03.PH.ECF@usdoj.gov

## SERVICE LIST
(first-class mail)

John Henry Schanne
Office of United States Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107

Omni Health Services, Inc.
160 Bethlehem Pike
Colmar, PA 18915

Amazon
PO Box 035184
Seattle, WA
98124-5184

Berkshire Bank
1787 Sentry Parkway West
Building 16, Suite 200
Blue Bell, PA 19422

Bernard Mazzocchi
10 Canal Street
Suite 200
Bristol, PA 19007

Crozer Keystone Health Network
Psychiatry Billing - Layton Hall
1 Medical Center Blvd.
Chester, PA 19013-3995

DS Colmar, LLC
Attn: Michael Sachs
485 Mola Blvd.
Elmwood Park, NJ 07407

Ellora Systems
2 Mount Royal Ave.
Suite 206
Marlborough, MA 01752

Glenmore Management Associates, Inc.
PO Box 389
Lionville, PA 19353

Global Merchant Cash Inc.
64 Beaver Street
New York, NY 10004

Graybar Financial Services
11885 Lackland Road
Saint Louis, MO 63146

Independence Blue Cross
Lockbox 3092
PO Box 8500
Philadelphia, PA 19178-3092

IOU Central, Inc.
600 TownPark Lane
Suite 100
Kennesaw, GA 30144

John D. Pittenger Builder, Inc.
2260 Highway 33
Suite 1
Neptune, NJ 07753

Likety Capital LLC
630 Canoga Avenue
Woodland Hills, CA 91367

Panagiotis Patouhas
507 John Tipton Blvd.
Pennsauken, NJ 08110

Salvatore Franchi
PO Box 110
Broomall, PA 19008-0110

Truist Bank
1845 Walnut Street, Suite 1538
Philadelphia, PA 19103-4716

Truist Bank
PO Box 791620
Baltimore, MD 21279-1620

U.S. Small Business Association
2 North 20th Street
Suite 320
Birmingham, AL 35203