United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 25-14727-amc

Omni Health Services, Inc. Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 04, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 06, 2026:**

**Recip ID**    **Recipient Name and Address**
db    #+  Omni Health Services, Inc., 160 Bethlehem Pike, Colmar, PA 18915-9790

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2026      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 4, 2026 at the address(es) listed below:

**Name**    **Email Address**

ANTHONY F. GIULIANO
    on behalf of Interested Party Global Merchant Cash  Inc. afg@glpcny.com

DAVID B. SMITH
    on behalf of Debtor Omni Health Services  Inc. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Attorney Smith Kane Holman  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

JEFFREY C. MCCULLOUGH
    on behalf of Creditor Wilson Partners LLC jeffmccullough@bondmccullough.com  lchung@bondmccullough.com

JOHN HENRY SCHANNE
    on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

District/off: 0313-2
Date Rcvd: Jun 04, 2026

User: admin
Form ID: pdf900

Page 2 of 2
Total Noticed: 1

JOHN W KETTERING

on behalf of Creditor UPMC HEALTH BENEFITS  INC. DBA WORK PARTNERS JK@pietragallo.com

NICHOLAS M. ENGEL

on behalf of Debtor Omni Health Services  Inc. nengel@skhlaw.com

REBECCA K. MCDOWELL

on behalf of Creditor Beacon Bank & Trust  successor by merger to Berkshire Bank rmcdowell@slgcollect.com,
pwirth@slgcollect.com;anovoa@slgcollect.com

RICHARD J. PARKS

on behalf of Creditor UPMC HEALTH BENEFITS  INC. DBA WORK PARTNERS rjp@pietragallo.com,
jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com

RICHARD J. PARKS

on behalf of Debtor Omni Health Services  Inc. rjp@pietragallo.com,
jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com

ROBERT W. PONTZ

on behalf of Creditor DS Colmar  LLC bpontz@saxtonstump.com

TURNER N. FALK

on behalf of CPI/AHP Havertown MOB Owner L.L.C. turner.falk@saul.com
tnfalk@recap.email;veronica.marchiondo@saul.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR

on behalf of Creditor Center for the Blind & Visually Impaired Schroeder@jrlaw.org  Healey@jrlaw.org;Ann@jrlaw.org

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                                    :
In re:                                              :        CHAPTER 11
                                                    :
Omni Health Services, Inc.                          :
                                                    :        Case No.  25-14727 (AMC)
                                                    :
                              Debtor.               :
_____:

**<u>ORDER</u>**

AND NOW, upon consideration of the Debtor's Motion Pursuant to Bankruptcy Code

Section 365(a) for Entry of an Order Authorizing the Assumption of Non-Residential Real Estate

Leases (the "Assumption Motion"), and the Court being satisfied that cause exists to grant the

Motion and that the relief sought in the Motion is in best interests of the Debtor, its bankruptcy

estate, creditors, and other parties in interest, and that sufficient cause appearing therefore, it is

hereby ORDERED as follows:

1.      The Assumption Motion is GRANTED.

2.      The Debtor is authorized to assume the following non-residential real property

leases (collectively, the "Assumed Leases"):

   i.   100 Green Lane, Suite #2, Bristol, PA – Commercial Lease dated April 1, 2017,
        with Bernard Mazzocchi as lessor.

  ii.   100-106 West 15th Street, Chester, PA – Lease Agreement dated June 1, 2021, with
        Center for the Blind and Visually Impaired a/k/a Delco Blind Sight Center as lessor.

 iii.   182 Bethlehem Pike, Colmar, PA – Commercial Lease Agreement dated October
        30, 2024, with LOTUS REAL ESTATE PROPERTIES LLC as landlord.

  iv.   1536 Northampton Street, Easton, PA – Commercial Lease dated March 1, 2021,
        with JAI BHIM REALTY, LLC as lessor.

   v.   1246 Tilghman Street, Allentown, PA – Lease Agreement dated April 1, 2019, as
        amended, with JAI BHIM REALTY, LLC as lessor.

   vi.     120 South 6th Street, Vineland, NJ – Commercial Lease dated April 1, 2023, with JAI BHIM REALTY, LLC as lessor.

   vii.    6932 Market Street, 2nd and 3rd Floors, Upper Darby, PA – Commercial Lease Agreement dated April 1, 2024, with Salvatore Franchi and Christina L. Franchi as lessors.

   viii.   200 Apple Street, Suite I, Quakertown, PA – Commercial Lease Agreement dated November 29, 2022, with Wilson Partners as lessor (the "Quakertown Lease").

3.     With respect to the Quakertown Lease, the Debtor agrees to cure the prepetition arrearages thereunder in the amount of $5,221.40 by paying the amount of $1,044.28, along with the regular monthly payment required under the Quakertown Lease, for each of the months of June through October of 2026.

BY THE COURT:

Date:  June 4, 2026

_____
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

2