**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | : | |
| In re: | : | CHAPTER 11 |
| | : | |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned, counsel for the Debtor, certifies as follows:

1.      On May 18, 2026, the undersigned filed with this Court the Debtor's Second Motion Pursuant to 11 U.S.C. § 1121(d) of the Bankruptcy Code for an Order Extending the Exclusive Periods in which the Debtor May File and Confirm a Plan of Reorganization (the "Motion"), a copy of which was sent to all parties entitled to same on May 18, 2026.

2.      Any answers, objections, or responses to the Motion were due on or before June 4, 2026.

3.      To date, the undersigned has not been served with any answer, objection, or other response to the Motion, nor, to the best of the undersigned's knowledge, information and belief has any answer, objection, or response to the Motion been filed with the Court.

4.      Pursuant to the foregoing, the undersigned certifies that the Motion is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order granting the Motion.

SMITH KANE HOLMAN, LLC

Date: June 16, 2026                By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7216 Phone
(610) 407-7218 Fax
*Counsel to Debtor*