United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                    Case No. 25-14727-amc

Omni Health Services, Inc.                                                        Chapter 11

          Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 18, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#                    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Omni Health Services, Inc., 160 Bethlehem Pike, Colmar, PA 18915-9790 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY F. GIULIANO | on behalf of Interested Party Global Merchant Cash  Inc. afg@glpcny.com |
| DAVID B. SMITH | on behalf of Attorney Smith Kane Holman  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Debtor Omni Health Services  Inc. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| JEFFREY C. MCCULLOUGH | on behalf of Creditor Wilson Partners LLC jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |

District/off: 0313-2

Date Rcvd: Jun 18, 2026

User: admin

Form ID: pdf900

Page 2 of 2

Total Noticed: 1

JOHN W KETTERING
on behalf of Creditor UPMC HEALTH BENEFITS  INC. DBA WORK PARTNERS JK@pietragallo.com

NICHOLAS M. ENGEL
on behalf of Debtor Omni Health Services  Inc. nengel@skhlaw.com

REBECCA K. MCDOWELL
on behalf of Creditor Beacon Bank & Trust  successor by merger to Berkshire Bank rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

RICHARD J. PARKS
on behalf of Debtor Omni Health Services  Inc. rjp@pietragallo.com, jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com

RICHARD J. PARKS
on behalf of Creditor UPMC HEALTH BENEFITS  INC. DBA WORK PARTNERS rjp@pietragallo.com, jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com

ROBERT W. PONTZ
on behalf of Creditor DS Colmar  LLC bpontz@saxtonstump.com

TURNER N. FALK
on behalf of CPI/AHP Havertown MOB Owner L.L.C. turner.falk@saul.com tnfalk@recap.email;veronica.marchiondo@saul.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR
on behalf of Creditor Center for the Blind & Visually Impaired Schroeder@jrlaw.org  Healey@jrlaw.org;Ann@jrlaw.org


TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

### ORDER

AND NOW, upon consideration of the Debtor's Second Motion Pursuant to 11 U.S.C. Section 1121(d) of the Bankruptcy Code for an Order Extending the Exclusive Periods During Which the Debtor May File and Confirm a Plan of Reorganization (the "Second Exclusivity Motion"), and the Court being satisfied that the relief sought in the Second Exclusivity Motion is in best interests of the Debtor, its bankruptcy estate and creditors and other parties in interest, and that sufficient cause appearing therefore, it is hereby ORDERED that:

1.     The Second Exclusivity Motion is GRANTED.

2.     The period during which the Debtor has the exclusive right to file a plan of reorganization is extended from the current expiration date of May 19, 2026 to July 18, 2026; and the period during which the Debtor has the exclusive right to solicit acceptances of such plan is extended from the current expiration date of July 18, 2026 to September 16, 2026.

BY THE COURT:

Date: June 18, 2026

_____
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge