# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| In re: | CHAPTER 11 |
| Omni Health Services, Inc. | Case No. 25-14727 (AMC) |
| Debtor | |

## ORDER

AND NOW, upon consideration of the First Interim Fee Application of Smith Kane Holman, LLC As Counsel to the Debtor for the Period of November 20, 2025 through February 28, 2026 (the "Application"), it is hereby ORDERED AND DECREED that:

1.      The Application is GRANTED.

2.      Smith Kane Holman, LLC, counsel to Omni Health Services, Inc (the "Debtor"), is allowed compensation in the amount of $47,780.00 for services rendered and reimbursement of expenses in the amount of $1,166.76.

3.      The Debtor is authorized to pay Smith Kane Holman, LLC the amounts allowed (less monies previously paid as a retainer and less paid pursuant to monthly payment requests pursuant to Local Rule 2016-5 ) forthwith from funds in the bankruptcy estate.

Dated:   June 25, 2026

_____
The Honorable Ashely M. Chan
United States Chief Bankruptcy Judge