United States Bankruptcy Court

Eastern District of Pennsylvania

In re:

Omni Health Services, Inc.

    Debtor

Case No. 25-14727-amc

Chapter 11

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 26, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2026:**

**Recip ID**     **Recipient Name and Address**
db     #+  Omni Health Services, Inc., 160 Bethlehem Pike, Colmar, PA 18915-9790

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2026     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2026 at the address(es) listed below:**

**Name**     **Email Address**

ANTHONY F. GIULIANO
    on behalf of Interested Party Global Merchant Cash  Inc. afg@glpcny.com

DAVID B. SMITH
    on behalf of Debtor Omni Health Services  Inc. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

DAVID B. SMITH
    on behalf of Attorney Smith Kane Holman  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com

JEFFREY C. MCCULLOUGH
    on behalf of Creditor Wilson Partners LLC jeffmccullough@bondmccullough.com  lchung@bondmccullough.com

JOHN HENRY SCHANNE
    on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov

District/off: 0313-2                          User: admin                                 Page 2 of 2

Date Rcvd: Jun 26, 2026                      Form ID: pdf900                          Total Noticed: 1

JOHN W KETTERING

    on behalf of Creditor UPMC HEALTH BENEFITS  INC. DBA WORK PARTNERS JK@pietragallo.com

NICHOLAS M. ENGEL

    on behalf of Debtor Omni Health Services  Inc. nengel@skhlaw.com

REBECCA K. MCDOWELL

    on behalf of Creditor Beacon Bank & Trust  successor by merger to Berkshire Bank rmcdowell@slgcollect.com,
pwirth@slgcollect.com;anovoa@slgcollect.com

RICHARD J. PARKS

    on behalf of Creditor UPMC HEALTH BENEFITS  INC. DBA WORK PARTNERS rjp@pietragallo.com,
jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com

RICHARD J. PARKS

    on behalf of Debtor Omni Health Services  Inc. rjp@pietragallo.com,
jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com

ROBERT W. PONTZ

    on behalf of Creditor DS Colmar  LLC bpontz@saxtonstump.com

TURNER N. FALK

    on behalf of CPI/AHP Havertown MOB Owner L.L.C. turner.falk@saul.com
tnfalk@recap.email;veronica.marchiondo@saul.com

United States Trustee

    USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR

    on behalf of Creditor Center for the Blind & Visually Impaired Schroeder@jrlaw.org  Healey@jrlaw.org;Ann@jrlaw.org


TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | :     CHAPTER 11 |
| | : |
| Omni Health Services, Inc. | :     Case No. 25-14727 (AMC) |
| | : |
| Debtor | : |
| | : |

## ORDER

AND NOW, upon consideration of the First Interim Fee Application of Smith Kane Holman, LLC As Counsel to the Debtor for the Period of November 20, 2025 through February 28, 2026 (the "Application"), it is hereby ORDERED AND DECREED that:

1.    The Application is GRANTED.

2.    Smith Kane Holman, LLC, counsel to Omni Health Services, Inc (the "Debtor"), is allowed compensation in the amount of $47,780.00 for services rendered and reimbursement of expenses in the amount of $1,166.76.

3.    The Debtor is authorized to pay Smith Kane Holman, LLC the amounts allowed (less monies previously paid as a retainer and less paid pursuant to monthly payment requests pursuant to Local Rule 2016-5 ) forthwith from funds in the bankruptcy estate.

Dated:  June 25, 2026

_____
The Honorable Ashely M. Chan
United States Chief Bankruptcy Judge