**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

**CERTIFICATE OF NO OBJECTION**

The undersigned, counsel for Omni Health Services, Inc (the "Debtor"), certifies as follows:

1.      On May 22, 2026, this Court entered a Fifth Interim Order (I) Authorizing Use Of Cash Collateral, (II) Granting Adequate Protection, (III) Scheduling A Further Hearing, And (IV) Granting Related Relief (the "Motion") (*Dkt. No. 170*), a copy of which was sent to all parties entitled to same on May 27, 2026 (*Dkt. No. 173)*.

2.      Objections to the Debtor's continued use of cash collateral were due by June 10, 2026.  To date, the undersigned has not been served with any answer, objection, or other response, nor, to the best of the undersigned's knowledge, information and belief has any answer, objection, or response been filed with the Court.

3.      Pursuant to the foregoing, the undersigned certifies that the Debtor's continued use of cash collateral is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Application.

SMITH KANE HOLMAN, LLC

Date: July 20, 2026                    By: */s/ David B. Smith*
                                        David B. Smith, Esquire
                                        112 Moores Road, Suite 300
                                        Malvern, PA 19355
                                        (610) 407-7215 Phone
                                        (610) 407-7218 Fax
                                        *Counsel to Debtor*