United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                    Case No. 25-14727-amc

Omni Health Services, Inc.                                                Chapter 11

    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 23, 2026 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**    **Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#        Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 25, 2026:**

**Recip ID**            **Recipient Name and Address**
db                #+  Omni Health Services, Inc., 160 Bethlehem Pike, Colmar, PA 18915-9790

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 25, 2026           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY F. GIULIANO | on behalf of Interested Party Global Merchant Cash  Inc. afg@glpcny.com |
| DAVID B. SMITH | on behalf of Debtor Omni Health Services  Inc. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Attorney Smith Kane Holman  LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| JEFFREY C. MCCULLOUGH | on behalf of Creditor Wilson Partners LLC jeffmccullough@bondmccullough.com  lchung@bondmccullough.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |

District/off: 0313-2                             User: admin                                    Page 2 of 2

Date Rcvd: Jul 23, 2026                          Form ID: pdf900                                Total Noticed: 1

JOHN W KETTERING

      on behalf of Creditor UPMC HEALTH BENEFITS  INC. DBA WORK PARTNERS JK@pietragallo.com

NICHOLAS M. ENGEL

      on behalf of Debtor Omni Health Services  Inc. nengel@skhlaw.com

REBECCA K. MCDOWELL

      on behalf of Creditor Beacon Bank & Trust  successor by merger to Berkshire Bank rmcdowell@slgcollect.com,
pwirth@slgcollect.com;anovoa@slgcollect.com

RICHARD J. PARKS

      on behalf of Creditor UPMC HEALTH BENEFITS  INC. DBA WORK PARTNERS rjp@pietragallo.com,
jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com

RICHARD J. PARKS

      on behalf of Debtor Omni Health Services  Inc. rjp@pietragallo.com,
jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com

ROBERT W. PONTZ

      on behalf of Creditor DS Colmar  LLC bpontz@saxtonstump.com

TURNER N. FALK

      on behalf of CPI/AHP Havertown MOB Owner L.L.C. turner.falk@saul.com
tnfalk@recap.email;veronica.marchiondo@saul.com

United States Trustee

      USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR

      on behalf of Creditor Center for the Blind & Visually Impaired Schroeder@jrlaw.org  Healey@jrlaw.org;Ann@jrlaw.org


TOTAL: 14

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

_____
                                                :
In re:                                          :        CHAPTER 11
                                                :
Omni Health Services, Inc.                      :        Case No. 25-14727 (AMC)
                                                :
                        Debtor                  :
_____ :

**FINAL ORDER (I) AUTHORIZING USE OF CASH COLLATERAL,
(II) GRANTING ADEQUATE PROTECTION, (III) SCHEDULING
A FURTHER HEARING, AND (IV) GRANTING RELATED RELIEF**

AND NOW, upon consideration of the motion of Omni Health Services, Inc. (the

"Debtor") for entry of interim and final orders (i) authorizing the Debtor to use Cash Collateral;

(ii) granting adequate protection; (iii) scheduling a further hearing; and (iv) granting related

relief (the "Motion")[1]; and after finding sufficient cause appearing to grant the Motion on an

initial interim basis and thereafter this Court entering a total of five orders granting the Motion

on an interim basis and the Fifth such Order, among other things, affording parties in interest an

opportunity to object to the entry of a Final Order on this Motion within fourteen days of the

service of said Fifth Interim Order; and no parties having filed an objection to the entry of a Final

Order (as so certified by the Debtor), and it appearing that sufficient cause exists to grant the

Motion on final basis and no other notice need be given, it is hereby ORDERED that

1.      The Motion is GRANTED, and this Order shall constitute a Final Order.

2.      The Debtor shall file a supplemental budget for the use of cash collateral prior to

the expiration of the period set forth in any prior applicable budget.

3.      As adequate protection, the Secured Creditors are hereby granted replacement

liens in the Debtor's post-petition property to the same extent, validity, and priority of their

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

prepetition liens, to the extent the imposition of the automatic stay or the Debtor's use of the

Cash Collateral results in the decrease of the value of the Secured Creditors' interest in such

property, without the necessity of filing any documents or otherwise complying with non-

bankruptcy law in order to perfect security interests and record liens, with such perfection being

binding upon all parties including, but not limited to, any subsequently appointed trustee either

under chapter 11 or any other chapter of the Bankruptcy Code.

4.      Specifically as to Berkshire and as additional adequate protection, the Debtor is

authorized to continue to make its regular debt service payments on account of the Direct

Berkshire Loans.

5.      This Court shall retain jurisdiction over any and all matters arising from or related

to this Final Order.

BY THE COURT:

Date: July 23, 2026

_____
The Honorable Ashely M. Chan
Chief United States Bankruptcy Judge

2