**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | : | CHAPTER 11 |
|  | : |  |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
|  | : |  |
| Debtor | : |  |
|  | : |  |

**NOTICE OF LOCAL RULE 2016-5 EIGHTH REQUEST FOR PAYMENT ON
ACCOUNT FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES
OF SMITH KANE HOLMAN, LLC, COUNSEL TO THE DEBTOR,
FOR THE PERIOD JUNE 1, 2026 THROUGH JUNE 30, 2026**

TO:    THE DEBTOR, UNITED STATES TRUSTEE, AND PARTIES LISTED ON THE
CLERK'S SERVICE LIST

1.     Smith Kane Holman, LLC, counsel to Omni Health Services, Inc. (the "Debtor"), has filed its Local Rule 2016-5 Eighth request for payment on account (the "Request"), a copy of which is attached hereto.  The Request covers the period June 1, 2026 through June 30, 2026.  At this time, Smith Kane Holman, LLC seeks provisional payment of fees in the amount of $2,982.00 (80% of fees for services rendered) and $12.90 (100% of interim expenses incurred).

2.     Any party receiving this Notice may file an answer, objection, or other responsive pleading to the Request with the Clerk of the United States Bankruptcy Court for the Eastern District of Pennsylvania, 900 Market Street, Suite 400, Philadelphia, PA 19107 on or before fourteen (14) days from the date of this Notice.  A copy of any answer, objection, or other responsive pleading filed with respect to the Request must also be served upon Smith Kane Holman, LLC at the address set forth below.  Pursuant to Local Rule 2016-5(f), any objection must identify the objector, state the basis of the objection, and identify the amount of the requested payment that is objected to and the amount that is not objected to.

3.     In the absence of any answer, objection, responsive pleading, or request for hearing, Smith Kane Holman, LLC will certify same to the Court and request that the Debtor pay 80% of the fees requested and 100% of the expenses described in the Request.  To the extent that objections are filed, Smith Kane Holman, LLC will certify same to the Court and request that the Debtor pay 80% of the fees requested and 100% of the expenses described in the Application to which no objection has been filed.

SMITH KANE HOLMAN, LLC

Date: July 29, 2026                                    By: */s/ David B. Smith*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
*Counsel for the Debtor*