# EXHIBIT A

Summary of Services Performed by Categories of Service
under Local Bankruptcy Rule 2016-2(e)

## Task 3: Assumption and Rejection of Leases and Contracts

Summary of Services Performed in This Task Category:  Applicant addressed the assumption of a commercial lease post-petition and various adequate assurance obligations.

Aggregate Hours Billed: 0.30

Amount of Fees Billed: $157.50

## Task 11: Fee/Employment Applications

Summary of Services Performed in This Task Category:  Applicant addressed matters involving its seventh fee request under local rule 2016-5 as well as its first interim fee application.

Aggregate Hours Billed: 1.2

Amount of Fees Billed: $630.00

## Task 17: Plan and Disclosure Statement

Summary of Services Performed in This Task Category:  Applicant addressed issues involving an extension of exclusivity.

Aggregate Hours Billed: 0.40

Amount of Fees Billed: $210.00

## Task 20: Reporting

Summary of Services Performed in This Task Category:  Applicant assisted the Debtors in the preparation and completion of monthly operating report for the months of April and May.

Aggregate Hours Billed: 8.80

Amount of Fees Billed: $2,730.00