# EXHIBIT B

Detail of Hours Expended

| Task 3: Assumption and Rejection of Leases and Contracts | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 6/5/2026 | reviewing order approving assumption of leases and correspondence to client re: same | DS | 0.2 | $105.00 | 3 |
| 6/17/2026 | Communications with client re: resolution of Quakertown lease payments | DS | 0.1 | $52.50 | 3 |

| Task 11: Fee/Employment Applications | | | | | |
|---|---|---|---|---|---|
| Date | Description | Attorney | Hours | Amount | Code |
| 6/3/2026 | reviewing and coding timesheets for seventh fee request | DS | 0.2 | $105.00 | 11 |
| 6/3/2026 | finalizing May request for payment | DS | 0.3 | $157.50 | 11 |
| 6/5/2026 | preparing first interim fee application | DS | 0.7 | $367.50 | 11 |

| Task 17: Plan and Disclosure Statement | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 6/16/2026 | drafting and filing CNO to second motion to extend exclusivity | DS | 0.2 | $105.00 | 17 |
| 6/17/2026 | communications with court re: status of order on second motion to extend exclusivity | DS | 0.1 | $52.50 | 17 |
| 6/18/2026 | reviewing order approving request to extend exclusivity | DS | 0.1 | $52.50 | 17 |

| Task 20: Reporting | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 6/2/2026 | reviewing April MOR | DS | 0.4 | $210.00 | 20 |
| 6/1/2026 | Review March MOR and April MOR to confirm numbers. | LZ | 0.4 | $120.00 | 20 |
| 6/2/2026 | E-mail to Natalie Skochinsky re: points of clarification in April MOR. | LZ | 0.1 | $30.00 | 20 |
| 6/4/2026 | Correspond with Natalie re: questions for April MOR; follow up e-mail re: same. | LZ | 0.2 | $60.00 | 20 |
| 6/5/2026 | Finalize and file April MOR. | LZ | 0.9 | $270.00 | 20 |
| 6/11/2026 | Review May MOR as provided by client. | LZ | 2.3 | $690.00 | 20 |
| 6/15/2026 | Continue working on May MOR. | LZ | 2.5 | $750.00 | 20 |
| 6/17/2026 | Continue working on May MOR - identify discrepancy in P&L List (missing total expenses for Maintenance and Repair) | LZ | 1.5 | $450.00 | 20 |
| 6/17/2026 | Send e-mail to client containing final version of May MOR for review and signature. | LZ | 0.1 | $30.00 | 20 |
| 6/17/2026 | Receive signed MOR from client for filing and prepare exhibits for filing. | LZ | 0.4 | $120.00 | 20 |