# EXHIBIT C

Detail of Expenses Incurred

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 04/01/2026 | Online Research - Pacer Service Center, Q1-2026 | $12.90 |
| | | **$12.90** |