# EXHIBIT A

Summary of Services Performed by Categories of Service
under Local Bankruptcy Rule 2016-2(e)

## Task 7: Case Administration

Summary of Services Performed in This Task Category:  Applicant addressed issues with the Debtor involving the historical amounts owing and paid to its primary secured lender, Beacon Bank.

Aggregate Hours Billed: 0.3

Amount of Fees Billed: $157.50

## Task 8: Claims Administration and Objections

Summary of Services Performed in This Task Category:  Applicant reviewed claims generally to determine whether any were objectionable, including the IRS claim.

Aggregate Hours Billed: 0.90

Amount of Fees Billed: $472.50

## Task 11: Fee/Employment Applications

Summary of Services Performed in This Task Category:  Applicant addressed matters involving its Eighth interim request under local rule 2016-5.

Aggregate Hours Billed: 0.2

Amount of Fees Billed: $105.00

## Task 13: Financing and Cash Collateral

Summary of Services Performed in This Task Category:  Applicant addressed matters relating to the Debtor's ongoing use of cash collateral, including the entry of a final order.

Aggregate Hours Billed: 1.7

Amount of Fees Billed: $892.50

**Task 17: Plan and Disclosure Statement**

Summary of Services Performed in This Task Category:  Applicant addressed strategies regarding the substance of a reorg plan.

Aggregate Hours Billed: 1.40

Amount of Fees Billed: $735.00

**Task 20: Reporting**

Summary of Services Performed in This Task Category:  Applicant worked on the Debtor's monthly operating report for the month of June.

Aggregate Hours Billed: 6

Amount of Fees Billed: $1,800.00