# EXHIBIT B

Detail of Hours Expended

| Task 7: Case Administration | | | | |
|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
|---|---|---|---|---|---|
| 7/2/2026 | reviewing background materials from Debtor re: status of loan history and payments involving Beacon Bank | DS | 0.3 | $157.50 | 7 |

| Task 8: Claims Administration and Objections | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 7/1/2026 | reviewing claims summary to confirm whether any claims are objectionable, including IRS amended claim | DS | 0.5 | $262.50 | 8 |
| 7/2/2026 | follow up on IRS claim of failure to pay 4Q taxes and file appropriate return by reviewing return and correspondence to IRS re: same | DS | 0.4 | $210.00 | 8 |

| Task 12: Employment and Fee Application Objections | | | | |
|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 7/28/2026 | reviewing time for 8th interim fee request | DS | 0.2 | $105.00 | 12 |

| Task 13: Financing and Cash Collateral | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 7/19/2026 | drafting proposed final order for use of cash collateral and communications with Berkshire's counsel re: status of cash collateral budget and entry of final order | DS | 0.7 | $367.50 | 13 |
| 7/20/2026 | finalizing and filing CNO and final cash collateral order | DS | 0.3 | $157.50 | 13 |
| 7/28/2026 | Correspondence to client re: request for cash collateral budget beyond July | DS | 0.1 | $52.50 | 13 |
| 7/28/2026 | reviewing cash collateral budget and correspondence to client with detailed proposed modifications and questions | DS | 0.6 | $315.00 | 13 |

| Task 17: | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 7/6/2026 | reviewing financial information and claims data in preparation for call with client to discuss advancement of plan of reorganization | DS | 0.6 | $315.00 | 17 |
| 7/7/2026 | virtual meeting with client to discuss proposed plan terms and overall approach | DS | 0.8 | $420.00 | 17 |

### Task 20: Reporting

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 7/13/2026 | Receive e-mail from client containing documents to be submitted with June MOR and begin reviewing the same. | LZ | 0.9 | $270.00 | 20 |
| 7/15/2026 | Review June MOR and supporting documentation as prepared by client. | LZ | 0.7 | $210.00 | 20 |
| 7/16/2026 | Continue reviewing and finalize review of June MOR. | LZ | 3 | $900.00 | 20 |
| 7/17/2026 | Correspond with client re: question about bankruptcy fees paid and update MOR; prepare final MOR document for review by client and send via e-mail. | LZ | 1.1 | $330.00 | 20 |
| 7/17/2026 | File June MOR. | LZ | 0.3 | $90.00 | 20 |