# EXHIBIT C

Detail of Expenses Incurred

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 06/30/2026 | Online Research - Pacer, Q2, 2026 | $60.86 |
| | | **$60.86** |