**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| | : | |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| | : | |
| Debtor | : | |
| | : | |

**SECOND INTERIM FEE APPLICATION OF
SMITH KANE HOLMAN, LLC AS COUNSEL TO THE DEBTOR FOR
THE PERIOD MARCH 1, 2026 THROUGH JUNE 30, 2026**

Smith Kane Holman, LLC ("SKH"), counsel to debtor-in-possession Omni Health Services, Inc., applies to this Court for allowance and payment of its fees and expenses for the period of March 1, 2026 through June 30, 2026 and in support hereof avers as follows:

**Preliminary Statement**

1.      SKH is counsel for debtor-in-possession Omni Health Services, Inc. (the "Debtor").

2.      All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor.

3.      The services described in this Application are actual, necessary services and the compensation requested for those services is reasonable.

4.      The expenses described in this Application are actual, necessary expenses.

**Fee Application**

5.      Application Period: March 1, 2026 through June 30, 2026

Final Application _____
Interim Application _____X_____

6.      Requested Fees and Expenses

a.       Attorneys:

| Name: | Hours: | Billing Rate: | Total: |
|---|---|---|---|
| David B. Smith, Esq. | 16.4 | $525 | $8,610.00 |
| Nicholas M. Engel, Esq. | 22.6 | $350 | $7,910.00 |
| Lindsey Zimmerman, Esq. | 8.9 | $350 | $2,670.00 |

b.       Paralegals: N/A

c.       Fees:          $19,190.00

d.       Expenses:     $61.36

e.       Total:         $19,251.36

7.     General Information

a.       Date case filed: November 20, 2025

b.       Date application to approve employment filed: November 20, 2025

c.       Date employment approved: December 9, 2025

d.       First date services rendered in this case: November 20, 2025

e.       Compensation request is under § 330: ___X___ Yes _____ No

If other statutory basis, specify: § _____

f.       Any fees awarded will be paid from the estate:

___X___ Yes _____ No

If no, state the source of payment of any fee that is awarded.

g.       This application is for a period less than 120 days after the filing of the

case or less than 120 days after the end of the period for the last application.

_____ Yes ___X____ No

If yes, state the date and terms of court order allowing filing at shortened intervals.

2

Order date:

Terms, if any, _____

8.      Prior Requests for Payment on Account under Local Rule 2016-5:

| Request No. | Date Request filed: | Period Covered by Request: |
|---|---|---|
| 1 | March 1, 2026 | November 20-30, 2025 |
| 2 | January 14, 2026 | December 1-31, 2025 |
| 3 | February 12, 2026 | January 1-31, 2026 |
| 4 | March 25, 2026 | February 1-28, 2026 |
| 5 | April 28, 2026 | March 1-31, 2026 |
| 6 | May 8, 2026 | April 1-30, 2026 |
| 7 | June 3, 2026 | May 1-31, 2026 |
| 8 | July 29, 2026 | June 1-30, 2026 |

9.      Prior Fee Applications: N/A.

*First Application Period*

**11/20/2025 to 2/28/2026        Date of Order: Docketed 6/25/2026 at No. 193**

| | **Requested** | **Allowed** | **Paid** | **Due** |
|---|---|---|---|---|
| **Fees** | $47,780.00 | $47,780.00 | $47,780.00 | $0.00 |
| **Expenses** | $1,166.76 | $1,166.76 | $1,166.76 | $0.00 |

10.     Billing for Current Period: All billing entries are attached hereto in Exhibit A and

Exhibit B, listed chronologically according to the date services were provided and further

summarized according to billing codes.  These billing entries are further divided into monthly

3

periods, as set forth in the five prior SKH Requests for Payments on Account. Attorneys working during this period are David B. Smith (DS), Nicholas M. Engel (NME) and Lindsey Zimmerman, (LZ).

11. Billing Rates

a. Are any of the billing rates different than the billing rates set forth in your last application? __X__ Yes _____ No

b. If yes, indicate whose billing rates are different and explain why? The standard hourly billing rates for David B. Smith and Nicholas M. Engel increased from $495 to $525 and from $325 to $350, respectively, on January 1, 2026.

## Billing Summary

1. Description of Services: see attached Exhibit A.

2. Details of Hours Expended: see attached Exhibit B.

## Expense Summary

1. Expenses: see attached Exhibit C.

WHEREFORE, Applicant respectfully request that an order be entered (a) allowing the sum of $19,190.00 as compensation for services and $61.36 for expenses incurred in the applicable period; and (b) grant such other and further relief as is just and proper.

SMITH KANE HOLMAN, LLC

Dated: August 14, 2026

By: /s/ David B. Smith
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7215 Phone
(610) 407-7218 Fax
*Counsel for Debtor*

4