# EXHIBIT A

Summary of Monthly Services Performed by Categories of Service
under Local Bankruptcy Rule 2016-2(e)

# March 2026

**Task 3: Assumption and Rejection of Leases and Contracts**

Summary of Services Performed in This Task Category:  Applicant advised the Debtor with respect to commercial leases and assumption/rejection issues, and communicated with commercial landlords regarding lease issues.

Aggregate Hours Billed: 7.80

Amount of Fees Billed: $3,027.50

**Task 7: Case Administration**

Summary of Services Performed in This Task Category:  Applicant addressed a variety of issues involving case administration, including communications with the Debtor, advising the Debtor, and the general advancement of the case.

Aggregate Hours Billed: 1.8

Amount of Fees Billed: $805.00

**Task 11: Fee/Employment Applications**

Summary of Services Performed in This Task Category:  Applicant prepared and filed the Applicant's third request for payment on account under local rule 2016-5.

Aggregate Hours Billed: 1.40

Amount of Fees Billed: $525.00

**Task 13: Financing and Cash Collateral**

Aggregate Hours Billed: 2.30

Amount of Fees Billed: $1207.50

2

**Task 17: Plan and Disclosure Statement**

Aggregate Hours Billed: 0.70

Amount of Fees Billed: $245.00

**Task 20: Reporting**

Summary of Services Performed in This Task Category:  Applicant worked on the Debtor's monthly operating report for the months of December and January, which included review of Debtor financials, drafting of supporting documentation, lengthy emails and calls with client regarding same, and ensuring that the monthly reports comply with U.S. Trustee reporting guidelines.

Aggregate Hours Billed: 7.00

Amount of Fees Billed: $2450.00

**Task 21:**

Aggregate Hours Billed: 2.50

Amount of Fees Billed: $875.00

# April 2026

### Task 3: Assumption and Rejection of Leases and Contracts

Summary of Services Performed in This Task Category: Applicant advised the Debtor with respect to commercial leases and assumption/rejection issues, and communicated with commercial landlords regarding lease issues.

Aggregate Hours Billed: 0.40

Amount of Fees Billed: $192.50

### Task 7: Case Administration

Summary of Services Performed in This Task Category: Applicant addressed a variety of issues involving case administration, including communications with the Debtor, advising the Debtor, and the general advancement of the case.

Aggregate Hours Billed: 1.1

Amount of Fees Billed: $437.50

### Task 8: Claims Administration and Objections

Summary of Services Performed in This Task Category: Applicant addressed the prepetition and post-petition claims of various creditors.

Aggregate Hours Billed: 0.90

Amount of Fees Billed: $437.50

## Task 11: Fee/Employment Applications

Summary of Services Performed in This Task Category:  Applicant prepared and filed various requests for payment on account under local rule 2016-5.

Aggregate Hours Billed: 0.70

Amount of Fees Billed: $297.50

## Task 17: Plan and Disclosure Statement

Summary of Services Performed in This Task Category:  Applicant addressed issues involving an extension of exclusivity.

Aggregate Hours Billed: 0.30

Amount of Fees Billed: $122.50

## Task 20: Reporting

Summary of Services Performed in This Task Category:  Applicant worked on the Debtor's monthly operating report for the months of February and March, which included review of Debtor financials, drafting of supporting documentation, and ensuring that the monthly reports comply with U.S. Trustee reporting guidelines.

Aggregate Hours Billed: 2.40

Amount of Fees Billed: $840.00

# May 2026

### Task 3: Assumption and Rejection of Leases and Contracts

Summary of Services Performed in This Task Category:  Applicant advised the Debtor with respect to commercial leases and assumption/rejection issues, and communicated with commercial landlords regarding lease issues.

Aggregate Hours Billed: 1.80

Amount of Fees Billed: $945.00

### Task 7: Case Administration

Summary of Services Performed in This Task Category:  Applicant addressed a variety of issues involving case administration, including communications with the Debtor and creditor.

Aggregate Hours Billed: 0.40

Amount of Fees Billed: $175.00

### Task 8: Claims Administration and Objections

Summary of Services Performed in This Task Category:  Applicant addressed the claim of the Debtor's principal secured creditor.

Aggregate Hours Billed: 0.1

Amount of Fees Billed: $52.50

### Task 11: Fee/Employment Applications

Summary of Services Performed in This Task Category:  Applicant addressed matters involving its Fifth and Sixth requests under local rule 2016-5.

Aggregate Hours Billed: 0.9

Amount of Fees Billed: $472.50

### Task 13: Financing and Cash Collateral

Summary of Services Performed in This Task Category:  Applicant addressed matters relating to the Debtor's ongoing use of cash collateral.

Aggregate Hours Billed: 3.20

Amount of Fees Billed: $1,680.00

### Task 17: Plan and Disclosure Statement

Summary of Services Performed in This Task Category:  Applicant addressed issues involving an extension of exclusivity.

Aggregate Hours Billed: 1.00

Amount of Fees Billed: $525.00

### Task 20: Reporting

Summary of Services Performed in This Task Category:  Applicant worked on the Debtor's monthly operating report for the month of April.

Aggregate Hours Billed: 0.5

Amount of Fees Billed: $150.00

# June 2026

**Task 3: Assumption and Rejection of Leases and Contracts**

Summary of Services Performed in This Task Category:  Applicant addressed the assumption of a commercial lease post-petition and various adequate assurance obligations.

Aggregate Hours Billed: 0.30

Amount of Fees Billed: $157.50

**Task 11: Fee/Employment Applications**

Summary of Services Performed in This Task Category:  Applicant addressed matters involving its seventh fee request under local rule 2016-5 as well as its first interim fee application.

Aggregate Hours Billed: 1.2

Amount of Fees Billed: $630.00

**Task 17: Plan and Disclosure Statement**

Summary of Services Performed in This Task Category:  Applicant addressed issues involving an extension of exclusivity.

Aggregate Hours Billed: 0.40

Amount of Fees Billed: $210.00

**Task 20: Reporting**

Summary of Services Performed in This Task Category:  Applicant assisted the Debtors in the preparation and completion of monthly operating report for the months of April and May.

Aggregate Hours Billed: 8.80

Amount of Fees Billed: $2,730.00