# EXHIBIT B

Detail of Monthly Hours Expended

## Task 3: Assumption and Rejection of Leases and Contracts

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 3/1/2026 | reviewing issues involving exclusivity and lease assumption/rejection | DS | 0.2 | $105.00 | 3 |
| 3/3/2026 | Reviewing communications from Chester landlord terminating the lease and the natural lease expiration and willingness to enter into a new lease; forwarding correspondence to client re: same | DS | 0.2 | $105.00 | 3 |
| 3/3/2026 | Legal research regarding lease rejection issues outside of statutory 120-day window; evaluate potential risks of inaction and suggest course of conduct; emails with client regarding same. | NME | 0.9 | $315.00 | 3 |
| 3/4/2026 | Communications with client re: status of Havertown lease | DS | 0.1 | $52.50 | 3 |
| 3/4/2026 | Brief legal research on executory contract rejection - implementation and subsequent damages; emails with client regarding same. | NME | 0.7 | $245.00 | 3 |
| 3/5/2026 | Email with client regarding executory contract rejection. | NME | 0.1 | $35.00 | 3 |
| 3/9/2026 | Additional legal research regarding unexpired lease assumption/rejection issues - timing and methods. | NME | 0.5 | $175.00 | 3 |
| 3/16/2026 | Email with client regarding rejection of executory contract. | NME | 0.1 | $35.00 | 3 |
| 3/19/2026 | reviewing lease materials to include in motion to assume | DS | 0.2 | $105.00 | 3 |
| 3/20/2026 | Draft and file motion to assume commercial leases; brief legal research regarding same. | NME | 2.7 | $945.00 | 3 |

| 3/23/2026 | Communication with counsel to Quakertown landlord and client re: nature of cure in connection with assumption of lease | DS | 0.2 | $105.00 | 3 |
|---|---|---|---|---|---|
| 3/24/2026 | extensive communications with client re: requirements to cure when leases are assumed | DS | 0.3 | $157.50 | 3 |
| 3/24/2026 | Emails with client regarding assumption of leases and landlord request for adequate assurance of prompt cure. | NME | 0.2 | $70.00 | 3 |
| 3/24/2026 | Telephone conversation with and reviewing correspondence from Turner Falk re: surrender and turn over of Havertown leased location upon lease rejection date; communications with client re: same | DS | 0.3 | $157.50 | 3 |
| 3/25/2026 | Emails with client regarding executory contract rejection issues. | NME | 0.4 | $140.00 | 3 |
| 3/27/2026 | Emails with client regarding lease assumption issues. | NME | 0.2 | $70.00 | 3 |
| 3/31/2026 | Emails with client and executory contract parties regarding rejection of contracts. | NME | 0.1 | $35.00 | 3 |
| 3/31/2026 | communications with client and counsel to Haverford location re: vacating space and turning over premises to landlord | DS | 0.2 | $105.00 | 3 |
| 3/31/2026 | Review response to motion to assume lease filed by landlord. | NME | 0.2 | $70.00 | 3 |
| | | | 7.80 | $3,027.50 | |

| **Task 7: Case Administration** |
|---|

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 3/4/2026 | status call with client | DS | 0.1 | $52.50 | 7 |
| 3/6/2026 | communications with client re: status of Berkshire loans and continuing notices of arrearages borne by incorrect application of payments to prepetition time periods | DS | 0.2 | $105.00 | 7 |
| 3/6/2026 | reviewing status of Berkshire post-petition payments | DS | 0.1 | $52.50 | 7 |
| 3/11/2026 | Email with creditor counsel regarding past-due payments. | NME | 0.1 | $35.00 | 7 |
| 3/13/2026 | communications with client re: reorg strategies | DS | 0.1 | $52.50 | 7 |
| 3/23/2026 | Email with PECO counsel regarding adequate assurance of payment issues. | NME | 0.2 | $70.00 | 7 |
| 3/24/2026 | Emails with client regarding administrative claims. | NME | 0.1 | $35.00 | 7 |
| 3/24/2026 | telephone call from JamPro re: ongoing post-petition cleaning work at facilities | DS | 0.1 | $52.50 | 7 |
| 3/24/2026 | reviewing status of obligations, if any, owing to insiders | DS | 0.3 | $157.50 | 7 |
| 3/25/2026 | Email with client regarding SBA notice. | NME | 0.1 | $35.00 | 7 |
| 3/25/2026 | Emails with client regarding critical vendor claims. | NME | 0.2 | $70.00 | 7 |
| 3/26/2026 | communications with client re: status of SBA EIDL loan in bankruptcy | DS | 0.1 | $52.50 | 7 |
| 3/26/2026 | Emails with client regarding creditor communications. | NME | 0.1 | $35.00 | 7 |
| | | | 1.8 | $805.00 | |

