# EXHIBIT C

Detail of Monthly Expenses Incurred

# MARCH 2026

**Disbursements**

| Date | Description | Amount |
|------|-------------|--------|
| 03/31/2026 | Online Research - Lexis Nexis 3/3/26-3/24/26 | $21.27 |
| | | **$21.27** |

# APRIL 2026

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 03/31/2026 | Online Research - Pacer Service Center Q1- 2026 | $18.25 |
| 04/30/2026 | Postage | $4.88 |
| | | **$23.13** |

# MAY 2026

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 05/31/2026 | Postage | $2.06 |
| 05/31/2026 | Photocopies | $2.00 |
| | | **$4.06** |

# JUNE 2026

**Disbursements**

| Date | Description | Amount |
|------|-------------|-------:|
| 04/01/2026 | Online Research - Pacer Service Center, Q1-2026 | $12.90 |
| | | **$12.90** |