**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 11 |
| Omni Health Services, Inc. | Case No. 25-14727 (AMC) |
| Debtor | |

**CERTIFICATE OF NO OBJECTION**

The undersigned, counsel for the Debtor, certifies as follows:

1. On August 10, 2026, the undersigned filed the Local Rule 2016-5 Ninth Request for Payment on Account for Services Rendered and Reimbursement of Expenses of Smith Kane Holman, LLC, Counsel to the Debtor, for the Period July 1, 2026 through July 31, 2026 (the "Request"), notice or a copy of which was sent to all parties entitled to same on August 10, 2026.

2. Any answers, objections or responses to the Request were due on or before August 24, 2026

3. To date, the undersigned has not been served with any answer, objection, or other response to the Request, nor, to the best of the undersigned's knowledge, information and belief has any answer, objection, or response to the Request been filed with the Court.

4. Pursuant to the foregoing, the undersigned certifies that the Request is uncontested.

WHEREFORE, pursuant to Local Rule 2016-5(h), the Debtor may provisionally pay Smith Kane Holman, LLC (a) 80% of the requested compensation and (b) 100% of the expenses requested.

SMITH KANE HOLMAN, LLC

Date: August 25, 2026

By: <u>*/s/ David B. Smith*</u>____________
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7215 Phone
(610) 407-7218 Fax
dsmith@skhlaw.com
*Counsel for the Debtor*