**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 11 |
| Omni Health Services, Inc. | Case No. 25-14727 (AMC) |
| Debtor | |

**<u>CERTIFICATE OF NO OBJECTION</u>**

The undersigned, counsel for the Debtor, certifies as follows:

1. On August 14, 2026, the undersigned filed with this Court the Second Interim Fee Application of Smith Kane Holman, LLC As Counsel to the Debtor for the Period March 1, 2026 through June 30, 2026 (the "Application"), notice or a copy of which was sent to all parties entitled to same on August 14, 2026.

2. Any answers, objections or responses to the Application were due on or before August 29, 2026.

3. To date, the undersigned has not been served with any answer, objection, or other response to the Application, nor, to the best of the undersigned's knowledge, information and belief has the Court been served with any answer, objection or response to the Application.

4. Pursuant to the foregoing, the undersigned certifies that the Application is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Application.

SMITH KANE HOLMAN, LLC

Date: August 31, 2026

By: */s/ David B. Smith*_______________

David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7215 Phone
(610) 407-7218 Fax
dsmith@skhlaw.com
*Counsel for the Debtor*