United States Bankruptcy Court

Eastern District of Pennsylvania

In re: Case No. 25-14727-amc

Omni Health Services, Inc. Chapter 11

Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2

Date Rcvd: Sep 02, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Omni Health Services, Inc., 160 Bethlehem Pike, Colmar, PA 18915-9790 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 2, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANTHONY F. GIULIANO | on behalf of Interested Party Global Merchant Cash Inc. afg@glpcny.com |
| DAVID B. SMITH | on behalf of Debtor Omni Health Services Inc. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Attorney Smith Kane Holman LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| JEFFREY C. MCCULLOUGH | on behalf of Creditor Wilson Partners LLC jeffmccullough@bondmccullough.com lchung@bondmccullough.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |

| | |
|---|---|
| JOHN W KETTERING | on behalf of Creditor UPMC HEALTH BENEFITS INC. DBA WORK PARTNERS JK@pietragallo.com |
| NICHOLAS M. ENGEL | on behalf of Debtor Omni Health Services Inc. nengel@skhlaw.com |
| REBECCA K. MCDOWELL | on behalf of Creditor Beacon Bank & Trust successor by merger to Berkshire Bank rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com |
| RICHARD J. PARKS | on behalf of Debtor Omni Health Services Inc. rjp@pietragallo.com, jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com |
| RICHARD J. PARKS | on behalf of Creditor UPMC HEALTH BENEFITS INC. DBA WORK PARTNERS rjp@pietragallo.com, jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com |
| ROBERT W. PONTZ | on behalf of Creditor DS Colmar LLC bpontz@saxtonstump.com |
| TURNER N. FALK | on behalf of CPI/AHP Havertown MOB Owner L.L.C. turner.falk@saul.com tnfalk@recap.email;veronica.marchiondo@saul.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM D. SCHROEDER, JR | on behalf of Creditor Center for the Blind & Visually Impaired Schroeder@jrlaw.org Healey@jrlaw.org;Ann@jrlaw.org |

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| Debtor | : | |

# ORDER

AND NOW, upon consideration of the Second Interim Fee Application of Smith Kane Holman, LLC As Counsel to the Debtor for the Period of March 1, 2026 through June 30, 2026 (the "Application"), it is hereby ORDERED AND DECREED that:

1. The Application is GRANTED.

2. Smith Kane Holman, LLC, counsel to Omni Health Services, Inc (the "Debtor"), is allowed compensation in the amount of $19,190.00 for services rendered and reimbursement of expenses in the amount of $61.36.

3. The Debtor is authorized to pay Smith Kane Holman, LLC the amounts allowed (less monies previously paid as a retainer and less paid pursuant to monthly payment requests pursuant to Local Rule 2016-5 ) forthwith from funds in the bankruptcy estate.

Dated: Sept. 2, 2026

The Honorable Ashely M. Chan
United States Chief Bankruptcy Judge