**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| Debtor | : | |

**DECLARATION OF MICHAEL THEVAR IN SUPPORT OF DEBTOR'S MOTION PURSUANT TO 11 U.S.C. § 363(b) TO ENTER INTO COMMERCIAL LEASE AND LEASING ARRANGEMENT**

I, Michael Thevar, hereby declare under penalty of perjury:

1. I am the President of Omni Health Services, Inc., the above captioned debtor and debtor-in-possession (the "Debtor"). I am familiar with the Debtor's day-to-day operations, organizations, financial affairs, and books and records.

2. The Debtor has filed the above reference motion (the "Motion"), which seeks authorization to enter into a new lease and leasing arrangement as set forth herein.

3. I have reviewed and am familiar with the contents of the Motion, and I believe that the relief sought therein: (a) is necessary to enable the Debtor to operate in chapter 11 with minimal disruption or loss of productivity and value; (b) constitutes a critical element to achieving a successful reorganization of the Debtor; and (c) best serves the Debtor's estate and creditors' interests.

4. Except as otherwise indicated, all facts set forth herein and in the Motion are based upon my personal knowledge of the Debtor's operations and finances, information learned from my review of relevant documents, and information supplied to me by other employees of the Debtor and the Debtor's advisors.

5. I am authorized to submit this Declaration on behalf of the Debtor, and, if

called upon to testify, I could and would testify competently to the fact set forth herein.

**Background**

**A. Commencement of the Chapter 11 Case**

6. On November 20, 2025, (the "Petition Date"), the Debtor filed a voluntary petition for relief with the Court under chapter 11 of title 11 of the Bankruptcy Code.

7. Since the Petition Date, the Debtor has continued in possession of its property and operating its business as a debtor-in-possession pursuant to Section 1184 of the Bankruptcy Code.

**B. The Debtor's Business and Need for Leased Space**

8. The Debor provides outpatient mental health services for children and adults in clinic-based settings, mental health services for children in homes and schools, and peer support services, which involve mental health clients who are in stable treatment for many years and who help other members.

9. To operate its business, the Debtor needs office space to conduct its business of providing mental health services to its clients.

10. The Debtor presently operates under a commercial lease (the "Existing Lease") for the leased space located at 160 Bethlehem Pike, Suite 120, Colmar, Pennsylvania, 18915.

11. The Existing Lease provides for a rental payment of $4,458.97 per month for the period commencing on April 1, 2023, through December 1, 2024. The rent thereafter increased based upon the Consumer Price Index ("CPI"), such that the rental obligation for the period commencing on January 1, 2025, through December 31, 2025, was the prior rental amount plus the CPI adjustment, and the rental obligation for the period commencing on

January 1, 2026, through December 31, 2026, is the prior rental amount plus the CPI adjustment.

12. The Existing Lease expires on December 31, 2026, and does not contain an option to renew.

13. After significant diligence to secure replacement space and given the impending deadline to vacate and surrender its existing leased premises, the Debtor has secured a lease agreement (the "Leasing Agreement") attached to and incorporated into the Motion as Exhibit "A".

14. The Lease Agreement is the product of extensive discussions and negotiations between the Debtor and Atrium Properties, LLC, (the "New Landlord") with respect to the leasing of space from which the Debtor can conduct its business operations, and the Lease Agreement accurately reflects the material terms of a new lease and leasing arrangement to be entered into by the Debtor and the New Landlord.

15. In general, the Lease Agreement contemplates allowing the Debtor to use 2,250 +/- rentable square feet at a location in Quakertown, Pennsylvania over a five-year term on a month-to-month basis.

16. The Lease Agreement provides for an initial five-year term, with base rent of $2,400.00 per month during the first year, $2,450.00 per month during the second year, $2,500.00 per month during the third year, $2,550.00 per month during the fourth year, and $3,000.00 per month during the fifth year.

17. The Lease Agreement will result in a substantial reduction the Debtor's monthly rental obligation.

18. Based upon the Debtor's considerable diligence in identifying replacement

lease space (including location, space layout and size, and the price per square foot), the Debtor believes that the Leasing Commitment is the best option available.

19. In addition, given the requirement that it must surrender and vacate its existing space by December 31, 2026, the Debtor lacks the ability to continue a protracted search for new space.

20. Accordingly, the Debtor believes that entering into leases in furtherance of the Lease Agreement is well within its sound business judgment.

I declare under penalty of perjury that the foregoing is true and correct.

Date: September 17, 2026

*/s/ Michael Thevar*
Michael Thevar, President of Omni Health Services, Inc.