**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| Debtor | : | |

## CERTIFICATE OF SERVICE

I, David B. Smith, Esquire, do hereby certify that on September 17, 2026, I caused a true and correct copy of the Debtor's Motion Pursuant To 11 U.S.C. § 363(B) To Enter into A Commercial Lease to be served electronically through the Court's ECF system upon all parties registered to receive electronic filings in this case, as set forth below.

Date: September 17, 2026

/s/ *David B. Smith*
David B. Smith

***SERVICE LIST***

(CM/ECF – list as of 9.17.26)

- **TURNER N. FALK turner.falk@saul.com, tnfalk@recap.email;veronica.marchiondo@saul.com**
- **ANTHONY F. GIULIANO afg@glpcny.com**
- **JOHN W KETTERING JK@pietragallo.com**
- **JEFFREY C. MCCULLOUGH jeffmccullough@bondmccullough.com, lchung@bondmccullough.com**
- **REBECCA K. MCDOWELL rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com**
- **RICHARD J. PARKS rjp@pietragallo.com, jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com**
- **ROBERT W. PONTZ bpontz@saxtonstump.com**
- **JOHN HENRY SCHANNE John.Schanne@usdoj.gov**
- **WILLIAM D. SCHROEDER Schroeder@jrlaw.org, Healey@jrlaw.org;Ann@jrlaw.org**
- **DAVID B. SMITH dsmith@skhlaw.com, b.dr70286@notify.bestcase.com**
- **United States Trustee USTPRegion03.PH.ECF@usdoj.gov**