**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:<br><br>Omni Health Services, Inc.<br><br>Debtor. | CHAPTER 11<br><br>Case No. 25-14727 (AMC) |

**NOTICE OF MOTION, RESPONSE DEADLINE,**
**<u>AND TELEPHONIC HEARING DATE</u>**

Omni Health Services, Inc., the above-referenced Debtor, has filed a Debtor's Motion Pursuant To 11 U.S.C. § 363(B) To Enter into A Commercial Lease (the "**Motion**").

1. **<u>Your rights may be affected</u>. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the Motion** or if you want the court to consider your views on the Motion, then **on or before October 8, 2026, you or your attorney must file a response to the Motion**. (*See Filing Instructions below*).

3. **A hearing on the Motion** is scheduled to be held on **October 28, 2026 at 12:30 p.m. before the Honorable Ashely M. Chan.** Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing conducted telephonically via 1-646-828-7666 (telephone number), 160 6807 8081 (meeting ID). In-person participation is also available for this hearing.

4. **If you do not file a response to the Motion**, the Court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at (610) 208-5040 to find out whether the hearing has been canceled because no response to the Motion has been filed.

6. If a copy of the Motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed below.

**Filing Instructions**

7. **If you are required to file documents electronically by Local Rule 5005-2,** you must file your response electronically.

8. **If you are not required to file electronically,** you must file your response at:

Clerk, United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

David B. Smith, Esquire
SMITH KANE HOLMAN, LLC
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7216 Phone
(610) 407-7218 Fax
dsmith@skhlaw.com

SMITH KANE HOLMAN, LLC

Date: September 17, 2026

By: */s/ David B. Smith*

David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
Phone: (610) 407-7215
Fax: (610) 407-7218
*Counsel to Debtor*