**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| Debtor | : | |

**LOCAL RULE 2016-5 TENTH REQUEST FOR PAYMENT ON ACCOUNT FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES OF SMITH KANE HOLMAN, LLC, COUNSEL TO THE DEBTOR, FOR THE PERIOD AUGUST 1, 2026 THROUGH AUGUST 31, 2026**

Smith Kane Holman, LLC ("SKH"), counsel to debtor-in-possession Omni Health Services, Inc., pursuant to Local Bankruptcy Rule 2016-5, requests Payment on Account for services rendered and reimbursement of expenses for the period August 1, 2026 through August 31, 2026, and in support hereof avers as follows:

## Preliminary Statement

1. SKH is counsel for debtor-in-possession Omni Health Services, Inc. (the "Debtor").

2. All services rendered and expenses incurred for which compensation or reimbursement is requested were performed or incurred for or on behalf of the Debtor.

3. The services described in this request (the "Request") are actual, necessary services and the compensation requested for those services is reasonable.

4. The expenses described in this Application are actual, necessary expenses.

5. SKH files this Request for Payment on Account, as that term is defined in Local Bankruptcy Rule 2016-5(a), for services rendered and reimbursement of expenses for the period August 1, 2026 through August 31, 2026 (the "Request Period").

**Request for Payment on Account**

6. General Information

a. Date case filed: November 20, 2025

b. Date application to approve employment filed: November 20, 2025

c. Date employment approved: December 9, 2025

d. First date services rendered in this case: November 20, 2025

e. Prior Requests for Payment on Account:

| Request No. | Date Request filed: | Period Covered by Request: |
|---|---|---|
| 1 | December 11, 2025 | November 20-30, 2025 |
| 2 | January 14, 2026 | December 1-31, 2025 |
| 3 | February 12, 2026 | January 1-31, 2026 |
| 4 | March 25, 2026 | February 1-28, 2026 |
| 5 | April 28, 2026 | March 1-31, 2026 |
| 6 | May 8, 2026 | April 1-30, 2026 |
| 7 | June 3, 2026 | May 1-31, 2026 |
| 8 | July 29, 2026 | June 1-30, 2026 |
| 9 | August 10, 2026 | July 1-31, 2026 |

7. Fees and Expenses in the Request Period

a. Attorneys:

| Name: | Hours: | Billing Rate: | Total: |
|---|---|---|---|
| David B. Smith, Esq. | 1.9 | $525 | $997.50 |
| Lindsey Zimmerman, Esq. | 4 | $350 | $1,200.00 |

b. Paralegals: N/A

c. Total Fees: $2,197.50

d. Expenses: $90.12

e. Total Request: $2,287.62

8. Description of Services Rendered in Request Period: All time entries are attached hereto in Exhibit A and Exhibit B, listed chronologically according to the date services were provided and further summarized according to billing codes. Attorneys working during this period include David B. Smith (DS) and Lindsey Zimmerman (LZ).

9. Billing Rates

a. Are any of the billing rates different than the billing rates set forth in your last application? ☐Yes ☒ No

b. If yes, indicate whose billing rates are different and explain why?

**Billing Summary**

10. Description of Services: see attached Exhibit A.

11. Details of Hours Expended: see attached Exhibit B.

**Expense Summary**

12. Expenses: Exhibit C

WHEREFORE, pursuant to Local Bankruptcy Rule 2016-5, SKH files this Request for Payment on Account for the period August 1, 2026 through August 31, 2026, during which period SKH accrued compensable fees and reimbursable expenses in the total amount of $2,287.62. At this time, SKH seeks provisional payment of $1,758.00 (80% of fees for services rendered) and $90.12 (100% of interim expenses incurred).

SMITH KANE HOLMAN, LLC

Date: September 25, 2026

By: */s/ David B. Smith*

David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
*Counsel for Debtor*