# EXHIBIT A

Summary of Services Performed by Categories of Service
under Local Bankruptcy Rule 2016-2(e)

## Task 11: Fee/Employment Applications

Summary of Services Performed in This Task Category: Applicant addressed matters involving its Second Interim Fee Application and 9th interim fee request.

Aggregate Hours Billed: 1.4

Amount of Fees Billed: $735.00

## Task 17: Plan and Disclosure Statement

Summary of Services Performed in This Task Category: Applicant addressed cash flow projections to support plan and communications with Debtor and creditor re: plan status.

Aggregate Hours Billed: 0.50

Amount of Fees Billed: $262.50

## Task 20: Reporting

Summary of Services Performed in This Task Category: Applicant worked on the Debtor's monthly operating report for the month of July.

Aggregate Hours Billed: 4.00

Amount of Fees Billed: $1,200.00