# EXHIBIT B

Detail of Hours Expended

| Task 11: Fee/Employment Applications | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 8/31/2026 | drafting and filing CNO to second fee application | DS | 0.1 | $52.50 | 11 |
| 8/7/2026 | reviewing support for ninth request for payment of fees and coding time entries | DS | 0.4 | $210.00 | 11 |
| 8/10/2026 | finalizing July monthly fee request, including drafting summaries of each task category | DS | 0.3 | $157.50 | 11 |
| 8/13/2026 | reviewing and finalizing second interim fee application | DS | 0.6 | $315.00 | 11 |

| Task 17: Plan and Disclosure Statement | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 8/13/2026 | status correspondence to client re: strategy for plan | DS | 0.1 | $52.50 | 17 |
| 8/24/2026 | Communication with Beacon's counsel re: status of plan filing | DS | 0.1 | $52.50 | 17 |
| 8/25/2026 | Communications with client re: budget to accompany plan | DS | 0.3 | $157.50 | 17 |

| Task 20: Reporting | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 8/12/2026 | Receive and review email from client containing July's MOR. | LZ | 0.1 | $30.00 | 20 |
| 8/12/2026 | Begin reviewing July's MOR. | LZ | 0.6 | $180.00 | 20 |
| 8/13/2026 | Continue and complete review of July's MOR, including comparing numbers contained in report to bank statements to ensure accuracy. | LZ | 2.1 | $630.00 | 20 |
| 8/14/2026 | E-mail to client requesting clarification on a discrepancy identified during review. | LZ | 0.3 | $90.00 | 20 |
| 8/17/2026 | Confirm attorneys' fees paid, compile exhibits, and complete final draft of MOR for client review. | LZ | 0.7 | $210.00 | 20 |
| 8/18/2026 | Receive and review email from client containing signed MOR and filing the same. | LZ | 0.2 | $60.00 | 20 |