# EXHIBIT C

Detail of Expenses Incurred

**Disbursements**

| Date | Description | Amount |
|---|---|---|
| 06/30/2026 | Online Research - Pacer Q2, 2026 | $5.36 |
| 08/31/2026 | Postage | $53.76 |
| 08/31/2026 | Photocopies | $31.00 |
| | | **$90.12** |