**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 11 |
| Omni Health Services, Inc. | Case No. 25-14727 (AMC) |
| Debtor | |

**CERTIFICATE OF NO OBJECTION**

The undersigned, counsel for the Debtor, certifies as follows:

1. On September 17, 2026, the undersigned filed with this Court a Motion Pursuant to 11 U.S.C § 363(b) to Enter Into a Commercial Lease.

2. Any answers, objections or responses to the Motion due on or before October 8, 2026.

3. To date, the undersigned has not been served with any answer, objection, or other response to the Motion, nor, to the best of the undersigned's knowledge, information and belief has the Court been served with any answer, objection or response to the Motion.

4. Pursuant to the foregoing, the undersigned certifies that the Motion is uncontested.

WHEREFORE, the undersigned respectfully requests that this Court enter an order approving the Motion.

SMITH KANE HOLMAN, LLC

Date: October 9, 2026

By: */s/ David B. Smith*______
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7215 Phone
(610) 407-7218 Fax
dsmith@skhlaw.com
*Counsel for the Debtor*