# EXHIBIT A

Summary of Services Performed by Categories of Service
under Local Bankruptcy Rule 2016-2(e)

**Task 3: Assumption and Rejection of Leases and Contracts**

Summary of Services Performed in This Task Category: Applicant assisted Debtor with entering into new lease and filing a motion package therefor.

Aggregate Hours Billed: 4.1

Amount of Fees Billed: $1,410.00

**Task 8: Claims Administration and Objections**

Summary of Services Performed in This Task Category: Applicant reviewed and addressed claim asserted by creditor related to allowability of termination fee where prepetition contract was terminated postpetition.

Aggregate Hours Billed: 0.50

Amount of Fees Billed: $262.50

**Task 12: Employment and Fee Application Objections**

Summary of Services Performed in This Task Category: Applicant addressed matters involving its Tenth interim request under local rule 2016-5.

Aggregate Hours Billed: 0.9

Amount of Fees Billed: $472.50

**Task 17: Plan and Disclosure Statement**

Summary of Services Performed in This Task Category: Applicant addressed strategies regarding the substance of a reorg plan.

Aggregate Hours Billed: 0.60

Amount of Fees Billed: $315.00

**Task 20: Reporting**

Summary of Services Performed in This Task Category: Applicant worked on the Debtor's monthly operating report for the month of August.

Aggregate Hours Billed: 4.40

Amount of Fees Billed: $1,342.50