# EXHIBIT B

Detail of Hours Expended

## Task 3: Assumption and Rejection of Leases and Contracts

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 9/4/2026 | Telephone call with client re: procedure for entering into new lease | DS | 0.2 | $105.00 | 3 |
| 9/8/2026 | communications with client re: need and timing for entering into new lease | DS | 0.3 | $157.50 | 3 |
| 9/16/2026 | finalizing motion to enter into new lease and communications with lawyer re: same | DS | 0.3 | $157.50 | 3 |
| 9/9/2026 | drafting and finalizing Motion to Enter Into New Commercial Lease and prepare Declaration, Certificates of Service, and proposed Order. | LZ | 3.3 | $990.00 | 3 |

| Task 8: Claims Administration and Objections | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 9/28/2026 | communications with client and reviewing backup materials re: dispute with Comcast on early termination of services dispute | DS | 0.2 | $105.00 | 8 |
| 9/29/2026 | addressing dispute over treatment of early termination fees under internet contract | DS | 0.3 | $157.50 | 8 |

| Task 12: Employment and Fee Application Objections | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 9/25/2026 | preparing and filing 10th interim fee request | DS | 0.9 | $472.50 | 12 |

| Task 17: Plan and Disclosure Statement | | | | | |
|---|---|---|---|---|---|
| **Date** | **Description** | **Attorney** | **Hours** | **Amount** | **Code** |
| 9/8/2026 | Reviewing communications from client re: assumption accompanying budget in support of plan | DS | 0.1 | $52.50 | 17 |
| 9/22/2026 | Telephone conversation with Truist's counsel re: intended treatment of Truist under plan | DS | 0.1 | $52.50 | 17 |
| 9/22/2026 | initial preparation for plan and disclosure statement | DS | 0.4 | $210.00 | 17 |

## Task 20: Reporting

| Date | Description | Attorney | Hours | Amount | Code |
|---|---|---|---|---|---|
| 9/18/2026 | updating August MOR | DS | 0.1 | $52.50 | 20 |
| 9/11/2026 | Receive and review email from N. Skochinsky containing August MOR and attachments and respond to the same. | LZ | 0.2 | $60.00 | 20 |
| 9/11/2026 | Begin reviewing August's Monthly Operating Report. | LZ | 1.4 | $420.00 | 20 |
| 9/12/2026 | Review bank statements in conjunction with list of transactions for filing with August's MOR. | LZ | 1.5 | $450.00 | 20 |
| 9/16/2026 | Send email to client asking for clarification about the total accounts receivable. | LZ | 0.2 | $60.00 | 20 |
| 9/18/2026 | Receive and review email from N. Skochinsky containing answer to my inquiry re: accounts receivable and response to same. | LZ | 0.2 | $60.00 | 20 |
| 9/18/2026 | Review updated information provided by N. Skochinsky, update MOR to include legal fees paid, compile all exhibits, and send to client for final review and signature. | LZ | 0.8 | $240.00 | 20 |