**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | CHAPTER 11 |
| Omni Health Services, Inc. | Case No. 25-14727 (AMC) |
| Debtor | |

**CERTIFICATE OF SERVICE**

I, David B. Smith, hereby certify that a true and correct copy or notice of the Local Rule 2016-5 Eleventh Request for Payment on Account for Services Rendered and Reimbursement of Expenses of Smith Kane Holman, LLC, Counsel to the Debtor, for the Period September 1, 2026 through September 30, 2026 (the "Request") was served via first-class mail, postage prepaid or electronically through the Court's ECF system, upon the Debtor, the United States Trustee, and those on the Clerk's Service List.

SMITH KANE HOLMAN, LLC

Date: October 15, 2026

By: *_/s/ David B. Smith_*
David B. Smith, Esquire
112 Moores Road, Suite 300
Malvern, PA 19355
(610) 407-7217 Phone
(610) 407-7218 Fax
*Counsel for the Debtor*

**SERVICE LIST**
(CM/ECF – list as of 10.14.26)

- **TURNER N. FALK turner.falk@saul.com, tnfalk@recap.email;veronica.marchiondo@saul.com**
- **ANTHONY F. GIULIANO afg@glpcny.com**
- **JOHN W KETTERING JK@pietragallo.com**
- **JEFFREY C. MCCULLOUGH jeffmccullough@bondmccullough.com, lchung@bondmccullough.com**
- **REBECCA K. MCDOWELL rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com**
- **RICHARD J. PARKS rjp@pietragallo.com, jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com**
- **ROBERT W. PONTZ bpontz@saxtonstump.com**
- **JOHN HENRY SCHANNE John.Schanne@usdoj.gov**
- **WILLIAM D. SCHROEDER Schroeder@jrlaw.org, Healey@jrlaw.org;Ann@jrlaw.org**
- **DAVID B. SMITH dsmith@skhlaw.com, b.dr70286@notify.bestcase.com**
- **United States Trustee USTPRegion03.PH.ECF@usdoj.gov**