**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| Debtor | : | |

# ORDER

**AND NOW**, upon consideration of the Debtor's Motion Pursuant To 11 U.S.C. § 363(b) To Enter into A Commercial Lease (the "**Motion**") (capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Motion) and good cause appearing thereto, it is hereby **ORDERED** that

1. The Motion is **GRANTED.**

2. The Debtor is AUTHORIZED to enter into and execute the Lease Agreement.

3. The Lease Agreement and each of the terms thereof and the transactions contemplated thereby are APPROVED.

4. The Debtor is hereby AUTHORIZED to consummate the terms set forth in the Lease Agreement.

5. The Debtor is AUTHORIZED to execute and deliver such other documents and to take such other actions as may be necessary, desirable or appropriate to effect, implement, and consummate the terms of the Lease Agreement.

6. The 14-day stay under Bankruptcy Rule 6004(h) is waived to permit immediate implementation of this Order's terms.

**BY THE COURT:**

Date: Oct. 29, 2026

The Honorable Ashely M. Chan
United States Bankruptcy Judge