United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-14727-amc
Omni Health Services, Inc. Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 User: admin Page 1 of 2
Date Rcvd: Oct 29, 2026 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 31, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | #+ | Omni Health Services, Inc., 160 Bethlehem Pike, Colmar, PA 18915-9790 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 31, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 29, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| ANTHONY F. GIULIANO | on behalf of Interested Party Global Merchant Cash Inc. afg@glpcny.com |
| DAVID B. SMITH | on behalf of Attorney Smith Kane Holman LLC dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| DAVID B. SMITH | on behalf of Debtor Omni Health Services Inc. dsmith@skhlaw.com, b.dr70286@notify.bestcase.com |
| JEFFREY C. MCCULLOUGH | on behalf of Creditor Wilson Partners LLC jeffmccullough@bondmccullough.com lchung@bondmccullough.com |
| JOHN HENRY SCHANNE | on behalf of U.S. Trustee United States Trustee John.Schanne@usdoj.gov |

JOHN W KETTERING
on behalf of Creditor UPMC HEALTH BENEFITS INC. DBA WORK PARTNERS JK@pietragallo.com

NICHOLAS M. ENGEL
on behalf of Debtor Omni Health Services Inc. nengel@skhlaw.com

REBECCA K. MCDOWELL
on behalf of Creditor Beacon Bank & Trust successor by merger to Berkshire Bank rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com

RICHARD J. PARKS
on behalf of Creditor UPMC HEALTH BENEFITS INC. DBA WORK PARTNERS rjp@pietragallo.com, jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com

RICHARD J. PARKS
on behalf of Debtor Omni Health Services Inc. rjp@pietragallo.com, jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com

ROBERT W. PONTZ
on behalf of Creditor DS Colmar LLC bpontz@saxtonstump.com

TURNER N. FALK
on behalf of CPI/AHP Havertown MOB Owner L.L.C. turner.falk@saul.com tnfalk@recap.email;veronica.marchiondo@saul.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

WILLIAM D. SCHROEDER, JR
on behalf of Creditor Center for the Blind & Visually Impaired Schroeder@jrlaw.org Healey@jrlaw.org;Ann@jrlaw.org

TOTAL: 14

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| Debtor | : | |

**ORDER**

**AND NOW**, upon consideration of the Debtor's Motion Pursuant To 11 U.S.C. § 363(b) To Enter into A Commercial Lease (the "**Motion**") (capitalized terms used, but not defined herein, shall have the meaning ascribed to them in the Motion) and good cause appearing thereto, it is hereby **ORDERED** that

1. The Motion is **GRANTED.**

2. The Debtor is AUTHORIZED to enter into and execute the Lease Agreement.

3. The Lease Agreement and each of the terms thereof and the transactions contemplated thereby are APPROVED.

4. The Debtor is hereby AUTHORIZED to consummate the terms set forth in the Lease Agreement.

5. The Debtor is AUTHORIZED to execute and deliver such other documents and to take such other actions as may be necessary, desirable or appropriate to effect, implement, and consummate the terms of the Lease Agreement.

6. The 14-day stay under Bankruptcy Rule 6004(h) is waived to permit immediate implementation of this Order's terms.

**BY THE COURT:**

Date: Oct. 29, 2026

The Honorable Ashely M. Chan
United States Bankruptcy Judge