**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | CHAPTER 11 |
| Omni Health Services, Inc. | : | Case No. 25-14727 (AMC) |
| Debtor | : | |

**CERTIFICATE OF SERVICE**

I, David B. Smith, Esquire, do hereby certify that on this date, I caused a true and correct copy of the Debtor's Motion Pursuant To 11 U.S.C. § 506(a) To Determine The Claim of Each of U.S. Small Business Administration, Graybar Financial Services, IOU Central, Inc., Likety Capital, LLC And Global Merchant Cash, Inc. is Wholly Unsecured (i) via the CM/ECF notification upon all parties registered to receive electronic filings in this case, and/or (ii) by first-class mail, postage prepaid, upon the attached service list.

Date: November 6, 2026

/s/ *David B. Smith*
David B. Smith

**SERVICE LIST**
(CM/ECF – as of 11.6.26)

- **TURNER N. FALK turner.falk@saul.com, tnfalk@recap.email;veronica.marchiondo@saul.com**
- **ANTHONY F. GIULIANO afg@glpcny.com**
- **JOHN W KETTERING JK@pietragallo.com**
- **JEFFREY C. MCCULLOUGH jeffmccullough@bondmccullough.com, lchung@bondmccullough.com**
- **REBECCA K. MCDOWELL rmcdowell@slgcollect.com, pwirth@slgcollect.com;anovoa@slgcollect.com**
- **RICHARD J. PARKS rjp@pietragallo.com, jk@pietragallo.com;ms@pietragallo.com;lljobe@pietragallo.com**
- **ROBERT W. PONTZ bpontz@saxtonstump.com**
- **JOHN HENRY SCHANNE John.Schanne@usdoj.gov**
- **WILLIAM D. SCHROEDER Schroeder@jrlaw.org, Healey@jrlaw.org;Ann@jrlaw.org**
- **DAVID B. SMITH dsmith@skhlaw.com, b.dr70286@notify.bestcase.com**
- **United States Trustee USTPRegion03.PH.ECF@usdoj.gov**

**SERVICE LIST**
(first-class mail)

Berkshire Bank
24 North Street
Pittsfield, MA 01201

Berkshire Bank
1787 Sentry Parkway West
Building 16, Suite 200
Blue Bell, PA 19422

Rebecca K. McDowell, Esquire
Saldutti Law Group
c/o Berkshire Bank
1700 Market Street, Suite 1005
Philadelphia, PA 19103

U.S. Small Business Association
2 North 20th Street
Suite 320
Birmingham, AL 35203

Graybar Financial Services
11885 Lackland Road
Saint Louis, MO 63146

Global Merchant Cash Inc.
64 Beaver Street
New York, NY 10004

IOU Central, Inc.
600 TownPark Lane
Suite 100
Kennesaw, GA 30144

Likety Capital LLC
630 Canoga Avenue
Woodland Hills, CA 91367