| Task 11: Fee/Employment Applications | | | | | |
|---|---|---|---|---|---|
| Date | Description | Attorney | Hours | Amount | Code |
| 3/5/2026 | Prepare and file CNO to January payment request. | NME | 0.1 | $35.00 | 11 |
| 3/23/2026 | reviewing time entries for February interim payment request | DS | 0.1 | $52.50 | 11 |
| 3/24/2026 | Draft and revise February request for payment on account. | NME | 0.7 | $245.00 | 11 |
| 3/24/2026 | reviewing time entries for February interim request for fees | DS | 0.1 | $52.50 | 11 |
| 3/25/2026 | Review and revise payment request for February. | NME | 0.3 | $105.00 | 11 |
| 3/26/2026 | Start work on first interim fee application. | NME | 0.1 | $35.00 | 11 |

1.40        $525.00

| | Task 13: | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 3/6/2026 | reviewing time period covered by prior cash collateral order and communications with client re: need for fourth cash collateral budget | DS | 0.2 | $105.00 | 13 |
| 3/9/2026 | reviewing updated draft cash collateral budget and communications with client re: same | DS | 0.7 | $367.50 | 13 |
| 3/9/2026 | correspondence to lender's counsel and OUST re: proposed fourth cash collateral budget | DS | 0.1 | $52.50 | 13 |
| 3/10/2026 | Communication with Berkshire's counsel re: cash collateral budget comments | DS | 0.1 | $52.50 | 13 |
| 3/10/2026 | preparing fourth interim order for use of cash collateral and follow up with UST and Berkshire's counsel re: same | DS | 0.5 | $262.50 | 13 |
| 3/10/2026 | finalizing and filing proposed fourth interim order for use of cash collateral | DS | 0.3 | $157.50 | 13 |
| 3/11/2026 | communications with court re: entry of fourth cash collateral order and selection of new hearing date | DS | 0.2 | $105.00 | 13 |
| 3/20/2026 | reviewing status of service of latest cash collateral order | DS | 0.2 | $105.00 | 13 |
| | | | 2.30 | 1207.50 | |

| Task 17: | | | | | |
|---|---|---|---|---|---|
| Date | Description | Attorney | Hours | Amount | Code |
| 3/20/2026 | Draft and file motion to extend exclusivity periods. | NME | 0.7 | $245.00 | 17 |

## Task 20: Reporting

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 3/3/2026 | Extensive evaluation of client documents; review and revision of January MOR. | NME | 2.1 | $735.00 | 20 |
| 3/5/2026 | Additional review and revision of January MOR; email client regarding same. | NME | 1.2 | $420.00 | 20 |
| 3/6/2026 | Finalize January MOR; emails with client regarding same; send to client for signature when complete. | NME | 0.9 | $315.00 | 20 |
| 3/16/2026 | Emails with client and UST regarding quarterly fees. | NME | 0.2 | $70.00 | 20 |
| 3/16/2026 | Emails with client regarding January MOR; finalize and file when received. | NME | 0.4 | $140.00 | 20 |
| 3/19/2026 | Email with client regarding MOR. | NME | 0.1 | $35.00 | 20 |
| 3/20/2026 | Email with client regarding February MOR. | NME | 0.1 | $35.00 | 20 |
| 3/23/2026 | Emails with US Trustee and client regarding US Trustee fees for Q4 2025. | NME | 0.2 | $70.00 | 20 |
| 3/23/2026 | Work on February MOR; emails with client regarding same. | NME | 1.6 | $560.00 | 20 |
| 3/24/2026 | Email with client regarding February MOR. | NME | 0.2 | $70.00 | 20 |
| | | | 7.00 | 2450.00 | |

## Task 21: Reporting

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 3/31/2026 | Finalize February MOR and supporting documents; emails with client regarding same; send for review and signature when complete. | NME | 1.5 | $525.00 | 20 |
| 3/5/2026 | Review IRS tax filing against company records of returns. | NME | 0.1 | $35.00 | 21 |
| 3/24/2026 | Legal research regarding treatment of pre-petition taxes that have come due in the post-petition period; emails with client regarding same. | NME | 0.7 | $245.00 | 21 |
| 3/25/2026 | Email with client regarding tax liabilities straddling the pre- and post-petition periods. | NME | 0.2 | $70.00 | 21 |

2.50     875.00

APRIL 2026

| Task 3: Assumption and Rejection of Leases and Contracts | | | | | |
|---|---|---|---|---|---|
| Date | Description | Attorney | Hours | Amount | Code |
| 4/28/2026 | follow up with counsel on addressing motion to assume leases and communications with court re: same | DS | 0.3 | $157.50 | 3 |
| 4/7/2026 | Email with client regarding assumption of leases, offer for adequate assurance of cure. | NME | 0.1 | $35.00 | 3 |

## Task 7: Case Administration

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 4/28/2026 | communications with client re: payment of postpetition obligations | DS | 0.1 | $52.50 | 7 |
| 4/29/2026 | communications with court re: status | DS | 0.2 | $105.00 | 7 |
| 4/13/2026 | Emails with PECO regarding adequate assurance of payment issues. | NME | 0.8 | $280.00 | 7 |

| Task 8: | | | | |
|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
|---|---|---|---|---|---|
| 4/27/2026 | reviewing correspondence from Jan-Pro for post-petition services provided to Debtor | DS | 0.1 | $52.50 | 8 |
| 4/28/2026 | communications with Jan-Pro re: addressing possible admin claim | DS | 0.1 | $52.50 | 8 |
| 4/29/2026 | reviewing motion for admin expense claim and drafting summary thereof for client | DS | 0.5 | $262.50 | 8 |
| 4/7/2026 | Email with client regarding dispute over post-petition admin claim. | NME | 0.1 | $35.00 | 8 |
| 4/15/2026 | Emails with client and creditor regarding prepetition claim. | NME | 0.1 | $35.00 | 8 |

### Task 11: Fee/Employment Applications

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 4/24/2026 | reviewing time for March fee request | DS | 0.1 | $52.50 | 11 |
| 4/28/2026 | reviewing and revising fifth fee request | DS | 0.2 | $105.00 | 11 |
| 4/13/2026 | Prepare and file CNO to February payment request. | NME | 0.1 | $35.00 | 11 |
| 4/24/2026 | Work on March payment request. | NME | 0.3 | $105.00 | 11 |

| Task 17: | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 4/28/2026 | communications with court re: entry of order on extension of exclusivity | DS | 0.1 | $52.50 | 17 |
| 4/7/2026 | Prepare and file cert of no response to motion to extend exclusivity periods. | NME | 0.2 | $70.00 | 17 |

| | Task 20: Reporting | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 4/7/2026 | Emails with client regarding February MOR; finalize and file when received. | NME | 0.3 | $105.00 | 20 |
| 4/15/2026 | Work on March MOR; emails with client regarding same. | NME | 1.1 | $385.00 | 20 |
| 4/16/2026 | Finalize March MOR; emails with client regarding same. | NME | 0.5 | $175.00 | 20 |
| 4/17/2026 | Finalize and file March MOR. | NME | 0.4 | $140.00 | 20 |
| 4/20/2026 | Email with client regarding March MOR. | NME | 0.1 | $35.00 | 20 |

**MAY 2026**

| Task 3: Assumption and Rejection of Leases and Contracts | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/11/2026 | follow up with client to confirm proper calculations of admin motion filed by Havertown landlord | DS | 0.2 | $105.00 | 3 |
| 5/12/2026 | Correspondence to counsel to Haverford landlord to address admin claim request | DS | 0.1 | $52.50 | 3 |
| 5/16/2026 | follow up on Havertown landlord admin motin | DS | 0.1 | $52.50 | 3 |
| 5/23/2026 | updated communications with client re: Haverford landlord claim and reviewing their POC | DS | 0.3 | $157.50 | 3 |
| 5/26/2026 | follow up with client re: calculation of amount owing on Haverford lease upon vacating premises and communications with landlord's counsel re: unopposed motion | DS | 0.3 | $157.50 | 3 |
| 5/26/2026 | follow up with landlord on response to motion to assume lease | DS | 0.1 | $52.50 | 3 |
| 5/27/2026 | follow up on addressing arrearage claims in connection with motion to assume | DS | 0.3 | $157.50 | 3 |
| 5/29/2026 | finalizing proposed order to assume leases and communications with counsel re: same | DS | 0.4 | $210.00 | 3 |

| Task 7: Case Administration | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/5/2026 | Email with creditor regarding prepetition claim and plan of reorganization. | NME | 0.2 | $70.00 | 7 |
| 5/13/2026 | general status telephone call with client | DS | 0.2 | $105.00 | 7 |

| Task 8: Claims Administration and Objections | | | | |
|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/1/2026 | Reviewing communications from client re: status of Berkshire loans and specifically discrepancies between pre and post-petition arrears | DS | 0.1 | $52.50 | 8 |

| Task 11: Fee/Employment Applications | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/7/2026 | drafting and filing Sixth Request for Payment | DS | 0.6 | $315.00 | 11 |
| 5/12/2026 | preparing and filing CNO for fifth payment request | DS | 0.1 | $52.50 | 11 |
| 5/26/2026 | preparing and filing CNO on sixth payment request and follow up with client re: same | DS | 0.2 | $105.00 | 11 |

| Task 13: Financing and Cash Collateral | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/12/2026 | Correspondence to client re: request for updated cash collateral budget | DS | 0.1 | $52.50 | 13 |
| 5/18/2026 | reviewing updated cash collateral budget and explanatory notes on expected changes; correspondence to client re: questions thereto | DS | 1 | $525.00 | 13 |
| 5/19/2026 | reviewing updated cash collateral budget, including telephone call with client and correspondence to lender's counsel re: approval of same | DS | 0.7 | $367.50 | 13 |
| 5/19/2026 | preparing fifth interim cash collateral order and communications with Berkshire's counsel re: same | DS | 0.3 | $157.50 | 13 |
| 5/19/2026 | addressing possible resolution of admin claim motion by Havertown landlord | DS | 0.2 | $105.00 | 13 |
| 5/20/2026 | finalizing and filing proposed order to extend cash collateral, including communications with court re: same | DS | 0.6 | $315.00 | 13 |
| 5/22/2026 | reviewing order approving fifth interim use of cash collateral | DS | 0.1 | $52.50 | 13 |
| 5/27/2026 | preparing and filing COS for service of interim cash collateral order | DS | 0.2 | $105.00 | 13 |

| Task 17: | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/1/2026 | reviewing order granting extension to exclusivity | DS | 0.1 | $52.50 | 17 |
| 5/18/2026 | drafting and filing second motion to extend exclusivity | DS | 0.9 | $472.50 | 17 |

| Task 20: Reporting | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 5/29/2026 | Review previous MOR to prepare upcoming MOR. | LZ | 0.5 | $150.00 | 20 |

**JUNE 2026**

| Task 3: Assumption and Rejection of Leases and Contracts | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 6/5/2026 | reviewing order approving assumption of leases and correspondence to client re: same | DS | 0.2 | $105.00 | 3 |
| 6/17/2026 | Communications with client re: resolution of Quakertown lease payments | DS | 0.1 | $52.50 | 3 |

| Task 11: Fee/Employment Applications | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 6/3/2026 | reviewing and coding timesheets for seventh fee request | DS | 0.2 | $105.00 | 11 |
| 6/3/2026 | finalizing May request for payment | DS | 0.3 | $157.50 | 11 |
| 6/5/2026 | preparing first interim fee application | DS | 0.7 | $367.50 | 11 |

| Task 17: Plan and Disclosure Statement | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 6/16/2026 | drafting and filing CNO to second motion to extend exclusivity | DS | 0.2 | $105.00 | 17 |
| 6/17/2026 | communications with court re: status of order on second motion to extend exclusivity | DS | 0.1 | $52.50 | 17 |
| 6/18/2026 | reviewing order approving request to extend exclusivity | DS | 0.1 | $52.50 | 17 |

| Task 20: Reporting | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 6/2/2026 | reviewing April MOR | DS | 0.4 | $210.00 | 20 |
| 6/1/2026 | Review March MOR and April MOR to confirm numbers. | LZ | 0.4 | $120.00 | 20 |
| 6/2/2026 | E-mail to Natalie Skochinsky re: points of clarification in April MOR. | LZ | 0.1 | $30.00 | 20 |
| 6/4/2026 | Correspond with Natalie re: questions for April MOR; follow up e-mail re: same. | LZ | 0.2 | $60.00 | 20 |
| 6/5/2026 | Finalize and file April MOR. | LZ | 0.9 | $270.00 | 20 |
| 6/11/2026 | Review May MOR as provided by client. | LZ | 2.3 | $690.00 | 20 |
| 6/15/2026 | Continue working on May MOR. | LZ | 2.5 | $750.00 | 20 |
| 6/17/2026 | Continue working on May MOR - identify discrepancy in P&L List (missing total expenses for Maintenance and Repair) | LZ | 1.5 | $450.00 | 20 |
| 6/17/2026 | Send e-mail to client containing final version of May MOR for review and signature. | LZ | 0.1 | $30.00 | 20 |
| 6/17/2026 | Receive signed MOR from client for filing and prepare exhibits for filing. | LZ | 0.4 | $120.00 | 20 |